Original
Clerk's Copy

**In the United States District Court Northern District of Illinois Eastern Division.**

**Verified Complaint**

Muhammad Bey, and Muhammad Bey Express Trust
1st lien holders and beneficial owners of MUHAMMAD LAWAL

Plaintiffs

vs.

Clarence D Ayers, personally as natural person,
Defendant #1

Kimberly Abogunrin, personally as natural person,
Defendant #2

Gerald E. Smith, personally as natural person,
Defendant #3

Don A. De Graff, as president of Village of South Holland
Defendant #4

Shawn Staples, as Police Chief of South Holland Police Department
Defendant #5

Village of South Holland
Defendant #6

South Holland Police Department
Defendant #7

Clarence D Ayers as employee of South Holland Police,
badge/star number 128,
Defendant #8

Kimberly Abogunrin as employee of South Holland Police,
badge/star number 125,
Defendant #9

Gerald E. Smith as employee of South Holland Police,
badge/star number 54
Defendant #10

Matthew J. McGeever as employee of South Holland Police.
badge number 144
Defendant #11

*E-COM Emergency Dispatch System*
aka E-COM Emergency Communication System
aka E-COM 9-1-1 Dispatch Center Mick Smith dba as its Board Chair
combined with derivatives successors and assigns
Defendant #12

John Doe 1, John Doe 2, John Doe 3

Case No.

Judge:

Trial Date:

Time_______ Room________

1:22-cv-02440
Judge Durkin
Magistrate Judge Fuentes
RANDOM

**Speedy Trial Demanded**

RECEIVED
MAY 09 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Jurisdiction and Venue**

1 This court has original jurisdiction pursuant to United States Constitution and harmonious laws preserving the rights therein against colour of law.

2 This court has supplemental jurisdiction. All other claims are related to claims of original jurisdiction that form part of the same case under Article III of the United States Constitution.

3 Venue is proper as occurrences which gave rise to this action took place within Illinois State and territorial bounds of the court's jurisdiction.

**Parties**

4 Plaintiffs Muhammad Bey, and Muhammad Bey Express Trust are now and at all times relevant to this action as natural persons.

5 Defendant #1 Clarence D Ayers is being sued in his personal capacity as a natural person. His last known places of abode are 618 Freeland Ave, Calumet City, Illinois 60409 and 416 Cornell Ave # 2C, Calumet City, Illinois 60409.

6 Defendant #2 Kimberly Abogunrin is being sued in her personal capacity as a natural person. Her *last known place of abode is 15606 Gouwens Lanes, South Holland, Illinois 60473.*

7 Defendant #3 Gerald E Smith is being sued in his personal capacity as a natural person. His last known place of abode is 9232 Bayberry Lane, Tinley Park, Illinois 60487

8 Defendant #4 Don A. De Graff, is being sued as President of Village of South Holland.

9 Defendant #5 Shawn Staples, is being sued as Police Chief of South Holland Police.

10 Defendant #6 Village of South Holland is a home rule unit per Illinois Constitution, administered and doing business at geographical location Latitude: 41.600257, Longitude: -87.610019, postal address 16226 Wausau Ave, South Holland, Illinois 60473. See Exhibit3 Charter No. 12064 filed in Office of Illinois Secretary of State on November 24, 1981.

11 Defendant #7 South Holland Police Department is a department of same home rule unit, evidenced by Village of South Holland official publication. See Exhibit 17. Said department is doing business at Latitude:41.597560 Longitude:-87.607670, postal address 16330 South Park Ave, South Holland, Illinois 60473.

12 Defendant #8 Clarence D Ayers badge 128, is being sued as employee of South Holland Police

13 Defendant #9 Kimberly Abogunrin badge 125 is being sued as employee of South Holland Police.

14 Defendant #10 Gerald E. Smith badge number 54 is being sued as employee of South Holland Police.

15 Defendant #11 Matthew J. McGeever badge number 144 is being sued as employee of South Holland Police.

16 Defendant #12 E-Com Emergency Dispatch System is an entity created by municipal Agreement - hereto attached as Exhibit 20- located at 1154 Ridge Road Homewood Illinois 60430 that provide dispatch service to Village of South Holland and Mick Smith is its chairman.

17 Defendant #1 Clarence D Ayers is hereafter referred to as 'CA'. Defendant #2 Kimberly Abogunrin is hereafter refereed to as 'KA'. Defendant #3 Gerald E Smith is hereafter referred to as 'GS'. Defendant #11 Matthew J. McGeever is hereafter referred to as 'MM'.

18 Plaintiff Muhammad Bey is hereafter referred to as 'MB'.

19 E-COM Emergency Dispatch System aka E-COM Emergency Communication System aka E-COM 9-1-1 Dispatch Center Mick Smith dba as its Board Chair combined with derivatives successors and assigns is hereafter refereed to as 'E-COM'.

**Undisputable Material Facts:**

20 Plaintiffs intends in good faith to redress the sustained deprivation of preserved basic rights therein respective United States and Illinois Constitution.

21 On August 3, 2020 around 3:55 a.m, plaintiff MB was lawfully located at Latitude: 41.585629 Longitude: 87.564819 postal address 2145 E 170th St, South Holland, Illinois 60473.

22 MB quietly engaged in a trust minute call at said location.

23 CA initiated contact around 4:07 a.m. upon his arrival in an unidentified vehicle with active full headlight and spotlight.

24 No emergency light was activated by CA. No stay was put upon the trust minute teleconference.

25 MB provided CA with a verbal notice that he is alright and is engaging in a phone call.

26 Demand for an "ID" was made of MB by CA.

27 CA fail to articulate objective and reasonable admissible facts which justify previous, current, or future suspicion of criminal activity.

28 Shortly, KA initiated contact upon her arrival in an unidentified vehicle with active full headlight and spotlight.

29 No emergency light was activated.

30 MB had no ID on his person. No Illinois requires MB to self-identify under said circumstances.

31 A warrantless arrest and seizure of MB was thereafter knowingly and wilfully performed by CA, KA and GS -GS later arrived at the scene upon MB's demand for the acting supervisor.

32 MB was transported to South Holland Police department where his biometric data was obtained.

33 Criminal charges of "Obstruction of Identification" and " Resisting Peace Officer" were commence at the Cook County Sixth Municipal District Court by CA against plaintiffs Muhammad Bey Express Trust's property MUHAMMAD LAWAL and MB's trade name property MUHAMMAD LAWAL .

34 **Plain statement in summary:** CA, KA, GS did not perform an authorized act by intentionally and maliciously performing a warrantless arrest and search of MB, battered MB, knowingly falsified an affirmation, trespassed against trade name trust property, unlawfully restrained MB, simulated legal

process, arbitrarily engaged in hate crime, assault, cruel unusual punishment, unreasonably used excessive force, engaged in defamation, religious and cultural discrimination, intimidation, and maliciously prosecuted MB, his properties and effects.

35 **Reasonable intent of CA, KA, GS:** Wilful acts of CA, KA, GS arose out of MB's exercise of his inherent secured constitutional rights, and because of his religion, ethnicity, culture, race. At all relevant times, the Village of South Holland maintained, managed, and/or operated the South Holland Police Department. *At all relevant times the Village of South Holland was the employer of all individual* defendants CA KA, GS.

36 **Colour of law:** Wilful acts of CA, KA, GS were performed under colour of law since they falsely purported to have conducted themselves in the course of official duties and violated the United States fourth amendment, first amendment, eight amendment, 1870 Illinois Constitution Article II Sections 1,2,3, 6,4,8,10,11,13,14,15,19. See Exhibit 18 pg 5, pg 7, pg 12. See Exhibit 1.

37 **No reasonable articulation of crime or fair notice:** CA, KA, GS, failed to reasonably articulate or preserve in writing that a crime is being committed, is about to be committed or was committed by MB or the investigation thereof.

38 **No facts were alleged as to what MB was arrested for:** No probable cause existed that warrants seizure, or search of MB's person. Instead, the matter was quickly escalated, provoked by clear articulations of personal, religious and cultural discrimination worthy of fisticuffs as part of the wilful and *malicious intent of CA and KA's negligent actions.*

39 **Self admission of converting constitutionally secured right into a crime:** Bad faith as a result of MB's exercise of inherent constitutionally secured rights, are unequivocally articulated by CA and KA towards MB as follows:

**CA:** " I asked you for ID, you keep going, psh, you talking about uh a inherent constitutional right".
See minute 0:50 to 0:55 of Exhibit 37. See Exhibit 38 transcript of the same Item Numbers 20

**KA:** "...he keeps talking about the constitution...all that other stuff, but we know Moors don't believe in the constitution"
See minute 11:30 to 11:50 of Exhibit 37. See Exhibit 38 transcript of the same Item Numbers 354.

**MB:** "Well I'm, I invoke my secured rights [interrupted] I have to be secured in my persons [interrupted] I'm invoking the Constitutional right-[interrupted]."
**CA:** "Right."
**MB:** "To be secured in my persons."
**CA:** "if, if that's your, if that's your claim, you are placed into custody, you are under arrest for obstruction of identification:"
See minutes 3:05 to 3:46 of Exhibit 37. See Exhibit 38 transcript of the same Item Numbers 529 through 536.

**KA:** " I said, oh ya cus Moors don't recognize constitution!"
See minute mark 2:19:19 to 2:19:24 of Exhibit 37

**MB:** "I'm just standing right here, I'm on a phone call. [laughs]"
**CA:** "I got you."
**CA:** "So if you're on a phone call,"
**MB:** "Right."
**CA:** "You should just leave with that, instead of going off into, what your constitutional rights are, which, and, and, and this that and the other."
**MB:** "What's wrong with that? What's wrong with" [interrupted]

See minute 1:07 to 1:25 of Exhibit 37 and See Lines 31 through 36 of Exhibit 38.

40 **Nullity of "Obstruction of Identification" and " Resisting Peace Officer" brought against MB by CA:** Upon challenge to constitutionality, both counts of "Obstruction of Identification" and " Resisting Peace Officer" filed by CA were dismissed in the Cook County Sixth Municipal District Court for the basic reason that all acts of CA, KA, and GS were perform under colour of law. See Exhibit 18: pg 5 of 12, pg 7 of 12, pg 12 of 12.

41 **Obstruction of identification:** The language of the law governing Obstruction of Identification during August 3, 2020 unambiguously states that: "A person commits the offense of obstructing identification when he or she **intentionally or knowingly furnishes a false or fictitious name, residence address, or date of birth to a peace officer** who has: (1) lawfully arrested the person; (2) lawfully detained the person; or (3) requested the information from a person that the peace officer has good cause to believe is a witness to a criminal offense.

42 Clearly, such charge of "obstruction of identification" only has standing where after a lawful arrest, detainment or upon lawful request one chooses to provide false or fictitious name, residence address, or date of birth and is being held accountable for such false information.

43 **MB in fact provided no ID, whether fictitious or not, and actually had no ID on him as witnessed by CA, and KA via their unlawful search and reaffirmed by CA's inventory list void of any ID.** See Exhibit 15.

44 **Resisting a peace officer:** The language of the law governing resisting a peace officer during August 3, 2020 simply reads as follows: "**A person who knowingly resists or obstructs the performance by one known to the person to be a peace officer,** firefighter, or correctional institution employee **of any authorized act within his or her official capacity commits a Class A misdemeanour.**" See Exhibit 4 pg 3 of 4 Illinois common law language governing "Resisting or obstructing a peace officer".

45 No clearly established law has first been violated by MB authorizing CA GS, KA to demand "ID".

46 The sole instrument that validates CA KA, GS's operating business in a lawful capacity are their Oaths of Offices to the Illinois and United States Constitution.

47 Prior to or during the event during the morning of August 3, 2020, no inspection formal or otherwise, of said Oaths of Offices was performed by MB.

48 MB was not allowed the opportunity on the morning of August 3,2020 around 4:00 a.m. to perform other investigation visually or through conversation, in order to reasonably conclude that an authorized act was being performed by CA KA, or GS. See Exhibit 1, See Exhibit 36, See Exhibit 37.

49 **Language and intent of legislature:** The language and the intent of these laws do not support or justify actions of CA KA, GS, and their misuse of such laws.

50 **Undue burden:** CA KA, and GS's unauthorized acts burdened plaintiffs with spending nine months of valuable time and resource to mitigate and litigate matters at the Cook County Sixth Municipal District Court. Plaintiffs sustain undue burden of (a) the delayed timing of this suit, (b) research hours,(c) resource and efforts in mitigating and litigating matters in this court, (d) other efforts involved in expunging records and other process associated with establishing innocence of plaintiff's properties and effects (e) damage to his rights, persons, and effects.

51 **Ninth Amendment, Protection from self-incrimination and security of persons papers and effects:** Preservation of the integrity of persons, papers and effects against self incrimination and as prescribed by the Ninth Amendment were substantive factors rightfully retained by MB on August 3, 2020, and is still retained. See Exhibit 1, See Exhibit 10.

52 **Self confession of CA and KA:** Page 2 of 3 paragraph 2 Lines 7 and 8 of CA's Police Report describes the following: "I arrived on scene and observed a male subject wearing a dark jacket, turquoise hospital scrubs, and a blue hat with a black tassel...". See Exhibit 2

53 CA had a reasonable expectation based on self confession of his observation that MB who he came in contact with, was in fact rightfully located at said location, because CA first observed the hospital scrubs, and two, that no actual crime was observed.

54 The same "hospital scrub" worn by MB that CA confessed his witness of, is the same "hospital scrub" evidenced by the mugshot taken by CA - another form of self confession. See Exhibit 39.

55 CA disposed basic cognitive reasoning in place of malicious desire to damage MB.

56 "04:35:47 08/03/2020- N Ortiz- **From: Abogunrin, K**
EMPLOYEE COME TO DOOR 7 FOR ACCESS
04:35:04 08/03/2020 N Ortiz- **From: Abogunrin, K**
IM INSIDE"
04:35:50 08/03/2020 – N Ortiz – From Ayers, C
23 AT POST"

57 **Wilful negligence and omission:** The immediate above item illustrates direct verbiage therein regularly conducted business activity record-- South Holland Police Department Responding Unit Summary Report Call C2690821-- where KA had in fact initiated contact with the employees at said location prior to joining the interaction between MB and CA. CA and KA were well aware of this and could have easily de-escalated the circumstance. See Exhibit 35.

58 **KA clearly preserves on the record that she was inside the building, which requires contact with an employee to allow entrance.**

59 Said interaction reasonably **constituted communication with an employee** who allowed entrance regrading the presence of KA and CA at said location, especially during night and early morning hours around 4AM. MB knows this required fact because he was an employee at said location and

occasionally communicated via the door radio with visitors delivering medications around said time for the safety of himself and patients at said location.

60 Self confessions of malicious acts by CA, and KA in furtherance of tort against MB's exercise of preserved constitutional rights is as follows:

***CA:*** *"So this little job that you think you got? You can, you can go ahead and kiss it goodbye."*
See minute 7:35 to 7:39 of Exhibit 37
**KA**: "cus an arrest would actually constitute, uuhhmm you are un-hired."
See minute 7:39 to 7:45 of Exhibit 37. See Line 265 of Exhibit 38.

61 **Bad faith:** The above intelligently articulated self confession further proves that CA and KA are well informed of the fact that MB was lawfully located at the parking lot., and are determined to damage MB one way or another by loss of job security, which they accomplished.

62 **Unnecessary Escalation and bad faith:**
**MB**: "How are you?"
**CA**: "I'm good, how are you?"
**MB**: "I'm balanced, somebody called nine one one?"
**CA**: "Ya, they did."
**MB**: "Oh, ok, what's the, what's the emergency?"
**CA**: "There is no emergency, uhm, typically people ahh standing in the middle, squatting down in the middle of the parking lot, they were concerned about you."
**MB:** "Who was concerned about me?"
**CA**: "Whoever called."
**MB**: "Oh, I'm fine."
See Minute 0:00 to 0:22 of Exhibit 37: 8-3-20 Arrest Audio. See Exhibit38 Item Numbers 1 through 11.

63 CA's own words upon contact with MB succinctly affirms a welfare check, and is clearly contrary to his false narrative on his police report.

64 South Holland Police Department Responding Unit Summary Report Call C2690821 preserves the same intent of wellness check by stating:
"04:03:24 08/03/2020-J Barboza
CP DOES NOT WISH TO SPEAK **JUST HAVE HIM CHECKED ON**". See Exhibit 35.

65 A welfare check was unnecessarily escalated into non exiting criminal activities contrary to any laws of Illinois and United States.

66 It remains a fact that a welfare check does not circumvent the essential commandments therein Article II Section 6 of 1870 Illinois Constitution harmonious with United States Fourth Amendment, nor can it be used as an investigative tool.

67 CA was fully aware of this, and thereafter knowingly performed extrinsic fraud and actual fraud by simulating a false narrative within his Police Report. See Exhibit 2 Page 2 of 3 paragraph 2 Lines 10, 11 and 12 of CA's Police Report as follows: " I proceeded to explain to him the reason for making contact with him, being a concerned employee deemed his actions in the parking lot to be suspicious."

68 CA knew that plaintiff MB was unaware of the existence of CA's essential misrepresentation of fact within his police report.

69 CA relied on detainee MB's lack of this essential information and confided in it in order to effectively perpetrate his intent of arresting MB without reasonable suspicion, executing a warrantless search and seizure, unreasonably detaining and maliciously prosecuting MB, his properties and effects MUHAMMAD LAWAL. MB sustained and still sustains all the undue burden which furthered cruel and *unusual punishment, abrogated due process, and deprived MB and Muhammad Bey Express Trust* the liberty and security of persons, papers and effects.

70 **Actual fraud:** CA was aware with the premeditated intent in his mind, that the call was made by an employee so CA knowingly falsified an affirmation that he articulated to MB about a call from an employee; whereas CA in fact intelligently articulated a vague response of "whoever called", and omitted necessary fair notice of reasonable suspicion of a crime after MB's reasonable inquiry of "who was concerned about me... somebody called nine one one?".
See time mark 0:16 to 0:20 of Exhibit 37. See transcript of the same Exhibi t38 Lines 3,7, and 8.

71 **Extrinsic fraud:** CA knowingly falsified an affirmation within his Police Report Exhibit 2 Page 2 of 3 paragraph 2 Lines 13, 14, and 15 stating: " I advised him that our encounter constitutes as an investigative stop and he is required by law to provide identification.". Official records of South Holland

Police Department clearly demonstrates no such claim were articulated. See Exhibit 36. See Exhibit 35. See Exhibit 38.

72 CA failed to articulate an investigatory stop- terry stop.

73 **No Terry stop:** Encounter between MB, CA, KA, GS and the search of MB was in fact intrusive. It was not brief. Said **search of MB prior to being handcuffed was not confined to the outer layer of MB's person.** MB's pockets were searched, items were removed from all his pockets, and jackets were unzipped. See minute mark 6:15 of Exhibit 37 where CA places phone and door access card earlier dug out of the inner pockets of jacket and scrubs of MB. See Exhibit 38 Items 163, 164, 165.

74 **No Terry Stop:** MB opened the opportunity for a terry stop to be invoked by CA with good faith intent of further cooperation. CA abruptly waived terry stop by his own firm verbal confession or waiver.

**CA:** "Do you work,"
**MB:** "Oh, I'm fine."
**CA:** "Do you, do you, work here?"
**MB:** "Ya I do."
**CA:** "Do you have a ID on you?"
**MB:** [Inhale], "hmmm, I know it's a constitutionally secured right, for you to ask me for an ID there has to be a cause, **are you investigating a crime?"**
**CA:** "**No,** do you have an ID on you sir?"
**MB:** "No I don't have an ID on me."
See Exhibit37 Minute mark 0:20 to 0:43
Lines 15, 16, and 17 of Exhibit 38.

75 No reason exist for CA, KA, or GS to belief that MB posses a weapon, no such reason was articulated, no such reason could have existed, and no weapon was found on MB after an unlawful search and seizure of his person.

76 ***Exigent circumstance:*** *Within the totality of circumstance, exigent circumstance did not exist and* cannot exist for MB to be searched or seized. CA, KA, GS wilfully failed and refused to invoke exigent circumstance because they simply couldn't, then or now.

77 **No readily available facts similar to exigent circumstance:** There are no fair probability that any search or seizure performed by CA and KA would have resulted or ever resulted in a crime being discovered, and are not readily supported by any facts available to CA, GS, and KA prior to or after such unlawful search and seizure.

78 **Compliance, composure, and good faith intent of plaintiff:** MB was unarmed, composed and even extended several clear gestures that were neutral and cooperative.

79 **De-escalation by MB, warrantless seizure, search and arrest by CA KA, GS:** Several attempts were made by MB to timely de-escalate the matter. MB verbally expressed to CA and KA that they ought to communicate with the people inside the building for further clarification of the event and to satisfy their need for verification of identity. This could have easily been accomplished by phone or in person.

80 *MB further expressed a good faith attempt at de-escalation by asking CA and KA if they would like* to temporarily halt the conversation, and brought CA and KA's attention to their temperament.

**MB:** "You can go in there and find out."
**CA:** "No, I'm asking you, I don't need to axe anybody else, I'm asking you."
**MB:** "There is a bell."
**CA:** "Ok, so, you, they're gonna, you're gonna ring, uh" [body language appears to be physically uncomfortable] [interrupted]
**MB:** "Are you upset? You want me to stop this conversation?"
**CA:** "Nuh, I'm not upset.
**MB:** "You're not upset right? Cus you seem pretty emotionally unstable, I don't wanna [interrupted]"
**CA:** "Do you have any ID on you, yes or no?"
**MB:** "This is the third time, no I don't have an ID on me."
**CA:** "Do me a favor; put your hands on the hood please."
See Exhibit 37 Minute 1:36 to 1:55

81 **MB's extra ordinary extension of good faith de-escalation:** Promptly as MB's hand is being physically restrained behind him by both CA and KA, MB extended yet another gesture of cooperation as follows:

**MB**: "Would you like me to tell you my name, so you can run t in your system? If you want that I can tell you."
**CA**: "Ok"
**MB:** "But you were" [interrupted]
**CA:** "But I asked you for your name, and you refused to give it "[interrupted]
**MB:** "This is unlawful search and seizure." [interrupted]
**CA:** "Ok, if you think that's what it is."
**MB: "You asked me for an ID."**
**CA:** "Ya, and did you not have it?"
**MB:** "Stop screaming." [interrupted]
**CA:** "Did you not have it?"
**MB: "I don't."**
**CA:** "Ok."
**MB:** "Exactly."
**CA:** "So you work at a location, with everybody in there has an ID, but you don't."
**MB:** "Not everybody does, there is no evidence of what you are talking about." [interrupted]
**CA:** "Everybody in there has an ID."
**MB:** "Where is the evidence?"
**CA**: "I don't need, it's not" [interrupted]
**MB**: "That's a presumption."

See minute 3:47 to 4:12 and Lines 120 through 132 of Exhibit 38

**CA**: "So, so do you work here?"
**MB**: "I just told you I do work here."
**CA:** "So if you work here you should have some form of ID right?"
**MB:** "I don't have it on me."
**CA:** "So where is it? How you, how are you going to get back in there, when you go back to up in there?"
**MB**: "You can go in there and find out."
**CA:** "No, I'm asking you, I don't need to axe anybody else, I'm asking you."
**MB**: *"There is a bell."*
**CA**: "Okay."
See minute 1:23 to 1:43 of Exhibit 37. See Lines 37 through 45 of Exhibit 38.

82 The ex post facto claim of CA and KA that an "ID" is the sole proof of no crime remain arbitrary, and conclusory.

83 **Intent:** CA intended to perform acts that are unlawful, and did performed acts that are unlawful because contrary to malicious acts of CA and KA, no Illinois or United States laws warrant the lack of carrying an "ID" to be a crime. Entry to the building requires no "ID" that readily demonstrates name, date of birth, address and CA could not have reasonably known that every employee in the building readily posses such ID as concluded by him.

84 **Dispatch call:** Per the regularly preserved business records of E-COM Dispatcher Center export log metadata S20_14587-CDR "**CAD_CALL_ID:** C2690821, **CAD_CITY_CODE**: SHD, **ANI_NAME:** VERIZON WIRELESS , **LOCATION**: (41.585516,-87.565262), **STATE**: IL, **LOCATION:** (41.585516,-87.565262), **CALLER_ID**: 7082696607 **CAD_RESPOND_ADDRESS**: 2145 E 170TH ST MANOR CARE,
**CALLTYPE**: WPH2, **CAD_CALLTAKER**: J Barboza":

J Barboza [E-COM employee on duty]"**Is he like prying, is he like pulling on the doors?"**
Allie [employee/caller]: "**No, I can't tell** if he's, in pulling on doors or not..."

85 **Uncertainty and indicia of reliability:** The caller's own words cannot suffice to establish reasonable suspension. Said nine one one call failed to show adequate indicia of reliability for CA, KA, GS to credit the caller's account that a crime is being committed, was committed or is about to be committed.

86 The caller mentioned nothing of cars being pulled.

87 The dispatcher lead the caller and suggested if cars are being pulled.

88 Even upon said suggestion, the caller made it very clear that **she lack the knowledge of said suggestion.**

*89 CA, KA, GS knows this.*

90 The caller's lack of identifying either that cars are being pulled on or not-- as suggested by the employee-- increases likelihood of misidentification. The onus is on CA, KA, GS to properly establish probable cause or reasonable suspicion of a crime, and they wilfully neglected to do so.

91 **Abuse of discretion by E-COM employee**: It is beyond the dispatcher's duties to establish or probe for probable cause based on his own volition. This very subtle act played a substantial role in the underlying cause, damage, and the chain effects that occurred between MB, CA, GS, and KA. For this reason, E-COM is as guilty as all other defendants, probably even more because a high probability exist that **had the dispatcher left out his subjective interpretations and leading suggestions, then the subsequent events would have not occurred.**

92 **No matching description:** The description of MB by caller contradicts CA's description of MB.

93 MB in fact had on a blue jacket, green scrubs and a blue fez, so there were no reasonable expectation for the description of the caller – "He's dressed in all black...." -to match MB's colourful attire, which CA was well aware of since he did not hesitate to use the unidentified vehicle's full beam headlights, spotlights and powerful handheld flash lights.

94 CA's own self confession within his report demonstrates that he knew the caller's description to be contrary to what he had first hand knowledge of. See Exhibit 2 Page 2 of 3 paragraph 2 Lines 7.

95 **Knowing and willing actions:** By CA's self admission, his actions were not influenced by heightened emotional conditions, or an unstable mind. CA acted intelligently, willingly, and knowingly.

**MB:** "Are you upset? You want me to stop this conversation?"

**CA:** "Nuh, I'm not.

See Exhibit 37 Minute 1:36 to 1:55

96 **Reasonable articulation by MB:** Because MB was rightfully located at said parking lot, good faith notices were promptly articulated several times by MB, that MB did in fact work at said location as follows:

CA: **"Do you, do you, work here?"**

MB: **"Ya I do."**

See minute 0:18 to 0:42 of Exhibit 37. See Lines 12 and 13 of Exhibit 38

*CA:* ***"So, so do you work here?"***

MB: **"I just told you I do work here."**

See minute 1:24 to 1:30 of Exhibit 37. See Lines 37 and 38 of Exhibit 38

97 **Standard, Tests, and Elements of purported crimes:** CA, KA, GS failed to qualify and cannot qualify the basic elements, standards and tests of "Obstruction of Identification" "Resisting Peace Officer", "reasonable articulable suspicion" and "probable cause" and wholly qualifies for the counts and violations herein.

98 **Joinder of liability**: All wilful ex post facto and speculative creation of a crime by CA, GS and KA were approved by GS, thereby joining his liability on par with that of CA and KA. See pg 3 of 3 of Police Report "Reporting Officer: Ayers, C Supervisor Approval: SGT G Smith" See Exhibit 2

99 **Malice and wilful intent:** In light of clearly established laws, ample opportunity that CA, KA, GS retained, and MB's multiple succinct fair verbal warnings, CA, KA, GS's actions were objectively unreasonable.

**99.a** Their actions were not accidental effects of otherwise lawful conduct, but are clearly dismissive, provocative, and counter to peace and dignity of the public trust, which shows determination to infringe plaintiff MB's persons, papers and effects with malicious motives.

**99.b** CA, KA, and GS, willingly failed to determine the facts beyond their personal pleasures.

100 **Invasion of privacy:** CA unlawfully obtained MB's biometric data -fingerprint, photograph etc-, and trespassed against plaintiffs Muhammad Bey Express Trust and MB's trade name property MUHAMMAD LAWAL by printing, publishing, using, reproducing, and by initiating criminal charges against it.

**100.a** MB retrieved the unlawfully seized mobile phone from MM, an employee of South Holland Police Department at the South Holland Police Department. The phone monitoring application Who Touched My which monitors access into phone records by keeping a record of date and time of phone access has a record of MB's mobile phone being unlocked and accessed at 6:40:40 a.m. and 6:41 a.m. on August 3, 2020. At said times, MB was unlawfully arrested and detained. Said mobile phone was unlawfully possessed by CA as visually observed by MB and based on natural sequence of events described herein.

**100.b** Said phone was in safe mode upon its retrieval. **MB never uses his mobile phone in safe mode.**

**100.c Safe mode is specifically utilized to access call logs, text messages, images, videos, and available applications on mobile phone when one lacks access code to unlock such phone.**

See Exhibit 6, See Exhibit 15

**100.d** CA KA, MM and GS were not authorized by any law to access private information within said phone.

**101 MB's constitutionally protected activities, and reasonable expectation of privacy of CA, KA, and GS:**

CA,KA and GS retain no reasonable expectation of privacy in all described circumstances herein. MB retain the substantive right to press, preservation of record, properties, information and speech. No law can be claimed by GS, CA, or KA to contradict these basic rights retained by MB especially while they purported to have been functioning in their official capacity.

**102 GS:** "You know you are god body."
See Exhibit 36 39:17 to 39:25

**103** The above statement were verbally directed at MB by GS as MB is handcuffed in a cold and unsanitary jail cell at South Holland Police Department.

**104** Said above statement demonstrates that GS, CA KA's acts were based on conclusory impression that MB belongs to some religious group or that MB follows some modern trend, and is being maliciously treated for same groundless presumption as earlier demonstrated by KA and CA.

**105** The phrase 'god body' is a trending slang term used by adherents of some Black empowerment, youth movement, which MB does not follow, belief or accept as a way of life in any manner.

**106** It is clear that MB's fez- loosely described as "hat"- with black tassel, a cultural, ethnic and religious regalia in accord with Yoruba culture and Ifa spiritual system, was used as the source of KA, CA, GS's blatant disregard for the United States Constitution, Illinois Constitution, and other State laws.

**107** Even if KA, CA, GS's were aware of MB's true spiritual system, religious instructions, beliefs, cultural and ethnic practices, it would not have altered their actions.

**108** Mere appearance of cultural regalia was sufficient for them to maliciously perform unlawful actions without the slightest hesitation.

**109 Unreasonable use of excessive force by KA, CA:** CA's Police Report Page 2 of 3 paragraph 2 *Lines 35,36,37 provides self confession of unreasonable use of force as follows:*

"I had to physically pick up the subject and place him into my squad car. He was transported to the South Holland Police Department."
See Exhibit 2.

**110** This unsubstantiated use of force was performed by both CA , GS, and KA.

**111** KA, and CA used these unreasonable force to push, drag and pull MB into the squad vehicle with intent to perform and complete the unlawful restraint.

**112** KA, CA did not have legal cause to use any force against MB.

**113 Countervailing governmental interest:** The use of said force to effectuate the unlawful seizure, battery, assault is not reasonable. It did not constitute a careful balancing of the nature and quality of the intrusion of MB's clearly invoked constitutionally preserved interests. **No countervailing government interest was at stake,** only personal desires and instant gratifications.

**114 Total period of detainment and/or arrest of MB**: About eleven hours from 4AM to 3PM prior to walking long distance by foot.

**114.a** CA was well aware that MB was an employee at said facility.

**114.b** CA observed no crime occurring, and did not notify MB of any reasonable suspicion of a crime.

**114.c** CA's true intent is to in fact use force to harm MB either directly by his actions and/or CA's consistent use of adjectives denoting strong malice towards MB.

**114.d** CA's actions were purely personal, with malicious motives, to the extent that part of his cause for unlawfully arresting and search of MB was to jeopardize MB's job security because he was aware that MB did in fact worked at said location.

**114.e** CA meditated and considered use of serious violence against MB and would have surely used serious violence to satisfy his desires despite the circumstance not requiring violence.

**114.f** The nature of all the conversations and interactions shows that **employees of South Holland Police Department and Village of South Holland are trained to react arbitrarily upon hearing words relating to constitutionally secured rights.** Don A Degraff dba president of Village of South Holland and Shawn Staples dba Chief of Police of South Holland Police Department are duly charged to ascertain contrary acts and have failed to do so, otherwise the interaction would not have escalated.

**115 Bad faith:** CA and GS further articulate among themselves their will and bad faith intent to engage in theft of MB's vehicle as follows:

**KS:** Was there any property in the car?
**CA:** "I wish, I wish he was in the car"
**KS:** "Ya, I know"
**CA:** "I'm like uhh let me get that"
**CA:** He ain't had no key, so I am assuming it must be where he kept all his property.
**GS:** There was a car outside, they said something, something out front you know.

See Exhibit 36 from minute mark 26:43 to 27:22

**116** It is succinct here that GS even suggests the possibility of observing what was outside the front parking lot based on the corroboration of what the employees told them, and intended to affirm if any vehicles at the front belonged to MB in order to engage in theft of said vehicle.

**117** This intent is highly likely based on their previous acts and words. Had GS, CA , KA had the opportunity to engage in theft of MB's vehicle, they would have done so.

**118** **Duty and pleasure:** The mind occupied with pleasure and desires cannot be concentrated upon performance of duty. Pleasure and desires has its own place and time, but CA, KA, and GS failed to consider or devote themselves to duty of public safety or any laws.

**119** **Wrongful Acts:** Probable cause and reasonable suspicion are not factors that CA, KA, GS can solely rely on as self-executing to make their actions lawful. CA KA, and GS fail to balance their intrusion of MB's substantive constitutionally affirmed rights with basic sense, and laws that MB was charged with. They failed to maintain healthy balance between their personal desires, discretion and scope of their duties.

**120** **Public Peace:** MB maintained healthy balance between exercising his substantive right, remaining calm, actively working to dispel suspicions, respectfully challenging conducts of CA, GS, KA and keeping the public peace. All these are self evident via the audio record, video record and transcripts of the same.

**121** **Poor discretion and Unbecoming Conducts:** Knowing and willing actions of CA, KA, GS are unbecoming of a state or municipal employee, costing their employers, the people of State of Illinois monies and further erodes said public trust that the people have in those purporting to be law enforcers, police officers, or employees of home rule units.

**122** **Known previous misconducts of CA**: Public suit like Case: 1:19-cv-07474 -herein Exhibit 5 contributes in demonstrating CA's consistent acts of wilful negligence and the liability that he -among others like KA, and GS- continuously pose against public safety and their employers.

**123** **Ethical questions:** Actions of GS, CA and KA raises serious ethical issues that deteriorates the public trust in municipal police, thickens enmity, and increase the risks involved in the lives of good citizens who are employed as police.

**124** **Personal liabilities and liability of other defendants:** CA KA, GS effectively utilized the resource of Village of South Holland and South Holland Police Department as a means to satisfy the intent of their unauthorized actions.

**125** **Doctrine of Respondeat Superior:** CA, KA, GS's actions of keeping detainees at the South Holland Police Department, transferring detainees using squad vehicles, and utilizing computer systems of South Holland Police Department and Village of South Holland to process charges, file court documents, and collection of biometric data as performed with MB is common where the employer South Holland Police Department, and Village of South Holland will be liable for harm resulting from the use of said municipal equipments to accomplish intent of CA, KA, GS. See Exhibit 46.

**126** **Lack of Immunity:** CA, KA, GS retain no qualified immunity. Their actions were not founded upon any authority; were not performed in their official capacities, and were not exercised based on the independence of judgment required by public trust. The undisputed facts do not establish that defendants were objectively reasonable or that they had at least arguable probable cause. CA,KA, GS have rendered themselves personally liable by intelligently violating clearly established constitutionally secured right and state laws.

**127** **Self Authenticating, admissible evidence:** Police Report, videos records, audio records, CD, DVD, thumb drives, transcripts and other respectively labelled Exhibit attached hereto are attached according to principles of due process therein Federal Rules of Evidence Rules 201, 803(6),803(8), 803(14), 803(15), 803(19), 803(21), 902(1), 902(2), 902(3), 902(4), 902(5), 902(6), 902(7), 902(8), 902(9), 902(11). See Exhibit 52

128 **Discovery Rule, Due process, statute of limitation:** The beginning of statute of limitation is effectively tolled from August 3, 2020 to at least May 12, 2021 because of:

128.a The undue burden of nine months of mitigating and litigating CA's meritless contentions at the Cook County Sixth Municipal District Court –from August 2020 to May 2021—, and

128.b Only thereafter May 12 2021 were plaintiffs then able to make reasonable and careful observations of the laws and subtleties of sequence of events before, during and after the dismissal of CA's claims.

128.c May 12, 2021 is the earliest point of discovery of some claims herein that plaintiffs knows or has reason to know of the injury giving rise to the cause of action.

128.d **Equitable tolling doctrine:** There is no prejudice to the defendants and reasonable good faith conducts on part of plaintiffs are performed since plaintiffs were actively misled for about nine months via CA's lawsuit at the Cook County Sixth District Municipal Court.

128.e Plaintiffs' diligently pursued their rights at said venue despite the false claims of CA. See Exhibit 40, Exhibit 43,Exhibit 44.

128.f CA's own intentional misconduct prevented plaintiff from timely filing this suit where some of these rights were later found after more than nine months of due diligence of research and litigation.

128.g This unexpected extraordinary circumstance was out of plaintiff's control until the natural cycle of the adjudication were exhausted.

128.h Plaintiffs intent to prevent further miscarriage of justice and irreparable damage by bringing cause of action herein.

129 Therewithal where constitutional rights, discovery rule, equitable tolling, and frauds are concerned, there can be no statute of limitation as of May 9, 2022, particularly from the point of discovery of claims herein-May 12, 2021.

**Count 1:**

**Plaintiffs against each CA, KA, GS, personally and as employees.**

**Against each Village of South Holland, South Holland Police, Don A Degraff, Shawn Staples, and E-COM**

**For**

**Violation of Civil Rights Act 42nd Congress Session 1 Chapter 22, Illinois Public Act 93-0425 AN ACT concerning civil rights; Warrantless seizure and arrest: Illinois Constitution Article II Section Six, United States Fourth Amendment.**

**Elements:** CA, KA, GS, had no right or authority to seize or search MB on August 3, 2020 and are in violation of 1870 Illinois Constitution Article II Section 6, and United States Fourth Amendment. There was no reasonable articulable suspicion of a past, present, or future crime and no warrant or exigent circumstance existed and could never have. See Exhibit 18 pg 10, pg 11, pg 12.

**Prayer of Relief:**

a Actual damages of $3,000. See Exhibit 40

b Statutory damages of $5,000 per Section 2 of 42nd Congress Session 1 Chapter 22. See Exhibit 24

c Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

d Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA,KA,GS's wilful acts. See Exhibit 41.

e Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

f Exemplary damages of $39,000.

g Nominal damages of $60,000.

h That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

i That the court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

j That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 2:**
**Plaintiffs against each CA, KA, GS, personally and as employees.**
**Against each Village of South Holland, South Holland Police, Don A Degraff, Shawn Staples, and E-COM**
**For**
**Violation of Civil Rights Act 42nd Congress Session 1 Chapter 22, Illinois Public Act 93-0425 AN ACT concerning civil rights; Eight Amendment Cruel unusual punishment of United States Constitution. Article II Section Eleven Clause One 1870 Illinois Constitution.**

**Elements**: The following constitute disproportioned cruel unusual punishment against MB by CA, KA and GS:

I Unreasonable use of force to search and seize.

II Restraining MB in extremely tight handcuffs behind the back, in uncomfortable positions and in cold and unsanitary jails,

III Trafficking and/or transferring of MB to custody of Cook County Sheriff within the dungeon of Cook County Sixth Municipal District Court for at least six hours,

IV Removing MB from his place of work on behalf of an Express Trust in pursuit of life, and happiness,.

V Subjecting MB to economic loss, loss of essential rights, loss of privacy, loss of morale, battery, assault, intimidation, hate crime, discrimination, malicious prosecution.

VI Purposefully activating powerful flash-light directly into eyes of MB on several occasions and articulating his further intent of the same. MB consistently provided verbal notices of such action as a health hazard, and respectfully requested such action to cease as it is causing damage to MB's eyesight. CA and KA refused such request, thereby knowingly enhancing the cruel and unusual punishment against MB.
See Exhibit 37 time mark 8:14 to 8:20.
See Exhibit 37 time mark 16:43 to 16:47.

VII MB suffered visibility discomfort, visibility reduction, in his field of vision, and headache for about seventeen hours after said unusual cruelty.

VIII Causing MB to walk at least five miles by foot from Sixth District Municipal Courthouse building to *South Holland Police Department building.*

IX CA, KA, and GS inflicted these punishment against MB arbitrarily, evidenced by his self confessions.

X There is no reason to believe that acts of CA, KA, GS serves any lawful or legal purpose

XI These wilful acts are degrading to human dignity,

XII These wilful acts are not acceptable by society as a whole.

XIII These wilful acts were patently unnecessary given the subtleties and totality of circumstance.

**KA:** "So, his uhm, director called and she left her information in case he would like to try and induce her to assist him in bonding out. She'd be willing to help him bond out, if he would like her assistance. So I would just set this on the counter [ sound of KA delivering the contact information next to CA]. Need any help with anything?
**CA:** "Not now."
**KA:** "Is he already been processed?"
**CA:** "I haven't processed him yet"

See time marks 1:25:28 to 1:26:14 of Exhibit 37.

The above self confession shows that KA and CA knew that detainee MB had the reasonable opportunity to have been removed from the condition of detainment, yet KA, and CA knowingly refused to inform MB of this opportunity to not be further detained.

The above self confession shows the trust between the director and MB, ascertaining the impossibility of any reasonable occurrence of a crime. One who was guilty or known to have a bad character would not have been offered to be assisted in said circumstance by the director.

CA and KA knew that plaintiff MB was unaware that the director of the facility was willing to pay for the cost of release of MB.

CA, KA deliberately refused to inform MB of this essential fact.

MB's lack of knowledge of this essential fact was relied upon by KA, GS and CA in order to perpetrate their intent of keeping MB unreasonably detained. This triggered further cruel unusual punishment of MB, abrogated due process, and deprived MB life, liberty and security of persons and effects.

**Prayer of Relief:**

a Actual damages of $3,000.See Exhibit 40

b Statutory damages of $5,000 per Section 2 of 42nd Congress Session 1 Chapter 22. See Exhibit 24

c Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

d Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA,KA,GS's wilful acts. See Exhibit 41.

e Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

f Exemplary damages of $39,000.

g Nominal damages of $60,000.

h That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

i That the court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

j Plaintiffs pray that the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 3:**
**Plaintiffs against each CA, KA personally and as employees.**
**Against each Village of South Holland, and South Holland Police**
**For**
**<u>Battery.</u>**
**See Exhibit 21; Exhibit 1.**

**Elements:** CA and KA knowingly committed acts of unwanted actual contact CA, KA, and GS are in violation of Fourth Amendment, 1870 Illinois Constitution Article II Section two, section six, and section fifteen because they knowingly without legal justification made contact of a provoking nature with use of fighting words worthy of invitation to fisticuffs, unreasonable physical force of pulling, dragging, searching, handcuffing, and restricting MB's body without probable cause or reasonable suspicion of a crime.

**CA:** "He's a fucking degenerate"
**Jane Doe[Village of South Holland employee]:** "Why is he here?"
**CA:** "So I pull up, he's in a parking lot like squatted down, yam saying, I'm like okay what's going on with this dude"
**Jane Doe [Village of South Holland employee]:** "Is he peeing?"
**CA:** "No, he's like, he's like this, so I made contact with him, he comes to my vehicle, I'm like is everything okay, ya I was uh blah blah blah. Uh, do you work here. **Am I being detained? Alright, so I already know right there you know what I'm saying here we go.** So basically, this motherfucker did not want to give his information, did not want to say if he worked there or not, all this other dumb ass shit that just had did not have to be fucking, you know what I'm saying."
**Jane Doe [Village of South Holland employee]:** "Ya"
**CA:** "Like look dude if you mad at the world hey I get, I'm not the one **you could have been back in, in--inside your job,** you hate your job that much you'd rather go to jail? I'm trying to figure out what is it."
**Jane Doe [Village of South Holland employee]:** "Does he work there?"
**CA:** "He's got a, **he's got a access badge that would lead me to believe he worked there, so I know where he don't work at now!** [chuckle] So you gone play this silly ass game man, hey it's whatever. "
**CA:** "This bitch, this asshole... I'm gonna put one of these things on his face and be like, cus you sure fucking look black to me. You're not black, you're HC190 [a military Signal lantern model HC190]"
**CA: "Some people would either make you have to beat they ass, or fucking mess em,** for stupid shit. "
**CA:** "Like my nigga, you are obvious like retarded... and then when you fucking let him know like dude don't do this with me, I'm the last motherfucker you wanna try to split heads with, with your whatever the fuck he was saying, I was like are you stupid? [chuckle]."
**CA:** "Then oh! He's under arrest, I, I , I refuse to be put in the car, my nigga."
**Jane Doe [Village of South Holland employee]:** "He refused? You can refused that if you want [chuckle]"
**CA:** "I said so, is this what you need? [chuckle], so you know, **I picks him up, rolls him in the car, oh I hit my head, ya, that's what happens when you don't wanna get in the car and you have to be forced in, sometimes heads get hit"**
**Jane Doe [Village of South Holland employee]:** "Oh no."

See Exhibit 36 from minute mark 16:30 to 20:10

**KA:** "You are such an idiot, you know why?"
**MB:** "Aw, stop insulting me."
**KA:** "because you think you know the law."

**MB**: "Please don't insult me."
**KA**: "No I am going to insult you,"
See Exhibit 37 Minutes 7:03 to 7:13.

MB articulated non-consensual intent that he does not intend to be unlawfully searched, seized, or argue. CA and KA were substantially certain that their use of force to physically search, seize, drag, pull, push MB, and utter offensive language towards MB will result in either physical, emotional, or other injuries to MB.

**MB**: **"I'm exercising a constitutionally secured right."**
**KA**: "Have a seat! Have a seat! Have a seat sir!"
**MB**: "Well, please make me do it."
**KA**: "Have a seat sir!"
**MB**: **"I'm not consenting to being detained unlawfully."**
**KA**: "You don't have to consent to be detained"
**MB**: "Ok, well please do your job then."

See Exhibit 37 Minute 7:12 to 7:25

**CA**: "Why is your hands not on the hood?"
**MB**: "Because you are detaining me and I'm not obligated to."
**CA**: "Ok, so if you're being detained then why is your hands not on the hood?"
**MB**: I'm not obligated to, that what I'm telling you."

CA boastfully confesses this simple intent and element of battery to his fellow employee.
CA, KA, GS intentionally put MB in reasonable apprehension of an imminent harmful and offensive contact, with or without the presence of physical injury.
CA, KA, GS committed acts of unwanted, unlawful and un-permitted contact by unreasonably searching, seizing, using force against MB; and consequently suing plaintiffs property MUHAMMAD LAWAL at the Cook County Sixth Ditrict Municipal Court.

**Prayer of Relief:**

a Actual damages of $3,000. See Exhibit 40

b Statutory damages of $2,500. See Exhibit 28

c Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

d Exemplary damages of $39,000.

e Nominal damages of $60,000.

f Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

g Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA,KA,GS's wilful acts. See Exhibit 41.

h That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

i That the court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

j That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 4:**
**Plaintiffs against each CA, KA, GS personally and as employees.**
**Against each Village of South Holland, South Holland Police, Don A Degraff, Shawn Staples**
**For**
**<u>Unlawful Restraint.</u>**
**See Exhibit 22. See Exhibit 1**

**Elements:** CA KA, and GS deprived MB of his secured Fourth Amendment right to his persons, papers and effects because CA, KA, GS wilfully exercised their intent to restrain, and confine MB physically, without legal or lawful authority, and without consent. On a normal circumstance, no reasonable person but one

with malicious intent would have restrained and confined MB where there were no exigent circumstance exist or reasonable articulable suspicion of a crime. MB was calm, cooperative and balanced his exercise of rights with public peace.

Self confession of unlawful restraints by KA and CA where MB is not consenting to unlawful restraint is as follows:

**CA**: "If you hands are not on the hood, then you are resisting. [interrupted]"
**MB**: "You have no cause of action."
**CA**: "If you're resisting then you'll be placed under arrest."
**KA**: "Have a seat sir."
**MB**: "I'm not consenting to being detained unlawfully."
**KA**: "You don't have to consent to be detained, "
**KA**: "Oh! You are obstructing justice, that's what the evidence is."
**MB**: "There exist no evidence."
**CA**: "And you are resisting."
**KA**: "And, and you are resisting at this point."
See minutes 3:05 to 3:46 of Exhibit 37

**Prayer of Relief:**

a Actual damages of $3,000.See Exhibit 40

b Statutory damages of $25,000 (CA, KA, GS each). See Exhibit 29.

c Statutory damages of $50,000 (Village of South Holland, South Holland Police Department, E-COM each)

d Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

e Exemplary damages of $39,000.

f Nominal damages of $60,000.

g Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

h *Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring* from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA, KA, GS's wilful acts. See Exhibit 41.

i That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties.. See Exhibit 50. See Exhibit 51

j That the court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

k That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 5:**
**Plaintiff against each CA, KA personally and as employees.**
**Against each Village of South Holland, and South Holland Police**
**For**
**<u>Assault.</u>**
**See Exhibit 23; Exhibit 1.**

CA, KA, GS in violation of fourth amendment and Illinois 1870 Constitution Article II Section two, Section six, Section fifteen because they knowingly without lawful authority engaged in conducts while armed with deadly weapons and properly trained to use said deadly weapons during a dark morning, which places MB in reasonable apprehension of imminent injury or offensive contact

**Elements:** CA knowingly exercised deliberate, unjustified interference with the personal rights, person and effects of MB. CA and KA were reasonably and substantially certain that their use of force to search, seize, drag, pull and push MB will result in the forceful impact of MB's head against the vehicle or other injuries to MB.

CA boastfully confesses this simple intent and element of assault to his fellow employee. See self confession of CA and KA under count 3

Further self confession of intent assault by CA is as follows:
**CA:** "He ain't wanna take off his uhm,"
**GS:** "Turban? "

**CA:** "Ya"
**CA:** "Boy, slap that kufi off your head, [laughter] take that kufi off your head [laughter] kufi slap him."
**GS:** "hm hmm"

See Exhibit 36 from minute mark 27:30 to 28:00
CA, KA, GS intentionally put MB in reasonable apprehension of an imminent harmful and offensive contact, with or without the presence of physical injury, committed acts of unwanted, unlawful and un-permitted contact by unreasonably searched, seized, used force against MB; and consequently sued plaintiffs property MUHAMMAD LAWAL at the Cook County Sixth District Municipal Court.

CA was aware that the forceful impact of MB's head against the vehicle while CA and KA used unreasonable force was imminent, and CA was not reluctant in causing the same.

**Prayer of Relief:**

a Actual damages of $3,000. See Exhibit 40

b Statutory damages of $1,500. See Exhibit 30

c Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

d Exemplary damages of $39,000.

e Nominal damages of $60,000.

f Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

g Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA,KA,GS's wilful acts. See Exhibit 41.

h That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and *618 Freeland Ave, Calumet City, Illinois 60409 respectively and home insurance coverage to said* properties. See Exhibit 50. See Exhibit 51

i That the court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

j That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS

**Count 6:**
**Plaintiff against each CA, KA, GS personally and as employees.**
**Against each Village of South Holland, South Holland Police, Don A Degraff, Shawn Staples**
**For**
**Violation of Civil Rights Act 42nd Congress Session 1 Chapter 22, Illinois Public Act 93-0425 AN ACT concerning civil rights; First Amendment, Article II Section 3 1870 Illinois Constitution. Discrimination of Religious exercise and National origin. See Exhibit 1.**

**Elements:** CA, KA, GS arbitrarily used MB's cultural, religious, national and ethnic regalia/appearance as a criteria and method to deprive MB of his fundamental rights secured therein First Amendment freedom of speech and religion, Fourth Amendment probable cause requirement, Fourth Amendment security of persons and effects, Eight Amendment commandment of no cruel unusual punishment, Fifth Amendment requirement of not self incriminating, Fifth Amendment requirement of due process of law, Fifth Amendment commandment of compensation for private property usufruct, Fifth Amendment commandment of not being deprived of life or liberty-- whereas 1870 Illinois Constitution Article II Section 1 through 20 remains in harmony with said violated mandates.

KA,CA, GS's presumption that MB belong to some religious organization per MB's cultural apparel, and the same being the intent behind their unconstitutional malicious acts are succinctly confessed during and after encounter with MB.

**KA:** "But, but but, he keeps talking about the constitution .All that other stuff, but we know Moors don't believe in the constitution. "
**MB:** "Those never came out of my mouth."
**KA:** "So ya. So ya, that's exactly [interrupted] "
**MB:** "What's a Moor?"
**KA:** "Your hat".

**MB:** "What's cleansing? What's a Moor?"
**KA:** "Your hat says it all, so. "
**MB:** "A Hat?"
**KA:** "hmm, hmmmmm. "
**MB:** "Oooh, so you, oh you're used to dealing with certain people."
**CA:** "We're used to dealing with you."
See minute 11:30 to 11:50 of Exhibit 37. See Lines 354 through 366 of Exhibit 38.

**KA:** "You are such an idiot, you know why?"
**MB:** "Aw, stop insulting me."
**KA:** "because you think you know the law."
**MB:** "Please don't insult me."
**KA:** "No I am going to insult you,"
See Exhibit 37 Minutes 7:03 to 7:13.

***Prayer of Relief:***

a Actual damages of $3,000, See Exhibit 40

b Statutory damages of $5,000 per Section 2 of 42nd Congress Session 1 Chapter 22. See Exhibit 24

c Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

d Exemplary damages of $39,000.

e Nominal damages of $60,000.

f Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

g Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA,KA,GS's wilful acts. See Exhibit 41.

h That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

i That the court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

j That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 7:**
**Plaintiff against each CA, KA, GS personally and as employees.**
**Against each Village of South Holland, and South Holland Police**
**For**
**<u>Intimidation.</u>**
**See Exhibit 25. See Exhibit 1.**

***Elements:*** *CA, KA, GS knowingly committed intimidation with their intent and act of (1) causing MB to* consent to unlawful search and seizure (2) Causing the abrogation of MB's exercise of essential rights to security of persons, papers, effects, by verbally communicating to MB directly and indirectly a threat without lawful authority to subject MB to physical confinement and/or restraint. (3) Accusing MB of the offense of "Obstruction of Identification", "obstructing" , and "obstruction of justice", "Resisting a Peace Officer" as articulated by GS and KA. GS, KA (4) Exposing MB to hatred, contempt, and ridicule by their wilful verbal communication as a cause and effect.

**CA:** "Why is your hands not on the hood?"
**MB:** "**Because you are detaining me** and I'm not obligated to."
**CA:** "Ok, so if you're being detained then why is your hands not on the hood?"
**MB:** I'm not obligated to, that what I'm telling you."
**KA:** "Yes you are."
**CA:** "So are, so are you resisting?"
**CA:** "Ok, so the instruction is to put your hands on the hood."
***MB:*** *"Well, there is no cause, you have no [interrupted]"*
[CA and KA have previously positioned themselves behind MB, **while physically holding both MB's hands.**]
**CA:** "If you hands are not on the hood, then you are resisting. [interrupted]"
**MB:** "You have no cause of action."
**CA:** "If you're resisting then you'll be placed under arrest."

**KA**: "Have a seat sir."
**MB**: "I'm not consenting to being detained unlawfully."
**KA**: "You don't have to consent to be detained, "
**KA**: "Oh! You are obstructing justice, that's what the evidence is."
**MB**: "There exist no evidence."
**CA**: "And you are resisting."
**KA**: "And, and you are resisting at this point."
See minutes 3:05 to 3:46 of Exhibit 37

**MB**: "Well I'm, I invoke my secured rights [interrupted] I have to be secured in my persons [interrupted] I'm invoking the Constitutional right-[interrupted]."
**CA:** "Right."
**MB:** "To be secured in my persons."
**CA**: "if, if that's your, if that's your claim, you are placed into custody, you are under arrest for obstruction of identification."
See minutes 3:05 to 3:46 of Exhibit 37. See Exhibit 38 transcript of the same Item Numbers 529 through 536.

**GS**: "The officer found you because someone called and described you in the area, and the fundamental things we, we do in situations like this that we ask for name, identification, but **you are choosing not to identified, of course that's called obstructing,** but [interrupted] "
**MB:** "That's his claim, let me explain what it is, [interrupted]"
**GS**: "Ok, that's fine."
**MB**: **"you were not here to witness it."**
**GS**: "Ok."
**MB:** "He **asked me if I had an identification. I don't.** At that point he said put your hands on the hood, this lady came in, I asked if I was being detained, he said no, I asked if I was free to leave, he said are you supposed to be here, I said ya, do you work here. Well obviously I do. {MB, gestures to the green work scrubs he has on}. I was on the phone, and [interrupted]"
**GS**: "Sure."
**MB**: "Well, he called you, put a handcuff on me, detained me without any cause of action."
**GS**: **"Well that was the cause of action,** if you're saying, **if you're not refusing to identify who you are,** how are we suppose to, if, if what you is true, **we have to, corroborate that with the people that called."**
See minute 17:15 to 18:10 of Exhibit37 and Lines 512 through 519 of Exhibit38.

**MB**: **"is that a crime? In order for me to identify myself[interrupted]"**
**CA: "YES, it is a crime."**
**MB:** "In order for me to identify myself."
**GS**: "Yes, yes, if you're, if you're being detained [interrupted]"
MB: **"Has a crime been identified first?"**
**GS:"Yes it is, it's called obstruction of identification."**
**MB:** "No. no. no. before the obstruction, for me to identify myself, there has to be a crime."
**GS**: "No it doesn't"
See minute 18:09 to 18:24 of Exhibit. See Lines 520 through 527 of Exhibit 38

**CA:** "So that's why you're here. Again, for the fifth time, obstruction of identification."
**MB:** "Is there a crime for me to identify myself?"
**CA**: "Yes, it is. Cus you know, you know the law right? So you know that if I ask you for your name you refuse to give it that it's a crime."
**MB**: "I don't want to argue with you."
**CA**: "I'm not arguing with you either, I'm instructing you, of you uhm, [pause] failure to realize what the law is."
See Exhibit 36 time mark 8:38 to 9:00

**Prayer of Relief:**

a. Actual damages of $3,000.See Exhibit 40
b. Statutory damages of $25,000 (against each CA, KA, GS personally and as employees)
c. Statutory damages of $50,000 (against each Village of South Holland, and South Holland *Police Department*)
d. Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.
e. Exemplary damages of $39,000.
f. Nominal damages of $60,000.
g. Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

h Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA,KA,GS's wilful acts. See Exhibit 41.

i That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

j That the court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

k That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 8:**
**Plaintiff against each CA, KA, GS personally and as employees.**
**Against each Village of South Holland, and South Holland Police**
**For**
**Hate Crime**
**See Exhibit 26. See Exhibit 1.**

**Elements**: CA, KA and GS committed hate crime when they, by reason of actual, articulated self confessions, perceived race, creed, religion, ancestry, national origin, regardless of the existence of any other motivating factors committed battery of MB, intimidated MB, damaged MB's interest and right to his trade name property MUHAMMAD LAWAL, damaged MB's inherent rights to speech, right to privacy and effects.

**KA:** "But, but but, he keeps talking about the constitution .All that other stuff, but we know Moors don't believe in the constitution. "
**MB:** "Those never came out of my mouth."
**KA:** "So ya. So ya, that's exactly [interrupted] "
**MB:** "What's a Moor?"
**KA:** "Your hat".
**MB:** "What's cleansing? What's a Moor?"
**KA:** "Your hat says it all, so. "
**MB:** "A Hat?"
**KA:** "hmm, hmmmmm. "
**MB:** "Oooh, so you, oh you're used to dealing with certain people."
**CA:** "We're used to dealing with you."
See minute 11:30 to 11:50 of Exhibit 37. See Lines 354 through 366 of Exhibit 38.

The strong hate is further shown via CA's self confession to his employees.

**CA:** "He's a fucking degenerate"
**Jane Doe[Village of South Holland employee]:** "Why is he here?"
**CA:** *"Like look dude if you mad at the world hey I get, I'm not the one* **you could have been back in, in--inside your job,** you hate your job that much you'd rather go to jail? I'm trying to figure out what is it."
**Jane Doe [Village of South Holland employee]:** "Does he work there?"
**CA:** "He's got a, **he's got a access badge that would lead me to believe he worked there, so I know where he don't work at now!** [chuckle] So you gone play this silly ass game man, hey it's whatever. "
**CA:** "This bitch, this asshole... I'm gonna put one of these things on his face and be like, cus you sure fucking look black to me. You're not black, you're HC190 [a military Signal lantern model HC190]"
**CA:** "**Some people would either make you have to beat they ass, or fucking mess em**, for stupid shit. "
**CA:** "Like my nigga, you are obvious like retarded... and then when you fucking let him know like dude don't do this with me, I'm the last motherfucker you wanna try to split heads with, with your whatever the fuck he was saying, I was like are you stupid? [chuckle]."
**CA:** "Then oh! He's under arrest, I, I , I refuse to be put in the car, my nigga."
**Jane Doe [Village of South Holland employee]:** "He refused? You can refused that if you want [chuckle]"
**CA:** "I said so, is this what you need? [chuckle], so you know, **I picks him up, rolls him in the car, oh I hit my head, ya, that's what happens when you don't wanna get in the car and you have to be forced in, sometimes heads get hit**"
**Jane Doe [Village of South Holland employee]:** "Oh no."

See Exhibit 36 from minute mark 16:30 to 20:10

**Prayer of Relief:**

a Actual damages of $3,000.See Exhibit 40

b Statutory damages of $25,000 (against each CA, KA, GS personally and as employees).

c Statutory damages of $50,000 (against each Village of South Holland, and South Holland Police Department).

d Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

e Exemplary damages of $39,000.

f Nominal damages of $60,000.

g Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

h Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA,KA,GS's wilful acts. See Exhibit 41.

i That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

j That the court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

k That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 9:**
**Plaintiff against each CA, KA, GS personally and as employees.**
**Against each Village of South Holland, South Holland Police, Don A Degraff, Shawn Staples**
**For**
**Simulating Legal Process**
***See Exhibit* 27. *See Exhibit* 1.**

**Elements, Perjury and wilful intent of malice:** Said parties are n violation of fourth amendment due process and eight amendment cruel unusual punishment by issuing the Police Report/Incident Report S20-14587 – See Exhibit2-, and by issuing and delivering Misdemeanour Complaints consisting charges of "Obstruction of Identification" and "Resisting a Peace Officer" dated August 03, 2020 at 8:55 A.M. filed in Circuit Court of Cook County Sixth Municipal District quasi criminal court, which he knows falsely purports to be or simulates any civil or criminal process against plaintiff's trade name MUHAMMAD LAWAL. This act was done in bad faith and KA and GS abetted in causing and sustaining the same. See Exhibit 18

**Prayer of Relief:**

a Actual damages of $3,000.See Exhibit 40

b Statutory Damages of $1,500

c Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

d Exemplary damages of $39,000.

e Nominal damages of $60,000.

f Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

g Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA,KA,GS's wilful acts. See Exhibit 41.

h That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

i That the court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

j That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 10:**
**Plaintiff against each CA, KA, GS personally and as employees.**
**Against each Village of South Holland, South Holland Police, Don A Degraff, Shawn Staples**

**For**

**Violation of Civil Rights Act 42nd Congress Session 1 Chapter 22, Illinois Public Act 93-0425 AN ACT concerning civil rights; Fourth, and Fifth amendment of United States Constitutions, Illinois Constitution Article II Section two, Section six, Section thirteen.**

**Elements:** CA, KA, and GS has wilfully violated plaintiffs' trade interests by their use of trade name MUHAMMAD LAWAL during the course of their business and/or private acts in bad faith by suing said trade name, transferring information regarding it from different agencies, and attaching claims against it without lawful cause, without just compensation. See Exhibit 10 See Exhibit 39. See Exhibit 18.

**Prayer of Relief:**

a Actual damages of $3,000.See Exhibit 40

b Statutory damages of $5,000 per Section 2 of 42nd Congress Session 1 Chapter 22. See Exhibit 24

c Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

d Exemplary damages of $39,000.

e Nominal damages of $60,000.

f Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

g Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA,KA,GS's wilful acts. See Exhibit 41.

h That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

i That the court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

*j That the court issue an order directing the clerk to issue a warrant for the arrest of the* properties and effects of CA, KA GS.

**Count 11:**

**Plaintiff against each CA, KA, GS personally and as employees.**
**Against each Village of South Holland, and South Holland Police**
**For**
**Malicious Prosecution**

**Elements:** The wilful acts performed by CA, KA, GS qualify under the five basic elements of malicious prosecution because (1) CA commenced an original criminal or civil judicial proceeding in the Cook County Sixth District Municipal Court. See Exhibit 18; (2) the same action commenced by CA was terminated in favor of the plaintiff; (3) there was an absence of probable cause for such proceeding commenced by CA; (4) all acts of CA prior to, and leading to the commencement of the proceeding were performed maliciously; and (5) plaintiff(s) sustained damages to his rights, persons, papers, and effects a a direct and indirect result of the same. The malicious prosecution have caused the loss of job and other financially related opportunities.

**Prayer of Relief:**

a Actual damages of $3,000.See Exhibit 40

b Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

c Exemplary damages of $39,000.

d Nominal damages of $60,000.

e Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

f Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA, KA, GS's wilful acts. See Exhibit 41.

g That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

h The court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

i That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 12**
**Plaintiff against each CA, KA, GS personally and as employees.**
**Against each Village of South Holland, South Holland Police, Don A Degraff, Shawn Staples**
**For**
**Fraudulent Misrepresentation**

**Elements:** CA, KA, GS intended to use the home rule unit Village of South Holland and its department South Holland Police, to perpetrate an actual fraud, extrinsic fraud, and the company did perpetrate an actual fraud primarily for the direct personal satisfaction of CA, KA, GS as follows:

CA, KA, and GS concealed and failed to disclose material facts within their knowledge. CA, KA, and GS misrepresented below listed material facts, relied on them to perform unlawful acts, and knew of MB's lack of knowledge and MB's reliance on the below misrepresented facts before, during and after interaction with MB :

(1) CA, KA, and GS was aware that an employee called them.
(2) CA, KA, and GS had made contact with the employees inside.
(3) CA, KA, and GS were well aware MB didn't fit the description of the uncertain caller.
(4) CA, KA, and GS intended MB to submit to an unlawful seizure, and unlawful charges brought against him, his properties and effects by concealing and failing to disclose the facts to both MB and the representatives of Cook County Sith District Courthouse where CA sued MB and his property MUHAMMAD LAWAL.
(5) CA *knowingly omits and misrepresents facts surrounding the unlawful restraint in order for GS and* the Cook County Sixth District Municipal Court to rely on said omission and misrepresentation of fact. This is done through his police reports, court complaint, and articulation to GS.
(6) CA confidently relied on his gamble that MB would be unable to corroborate these omission and misrepresentation of facts to acquit himself and his property MUHAMMAD LAWAL at the Cook County Sixth District Municipal Court and in any other litigation .
(7) CA willfully omitted the fact that MB offered to provide his name.
(8) CA willfully misrepresented the fact that MB answered all necessary questions, ***and exceedingly co-oporated with CA and KA***. Instead, CA asserted misrepresentation of essential fact that MB stated he did not know his name or that if he works at said location.
(9) CA misrepresented the fact that MB clearly asserted on four separate occasions that he worked at said location and offered to provide necessary information such as assisting them corroborate their need for identification by entry to the building and by offering his name after MB was unlawfully seized and searched.
(10) CA misrepresented the fact that MB was disallowed to articulate necessary elements in the interaction, instead CA asserted his subjective feelings into his narrative to GS and his complaint.
(11)CA admitted that the necessary due notice of articulating one's exercise of constitutionally preserved rights was a cause of his unlawful arrest.
(12) Since GS was not there to witness the preceding events, and GS self confessed that he was not aware of the details of the call that summoned them, CA and KA fully relied on their omission and misrepresentation of essential facts and intended for GS to perpetuate the same misrepresentation. This was easily accomplished.
(14)CA, KA, and GS fully relied on simulating legal process in order to create a colorable appearance of performing a lawful duty.
(15) CA,KA, and GS deliberately refused to turn on their body worn camera or vehicle mounted cameras before or during the contact, and only turned the vehicle and body camera on after the unlawful seizure.
(16) CA knowingly articulated falsities to MB while at South Holland Police station that his body camera and dashboard camera were active throughout his encounter with MB. See Exhibit 36 time mark 9:33 to 10:00.
(17)CA knowingly articulated falsities to MB that he has "instructed" MB of reasonable suspension and probable cause despite all evidence to the contrary prior to unlawful search and seizure. Such notice must not be ex post facto even if it existed. In this instance, it did not. See ninth minute twenty five seconds of Exhibit 36 9:25 to 9:33.
(18) MB could not have had an equal opportunity to discover these truths during those moments. In fact, CA, KA, and GS made deliberate efforts to ascertain that MB did not discover these facts via his Police Report Exhibit2, his articulations to MB and GS, and his documents filed with the Cook County Sith District

Courthouse bringing false charges against MB and his properties and effects MUHAMMAD LAWAL. See Exhibit 18 pg 2 of 12 , pg 3 of 12

(19) MB suffered injury to his rights, persons, and effects as a direct result of all these.

CA, KA, and GS used South Holland Police Department as an alter ego to unlawfully search and seize MB. CA, KA, and GS used South Holland Police Department to avoid legal limitations upon natural persons or corporations.

Actual fraud, extrinsic fraud, intrinsic fraud that lifts the corporate veil are not confined to this verified complaint. Other instances later to be introduced and previously cited prior to this count are as applicable to the above factors of these types of frauds, lifting of corporate veil, alter ego, and respondeat superior doctrine. These frauds caused MB to be forcefully removed from the place of labour performed on behalf of Muhammad Bey Express Trust, and have caused the loss of said job and other financially related opportunities.

***Prayer of Relief:***

j Actual damages of $3,000.See Exhibit 40

k Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

l Exemplary damages of $39,000.

m Nominal damages of $60,000.

n Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

o Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA, KA, GS's wilful acts. See Exhibit 41.

p That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

q The court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

r That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 13**
**Plaintiff against**
**Each GS, CA, KA ( personally and as employees)**
**Against each Village of South Holland, South Holland Police, Don A Degraff, Shawn Staples**
**For**
**Civil Conspiracy; Violation of Civil Rights Act 42nd Congress Session 1 Chapter 22, Illinois Public Act 93-0425 AN ACT concerning civil rights; First Amendment, Article II Section 12,2,4,6,8,9,10,11, 1870 Illinois Constitution.**

CA, KA and GS agreed unanimously based on their conversation in the presence of MB and in the absence of MB to perform acts of unlawful restraint, and utilized unreasonable force, intimidation, malicious prosecution, fraud, assault, battery, and simulating legal process as means to accomplish and perpetrate the same against preserved constitutional rights of MB. These conspiracy have caused the loss of job and other financially related opportunities.

See Exhibit 2, Exhibit 18, Exhibit 36. Exhibit 37, Exhibit 38.

**CA:** "Make, I made contact with him, asked him a couple of questions, uh, what's your name, you know this that and the other, refusing to answer any questions uh starts talking this jibberish about uhh [interrupted]"

**KA:** "Stating claim."

**CA;** "Stating claims ***constitutional rights***, uh, he's not black, he doesn't know his name, he doesn't know if "he works here. [interrupted]"

**MB:** I didn't say that, ***I didn't say I didn't know my name."***

**CA;** ***"he doesn't have any identification,*** refuse to give any, refuse to give any other information ***so he was taken into custody,*** try to put him into the veh--, uh into the car, he's uh falling down, uh refusing to get into the vehicle uh for fear of [inaudible] self or him, I called you out here so uh [interrupted] "

**GS:** "Ok."

**GS**: "The officer found you because someone called and described you in the area, and the fundamental things we, we do in situations like this that we ask for name, identification, but ***you are choosing not to identified, of course that's called obstructing,*** but [interrupted] "

**MB:** "That's his claim, let me explain what it is, [interrupted]"

**GS**: "Ok, that's fine."

**MB**: ***"you were not here to witness it."***

**GS**: "Ok."

**MB**: "He ***asked me if I had an identification. I don't.*** At that point he said put your hands on the hood, this lady came in, I asked if I was being detained, he said no, I asked if I was free to leave, ***he said are you supposed to be here, I said ya, do you work here.*** Well obviously I do. {MB, gestures to the green work scrubs he has on}. I was on the phone, and [interrupted]"

**GS**: "Sure."

**MB**: "Well, he called you, put a handcuff on me, detained me without any cause of action."

**GS**: "**Well that was the cause of action,** if you're saying, *if you're* ***not refusing to identify*** *who you are,* how are we suppose to, if, if what you is true, we have to, corroborate that with the people that called."

See minute 17:15 to 18:10 of Exhibit37 and Lines 512 through 519 of Exhibit38.

**MB**: "**is that a crime? In order for me to identify myself[interrupted]**"

**CA: "YES, it is a crime."**

**MB:** "In order for me to identify myself."

**GS**: "Yes, yes, if you're, if you're being detained [interrupted]"

MB: **"Has a crime been identified first?"**

**GS:"Yes it is, it's called obstruction of identification."**

**MB:** "No. no. no. before the obstruction, for me to identify myself, there has to be a crime."

**GS**: "No it doesn't"

See minute 18:09 to 18:24 of Exhibit . See Lines 520 through 527 of Exhibit 38

**GS:** " I believe you, **I don't know anything about the call,** but I do believe you.

***CA***: *"Ha ha ha"*

See time mark 2:19:49 to 2:19:57 of Exhibit 37

**Prayer of Relief:**

a. Actual damages of $3,000.See Exhibit 40

b. Statutory damages of $5,000 per Section 2 of 42nd Congress Session 1 Chapter 22. See Exhibit 24

c. Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

d. Exemplary damages of $39,000.

e. Nominal damages of $60,000.

f. Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

g. Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA, KA, GS's wilful acts. See Exhibit 41.

h. That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

i. The court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

j. That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 14**
**Plaintiff against**
**Each CA ( personally and as employees)**
**Each Village of South Holland, South Holland Police**
**For**
**<u>Defamation</u>**

**Elements:** CA, KA knowingly provided false statements of fact to GS, and caused an unprivileged publication of the statements that MB obstructed identity and resisted a peace officer to third parties like Illinois State Police, the Sixth District Municipal Courthouse and other administrative agencies of Illinois and United States that harm reputation of plaintiffs and their property MUHAMMAD LAWAL. These false

statements, harm, and unprivileged publications are not limited to (1) the complaint and sundry papers constituting confidential biometric data filed by CA. See Exhibit 18 (2) CA's police report. See Exhibit 18. (3) CA's articulations to GS in the presence and absence of MB. See Exhibit 36, Exhibit 37, Exhibit 38, Exhibit 39. (4) The charges, and biometric data stored therein CABS database, Law Enforcement Agencies Data System, National Crime Information Center and other Rap Sheet used by administrative agencies to establish reputation and character as part of regularly preserved business records resulting from CA's acts by way of South Holland Police Department as the agency of the State. See Exhibit 39

Adequate notice and context of said false statements and unprivileged publication of the same is thereto clearly shown within said respective Exhibits with good faith. Plaintiffs are left with undue burden of the process of clearing such reputation, paying fees, spending time and resources in finalizing vindication by expungement of records and corresponding with several State and Federal agencies who are known to conduct business at the cost of prolonged time. These false statements of crime has previously, is currently and is reasonably anticipated to prejudice plaintiffs in professional and business affairs.

*CA knows these false statements to not be true as he articulated his malicious intent as follows :*

**CA:** "He's got a, he's got a access badge that would lead me to believe he worked there, so I know where he don't work at now! [chuckle] So you gone play this silly ass game man, hey it's whatever. "
See Exhibit 36 from minute mark 16:30 to 20:10.

**CA:** "So this little job that you think you got? You can, you can go ahead and kiss it goodbye."
See minute 7:35 to 7:39 of Exhibit 37.

This defamation has caused the loss of job, and other financially related opportunities. It is well established that the First Amendment or Faire Reporting Privilege does not protect false statements of facts that is readily understood, is objectively verifiable, is made as an unlawful means and, when considered in context, signals that it has factual content as the above self confessions.

**Prayer of Relief:**

a. Actual damages of $3,000.See Exhibit 40

b. *Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since* these acts were performed because of MB's exercise of said rights. See Exhibit 1.

c. Exemplary damages of $39,000.

d. Nominal damages of $60,000.

e. Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable consequence or result of defendants' wilful acts. See Exhibit 40

f. Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA, KA, GS's wilful acts. See Exhibit 41.

g. That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties.See Exhibit 50. See Exhibit 51

h. The court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

i. That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Count 15**
**Plaintiff against**
**Each CA,KA, GS ( personally and as employees)**
**Against each Village of South Holland, South Holland Police, Don A Degraff, Shawn Staples**
**For**
**<u>Unreasonable Use of Excessive Force</u>**

**Elements**: CA, GS, KA used excessive force without reasonable cause, and against the consent of MB to seize and search MB.

**GS:** "But just put your legs in." **KA:** "Put your legs in."
**MB:** "That's voluntary.
**KA:** "Put your legs in."
**MB:** "I'm not volunteering to, waive my substantive right. You're detaining me. I'm not volunteering to that."
**GS:** "We understand you're verbally obstructing to, what we're trying to have you do, and that's fine."

**MB:** "That's, ok, make your claim. "
**GS:** "You have claims, so do we."
**MB:** "Ok."
**GS:** "Can you put your legs in the car?"
**MB:** "I'm not volunteering."
**KA:** "If he wants his legs to be lifted up and place in that car, then we'll lift his legs up and place him in the car."
**GS:** "Ok."
**MB:** "I don't want you to do that. I don't consent to being detained."
**KA::**" No you don't have a choice, you told us to put you in the car."
**GS:** "You don't have a choice, we asked you to nicely."
**MB:**"I don't consent to this, that's my claim."
[GS joined in continued use of force in support of Kimberly Abogunrin and Clarence D Ayers to place affiant in the rear right passenger side of the vehicle]"
**GS**: "Why you gotta be so difficult about this. Put your legs in please."
[About eight minutes of travel to the geographical location Latitude:41.597560 Longitude:-87.607670, postal address 16330 South Park Ave, South Holland, IL 60473]
See Lines 614 to 633 of Exhibit 38.

**CA:** "I said so, is this what you need? [chuckle], so you know, **I picks him up, rolls him in the car, oh I hit my head, ya, that's what happens when you don't wanna get in the car and you have to be forced in, sometimes heads get hit"**
**Jane Doe [Village of South Holland employee]:** "Oh no."

See Exhibit 36 from minute mark 16:30 to 20:10

**CA**: "Why is your hands not on the hood?"
**MB**: "**Because you are detaining me** and I'm not obligated to."
**CA**: "Ok, so if you're being detained then why is your hands not on the hood?"
**MB**: I'm not obligated to, that what I'm telling you."
**KA**: "Yes you are."
***CA:*** *"So are, so are you resisting?"*
**CA:** "Ok, so the instruction is to put your hands on the hood."
**MB**: "Well, there is no cause, you have no [interrupted]"
[CA and KA have previously positioned themselves behind MB, **while physically holding both MB's hands.**]
**CA**: "If you hands are not on the hood, then you are resisting. [interrupted]"
See minutes 3:05 to 3:46 of Exhibit 37

**Prayer of Relief:**

a. Actual damages of $3,000.See Exhibit 40

b. Irreparable damages of $400,000, for injuries to plaintiff's constitutionally affirmed rights since these acts were performed because of MB's exercise of said rights. See Exhibit 1.

c. Exemplary damages of $39,000.

d. Nominal damages of $60,000.

e. Consequential damages of $3,000 since plaintiff MB suffered loss of $3,000 as unpredictable *consequence or result of defendants' wilful acts. See Exhibit4 0*

f. Consequential damages of $15,892 as economic loss that plaintiffs are prevented from acquiring from twenty months of unemployment (August 2020- April 2022) at said place of work—as intended by CA, KA, GS's wilful acts. See Exhibit 41.

g. That the court attach and/or garnish defendants CA, KA, and GS's tangible real properties such as 9232 Bayberry Lane, Tinley Park, Illinois 60487, 5606 Gouwens Lanes, South Holland, Illinois 60473., and 618 Freeland Ave, Calumet City, Illinois 60409 respectively, and home insurance coverage to said properties. See Exhibit 50. See Exhibit 51

h. The court attach and/or garnish defendants CA, KA, and GS's intangible real properties such as personal properties constituting lock boxes, paychecks, 401k, bank accounts, retirement funds, and other effects with monetary value, up to the amounts the court deems equitable.

i. That the court issue an order directing the clerk to issue a warrant for the arrest of the properties and effects of CA, KA GS.

**Reservation**: Contexts under each counts are not the limits of the qualification of each counts. Plaintiffs reserve the right to add or omit specific claims.

**Other Prayer for Relief:**

1. Plaintiff acts as his own lawyer and hereby demand in good faith, recovery of reasonable attorney's fee of $200,000 to cover for more than One thousand and sixty eight (1,068) hours of

time spent on research, documentation mitigation, and litigation. See Exhibit 43, See Exhibit 44. See Exhibit 45.

2. Injunctive relief against similar acts.

3. **Speediness and Promptness:** Per Federal Rules of Evidence Rule of Evidence 403, all assumptions of CA, KA, GS used in previous suit against plaintiffs, plaintiffs' properties, plaintiffs' *effects, and all assumptions that will be used in this court by defendants remain irrelevant.* CA,KA,GS and other defendants' past and future presumptions were and will be a waste of time, creates further undue delay, are misleading, and provides unfair prejudice against plaintiffs since the facts and preponderance of evidence by plaintiffs are relevant, self authenticating, and undisputable. Plaintiffs demand that the pre-trial, post trial and trial proceedings be performed in a speedy manner, promptly, and without delay in accord with constitutional principles therein Amendment VI of United States Constitution harmonious with Section 19 Article II 1870 Illinois Constitution. See Exhibit 1. See Exhibit 52.

4. **Sanction:** Plaintiff pray that the court promptly sanction defendants and or their counsels by court penalty and other attorneys fees to plaintiffs where defendants and or their counsels offer irrelevant information or supposition of evidence in these matters that cause waste of time, creates further undue delay, are misleading, and provides unfair prejudice against plaintiffs.

**Redress and grievance**: Because the CA, KA, GS acted maliciously, omitted reasonable and undisputable factors knowingly without authority, and/or recklessly disregarded MB's constitutionally affirmed rights, all of plaintiffs' *good faith prayer for relief will reasonably solace MB's mental anguish, laceration of his* rights, shame at said workplace among co-workers and consorts, degradation, and other aggravations of the original wrong. All defendants' unlawful conducts are likely to be redressed by the requested reliefs.

**Insurance Policy:** Village of South Holland Insurance Policy number P3-1000379-1920-01 was active during the date of the event described herein. As of today, South Holland Insurance Police number is P3-1000379-2122-01. See Exhibit 34.
E-COM Insurance Policy numbers VFNUTR000950500000 was active during the date of the event described herein. See Exhibit 49.

Plaintiffs pray that the court utilize said insurance policy as collateral or means to award plaintiff damages against Village of South Holland and its employees.

**Verification**

Plaintiff declare under laws of United States of America that everything herein is true and correct to best of plaintiff's knowledge and belief.

Presented and tendered this 9th day of May 2022

By: ulthowtrecourse
All Rights Reserved per Ninth Amendment
Muhammad Bey
c/o [14212 Cottage Grove Ave, ste 915]
[Illinois] state Republic
Near; [60419]

Trust Seal: MUHAMMAD BEY EXPRESS TRUST 2020 OFFICIAL SEAL 5-17-2020

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public
Ciara Hurst
Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

# Exhibit 1

## Articles of Confederation,
## Illinois 1870 Constitution,
## United States Constitution,

**LIBRARY**
LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the online collections of the Library of Congress contain a publication entitled **CONSTITUTIONS OF PA. & THE CONSTITUTION OF THE U.S.** and that the attached photocopies– binding cover, title page, verso of title page, preface page, page 457, page 459 and pages 461-482- are a true representation from that work.

This is to certify further that the work is marked in pencil with a Library of Congress call number that reads, "KFP 400.P46 1986,' and the same call number appears on the binding cover.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed here December 18, 2018.



Rosalina Delgado-Jones
Assistant Business Enterprises Officer
Office of Business Enterprises
Library of Congress

101 Independence Avenue, SE Washington, DC 20540–4917 Tel 202.707.5650 www.loc.gov; duplicationservices@loc.gov

# CONSTITUTION

## of the

## United States of America

**Preamble.** WE, THE PEOPLE OF THE UNITED STATES, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this CONSTITUTION for the United States of America.

## ARTICLE I

Sec. 1. **Legislative Power.** All legislative Power herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

Sec. 2. **House of Representatives: Members, Officers and Apportionment. Direct Taxes. Census. Impeachment.** The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

[Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons.] The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New


CONSTITUTIONS OF PA. & THE CONSTITUTION
OF THE U. S.
KFP 400
.P46
1986
LIBRARY OF CONGRESS
0 023 621 517 9

time or War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

## ARTICLE VI

**Rights of Accused Persons in Criminal Prosecutions.** In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining Witnesses in his favor, and to have the Assistance of Counsel for his defence.

## ARTICLE VII

**Rights in Civil Suits.** In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

## ARTICLE VIII

**Excessive Bail, Fines and Punishments Prohibited.** Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## ARTICLE IX

**Reserved Rights of People.** The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## ARTICLE X

**Powers not Delegated, Reserved to States and People.** The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

(**Note:** The first ten amendments to the Constitution were submitted to the legislatures of the several States by a resolution of Congress passed September 25, 1789. They were finally adopted December 15, 1791.)

## AMENDMENTS

AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA, PROPOSED BY CONGRESS, AND RATIFIED BY THE LEGISLATURES OF THE SEVERAL STATES PURSUANT TO THE FIFTH ARTICLE OF THE ORIGINAL CONSTITUTION.

### ARTICLE I

**Freedom of Religion, Speech and Press. Right of Petition.** Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

### ARTICLE II

**Right of People to Bear Arms.** A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

### ARTICLE III

**Quartering of Troops.** No Soldier shall, in time of peace be quartered in any house, without consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

### ARTICLE IV

**Persons and Houses to be Secure From Unreasonable Searches and Seizures.** The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### ARTICLE V

**Trials for Crimes. Compensation for Private Property Taken for Public Use.** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in

New Hampshire.

JOHN LANGDON. NICHOLAS GILMAN.

Massachusetts.

NATHANIEL GORHAM. RUFUS KING.

Connecticut.

WM. SAML. JOHNSON. ROGER SHERMAN.

New York.

ALEXANDER HAMILTON.

New Jersey.

WIL. LIVINGSTON.
DAVID BREARLEY.
WM. PATTERSON.
JONA. DAYTON.

Pennsylvania.

B. FRANKLIN.
THOMAS MIFFLIN.
ROBT. MORRIS.
GEO. CLYMER.
THOS. FITZSIMMONS.
JARED INGERSOLL.
JAMES WILSON.
GOUV. MORRIS.

Delaware.

GEO. READ.
GUNNING BEDFORD, Jun.
JOHN DICKINSON.
RICHARD BASSETT.
JACO. BROOM.

Maryland.

JAMES McHENRY.
DAN OF ST. THOS. JENIFER.
DANL. CARROLL.

Virginia.

JOHN BLAIR. JAMES MADDISON, Jr.

North Carolina.

WM. BLOUNT.
RICHD. DOBBS SPAIGHT.
HU. WILLIAMSON.

South Carolina.

J. RUTLEDGE.
CHARLES COTESWORTH PINCKNEY.
CHARLES PINCKNEY.
PIERCE BUTLER.

Georgia.

WILLIAM FEW. ABR. BALDWIN.

Attest:
WILLIAM JACKSON, Secretary.

# STATE OF ILLINOIS

## *OFFICE OF*
## *THE SECRETARY OF STATE*

*To all to whom these Presents Shall Come, Greeting:*

**I, JESSE WHITE, Secretary of State of the State of Illinois, do hereby certify that the following and hereto attached is a true copy of the "*Third Constitution of Illinois, 1870; Record Series 103.015,*" from the Illinois State Archives.**

*In Testimony Whereof I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, Done at the City of Springfield this 27th day of December A.D. 2018*

SEAL OF THE STATE OF ILLINOIS AUG. 26TH 1818

SECRETARY OF STATE

# Constitution of the State of Illinois.

Adopted in Convention at Springfield, May 13th A.D. 1870.

## Preamble.

We, the people of the State of Illinois—grateful to Almighty God for the civil, political and religious liberty which He hath so long permitted us to enjoy, and looking to Him for a blessing upon our endeavors to secure and transmit the same unimpaired to succeeding generations—in order to form a more perfect government, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this constitution for the State of Illinois.

## Article I.

### Boundaries.

The boundaries and jurisdiction of the State shall be as follows, to wit: Beginning at the mouth of the Wabash river; thence up the same, and with the line of Indiana, to the northwest corner of said State; thence east with the line of the same State, to the middle of Lake Michigan; thence north along the middle of said lake, to north latitude forty-two degrees and thirty minutes; thence west to the middle of the Mississippi river; and thence down along the middle of that river to its confluence with the Ohio river; and thence up the latter river, along its northwestern shore, to the place of beginning: Provided, that this State shall exercise such jurisdiction upon the Ohio river as she is now entitled to, or such as may hereafter be agreed upon by this State and the State of Kentucky.

## Article II.

## Bill of Rights.

Section 1. All men are by nature free and independent, and have certain inherent and inalienable rights—among these are life, liberty and the pursuit of happiness. To secure these rights and the protection of property, governments are instituted among men, deriving their just powers from the consent of the governed.

Section 2. No person shall be deprived of life, liberty or property, without due process of law.

Section 3. The free exercise and enjoyment of religious profession and worship, without discrimination, shall forever be guaranteed; and no person shall be denied any civil or political right, privilege or capacity, on account of his religious opinions; but the liberty of conscience hereby secured shall not be construed to dispense with oaths or affirmations, excuse acts of licentiousness, or justify practices inconsistent with the peace or safety of the State. No person shall be required to attend or support any ministry or place of worship against his consent, nor shall any preference be given by law to any religious denomination or mode of worship.

Section 4. Every person may freely speak, write and publish on all subjects, being responsible for the abuse of that liberty; and in all trials for libel, both civil and criminal, the truth, when published with good motives and for justifiable ends, shall be a sufficient defense.

Section 5. The right of trial by jury as heretofore enjoyed, shall remain inviolate; but the trial of civil cases before justices of the peace by a jury of less than twelve men, may be authorized by law.

Section 6. The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated; and no warrant shall issue without probable cause, supported by affidavit, particularly describing the place to be searched, and the persons or things to be seized.

Section 7. All persons shall be bailable by sufficient sureties, except for capital offenses, where the proof is evident or the presumption great; and the privilege of the writ of habeas corpus shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it.

Section 8. No person shall be held to answer for a criminal offense, unless on indictment of a grand jury, except in cases in which the punishment is by fine, or imprisonment otherwise than in the penitentiary, in cases of impeachment, and in cases arising

in the army and navy, or in the militia when in actual service in time of war or public danger: *Provided*, that the grand jury may be abolished by law in all cases.

*Section 9.* In all criminal prosecutions the accused shall have the right to appear and defend in person and by counsel; to demand the nature and cause of the accusation, and to have a copy thereof; to meet the witnesses face to face, and to have process to compel the attendance of witnesses in his behalf, and a speedy public trial by an impartial jury of the county or district in which the offense is alleged to have been committed.

*Section 10.* No person shall be compelled in any criminal case to give evidence against himself, or be twice put in jeopardy for the same offense.

*Section 11.* All penalties shall be proportioned to the nature of the offense; and no conviction shall work corruption of blood or forfeiture of estate; nor shall any person be transported out of the State for any offense committed within the same.

*Section 12.* No person shall be imprisoned for debt, unless upon refusal to deliver up his estate for the benefit of his creditors, in such manner as shall be prescribed by law, or in cases where there is strong presumption of fraud.

*Section 13.* Private property shall not be taken or damaged for public use without just compensation. Such compensation, when not made by the State, shall be ascertained by a jury, as shall be prescribed by law. The fee of land taken for railroad tracks, without consent of the owners thereof, shall remain in such owners, subject to the use for which it is taken.

*Section 14.* No *ex post facto* law, or law impairing the obligation of contracts, or making any irrevocable grant of special privileges or immunities, shall be passed.

*Section 15.* The military shall be in strict subordination to the civil power.

*Section 16.* No soldier shall, in time of peace, be quartered in any house without the consent of the owner; nor in time of war except in the manner prescribed by law.

*Section 17.* The people have the right to assemble in a peaceable manner to consult for the common good, to make known their opinions to their representatives, and to apply for redress of grievances.

*Section 18.* All elections shall be free and equal.

*Section 19.* Every person ought to find a certain remedy in the laws for all injuries and wrongs which he may receive in his person, property or reputation; he ought to obtain, by law, right and justice freely, and without being obliged to purchase it, completely and without denial, promptly and without delay.

*Section 20.* A frequent recurrence to the fundamental principles of civil government is absolutely necessary to preserve the blessings of liberty.

No ſtate ſhall lay any impoſts or duties, which may interfere with any ſtipulations in treaties, entered into by the United States in Congreſs aſſembled, with any king, prince or ſtate, in purſuance of any treaties already propoſed by Congreſs, to the courts of France and Spain.

No veſſels of war ſhall be kept up in time of peace by any ſtate, except ſuch number only, as ſhall be deemed neceſſary by the United States in Congreſs aſſembled, for the defence of ſuch ſtate, or its trade; nor ſhall any body of forces be kept up by any ſtate, in time of peace, except ſuch number only, as in the judgment of the United States, in Congreſs aſſembled, ſhall be deemed requiſite to garriſon the forts neceſſary for the defence of ſuch ſtate; but every ſtate ſhall always keep up a well regulated and diſciplined militia, ſufficiently armed and accoutred, and ſhall provide and conſtantly have ready for uſe, in public ſtores, a due number of field pieces and tents, and a proper quantity of arms, ammunition and camp equipage.

No ſtate ſhall engage in any war without the conſent of the United States in Congreſs aſſembled, unleſs ſuch ſtate be actually invaded by enemies, or ſhall have received certain advice of a reſolution being formed by ſome nation of Indians to invade ſuch ſtate, and the danger is ſo imminent as not to admit of a delay, till the United States in Congreſs aſſembled can be conſulted: nor ſhall any ſtate grant commiſſions to any ſhips or veſſels of war, nor letters of marque or repriſal, except it be after a declaration of war by the United States in Congreſs aſſembled, and then only againſt the kingdom or ſtate and the ſubjects thereof, againſt which war has been ſo declared, and under ſuch regulations as ſhall be eſtabliſhed by the United States in Congreſs aſſembled, unleſs ſuch ſtate ſhall be infeſted by pirates, in which caſe veſſels of war may be fitted out for that occaſion, and kept ſo long as the danger ſhall continue, or until the United States in Congreſs aſſembled ſhall determine otherwiſe.

ART. VII. WHEN land-forces are raiſed by any ſtate for the common defence, all officers of or under the rank of colonel, ſhall be appointed by the legiſlature of each ſtate reſpectively, by whom ſuch forces ſhall be raiſed, or in ſuch manner as ſuch ſtate ſhall direct, and all vacancies ſhall be filled up by the ſtate which firſt made the appointment.

*Mixt Rights of Congreſs and the ſeparate States.*

ART. VIII. ALL charges of war, and all other expences that ſhall be incurred for the common defence or general welfare, and allowed by the United States in Congreſs aſſembled, ſhall be defrayed out of a common treaſury, which ſhall be ſupplied by the ſeveral ſtates, in proportion to the value of all land within each ſtate, granted to or ſurveyed for any perſon, as ſuch land and the building and improvements thereon ſhall be eſtimated according to ſuch mode as the United States in Congreſs aſſembled ſhall from time to time direct and appoint. The taxes for paying that proportion ſhall be laid and levied by the authority and direction of the legiſlatures of the ſeveral ſtates within the time agreed upon by the United States in Congreſs aſſembled.

*Manner of defraying public expences.*

B ART.



# ARTICLES

## Of Confederation and perpetual Union between the States of *New-Hampſhire, Maſſachuſetts-Bay, Rhode-Iſland* and *Providence Plantations, Connecticut, New-York, New-Jerſey, Pennſylvania, Delaware, Maryland, Virginia, North-Carolina, South-Carolina* and *Georgia.*

Stile of the Confederacy

ARTICLE I. THE Stile of this CONFEDERACY ſhall be "The UNITED STATES OF AMERICA.

Sovereignty and Independence of the reſpective States.

ART. II. EACH State retains its ſovereignty, freedom and independence, and every power, juriſdiction and right, which is not by this confederation expreſsly delegated to the United States, in Congreſs aſſembled.

Deſign of the confederation, as it regards common ſecurity.

ART. III. THE ſaid ſtates hereby ſeverally enter into a firm league of friendſhip with each other, for their common defence, the ſecurity of their liberties, and their mutual and general welfare, binding themſelves to aſſiſt each other, againſt all force offered to, or attacks made upon them, or any of them, on account of religion, ſovereignty, trade, or any other pretence whatever.

Social and mutual intercourſe among the States.

ART. IV. The better to ſecure and perpetuate mutual friendſhip and intercourſe among the people of the different ſtates in this union, the free inhabitants of each of theſe ſtates, paupers, vagabonds, and fugitives from juſtice excepted, ſhall be intitled to all priviledges and immunities of free citizens in the ſeveral ſtates; and the people of each ſtate ſhall have free ingreſs and regreſs to and from any other ſtate, and ſhall enjoy therein all the privileges of trade and commerce, ſubject to the ſame duties, impoſitions and reſtrictions as the inhabitants thereof reſpectively, provided that ſuch reſtriction ſhall not extend ſo far as to prevent the removal of property imported into any ſtate, to any other ſtate of which the owner is an inhabitant; provided alſo that no impoſition, duties or reſtriction ſhall be laid by any ſtate, on the property of the United States, or either of them.

It

If any perfon guilty of, or charged with treafon, felony or other high mifdemeanor in any ftate, fhall flee from juftice, and be found in any of the United States, he fhall upon demand of the Governor, or executive power, of the ftate from which he fled, be delivered up and removed to the ftate having jurifdiction of his offence.

Full faith and credit fhall be given in each of thefe ftates to the records, acts and judicial proceedings of the courts and magiftrates of every other ftate.

Manner of conftituting the Congrefs of the States, with the qualifications & privileges of the delegates.

Art. V. For the more convenient management of the general interefts of the United States, delegates fhall be annually appointed in fuch manner as the legiflature of each ftate fhall direct, to meet in Congrefs on the firft Monday in November, in every year, with a power referved to each ftate, to recal its delegates, or any of them, at any time within the year, and to fend others in their ftead for the remainder of the year.

No ftate fhall be reprefented in Congrefs by lefs than two, nor by more than feven members; and no perfon fhall be capable of being a delegate for more than three years, in any term of fix years; nor fhall any perfon, being a delegate, be capable of holding any office under the United States, for which he, or another for his benefit receives any falary, fees or emolument of any kind.

Each ftate fhall maintain its own delegates in a meeting of the ftates, and while they act as members of the committee of the ftates.

In determining queftions in the United States, in Congrefs affembled, each ftate fhall have one vote.

Freedom of fpeech and debate in Congrefs fhall not be impeached or queftioned in any court, or place out of Congrefs, and the members of Congrefs fhall be protected in their perfons from arrefts and imprifonments, during the time of their going to and from, and attendance on Congrefs, except for treafon, felony, or breach of the peace.

Reftraints upon the feperate States

Art. VI. No ftate without the confent of the United States in Congrefs affembled, fhall fend any embaffy to, or receive any embaffy from, or enter into any conference, agreement, alliance or treaty with any king, prince or ftate; nor fhall any perfon holding any office of profit or truft under the United States or any of them, accept of any prefent, emolument, office or title of any kind whatever from any king, prince or foreign ftate; nor fhall the United States in Congrefs affembled, or any of them, grant any title of nobility.

No two or more ftates fhall enter into any treaty, confederation or alliance whatever between them, without the confent of the United States in Congrefs affembled, fpecifying accurately the purpofes for which the fame is to be entered into, and how long it fhall continue.

Powers of Congress.

ART. IX. THE United States in Congress assembled, shall have the sole and exclusive right and power of determining on peace and war, except in the cases mentioned in the sixth article—or sending and receiving ambassadors—entering into treaties and alliances, provided that no treaty of commerce shall be made whereby the legislative power of the respective states shall be restrained from imposing such imposts and duties on foreigners, as their own people are subjected to, or from prohibiting the exportation or importation of any species of goods or commodities whatsoever—of establishing rules for deciding in all cases, what captures on land or water shall be legal and in what manner prizes taken by land or naval forces in the service of the United States shall be divided or appropriated—of granting letters of marque and reprisal in times of peace—appointing courts for the trial of piracies and felonies committed on the high seas and establishing courts for receiving and determining finally appeals in all cases of captures, provided that no member of Congress shall be appointed a judge of any of the said courts.

The United States in Congress assembled shall also be the last resort on appeal in all disputes and differences now subsisting or that hereafter may arise between two or more states concerning boundary, jurisdiction or any other cause whatever; which authority shall always be exercised in the manner following. Whenever the legislative or executive authority or lawful agent of any state in controversy with another shall present a petition to Congress stating the matter in question and praying for a hearing, notice thereof shall be given by order of Congress to the legislative or executive authority of the other state in controversy, and a day assigned for the appearance of the parties by their lawful agents, who shall then be directed to appoint by joint consent, commissioners or judges to constitute a court for hearing and determining the matter in question: but if they cannot agree, Congress shall name three persons out of each of the United States, and from the list of such persons each party shall alternately strike out one, the petitioners beginning, until the number shall be reduced to thirteen; and from that number not less than seven, nor more than nine names as Congress shall direct, shall in the presence of Congress be drawn out by lot, and the persons whose names shall be so drawn or any five of them, shall be commissioners or judges, to hear and finally determine the controversy, so always as a major part of the judges who shall hear the cause shall agree in the determination: and if either party shall neglect to attend at the day appointed, without shewing reasons, which Congress shall judge sufficient, or being present shall refuse to strike, the Congress shall proceed to nominate three persons out of each state, and the secretary of Congress shall strike in behalf of such party absent or refusing; and the judgment and sentence of the court to be appointed, in the manner before prescribed, shall be final and conclusive; and if any of the parties shall refuse to submit to the authority of such court, or to appear or defend their claim or cause, the court shall nevertheless proceed to pronounce sentence, or judgment, which shall in like manner be final and decisive, the judgment or sentence and other proceedings being in either case transmitted to Congress, and lodged among the acts of Congress for the security of the parties concerned:

concerned: provided that every commiffioner, before he fits in judgment, fhall take an oath to be adminiftred by one of the judges of the fupreme or fuperior court of the ftate, where the caufe fhall be tried, "well and truly to hear and determine the matter in queftion, according to the beft of his judgment, without favor, affection or hope of reward:" provided alfo that no ftate fhall be deprived of territory for the benefit of the United States.

All controverfies concerning the private right of foil claimed under different grants of two or more ftates, whofe jurifdictions as they may refpect fuch lands, and the ftates which paffed fuch grants are adjufted, the faid grants or either of them being at the fame time claimed to have originated antecedent to fuch fettlement of jurifdiction, fhall on the petition of either party to the Congrefs of the United States, be finally determined as near as may be in the fame manner as is before prefcribed for deciding difputes refpecting territorial jurifdiction between different ftates.

The United States in Congrefs affembled fhall alfo have the fole and exclufive right and power of regulating the alloy and value of coin ftruck by their own authority, or by that of the refpective ftates —fixing the ftandard of weights and meafures throughout the United States—regulating the trade and managing all affairs with the Indians, not members of any of the ftates, provided that the legiflative right of any ftate within its own limits be not infringed or violated—eftablifhing and regulating poft-offices from one ftate to another, throughout all the United States, and exacting fuch poftage on the papers paffing thro' the fame as may be requifite to defray the expences of the faid office—appointing all officers of the land forces, in the fervice of the United States, excepting regimental officers—appointing all the officers of the naval forces, and commiffioning all officers whatever in the fervice of the United States—making rules for the government and regulation of the faid land and naval forces, and directing their operations.

The United States in Congrefs affembled fhall have authority to appoint a committee, to fit in the recefs of Congrefs, to be denominated "*A Committee of the States*," and to confift of one delegate from each ftate; and to appoint fuch other committees and civil officers as may be neceffary for managing the general affairs of the United States under their direction—to appoint one of their number to prefide, provided that no perfon be allowed to ferve in the office of prefident more than one year in any term of three years; to afcertain the neceffary fums of money to be raifed for the fervice of the United States, and to appropriate and apply the fame for defraying the public expences—to borrow money, or emit bills on the credit of the United States, tranfmitting every half year to the refpective ftates an account of the fums of money fo borrowed or emitted—to build and equip a navy—to agree upon the number of land forces, and to make requifitions from each ftate for its quota, in proportion to the number of white inhabitants in fuch ftate; which requifition fhall be binding,

binding, and thereupon the legiflature of each ftate fhall appoint the regimental officers, raife the men and cloath, arm and equip them in a foldier like manner, at the expence of the United States, and the officers and men fo cloathed, armed and equipped fhall march to the place appointed, and within the time agreed on by the United States in Congrefs affembled: But if the United States in Congrefs affembled fhall, on confideration of circumftances judge proper that any ftate fhould not raife men, or fhould raife a fmaller number than its quota, and that any other ftate fhould raife a greater number of men than the quota thereof, fuch extra number fhall be raifed, officered, cloathed, armed and equipped in the fame manner as the quota of fuch ftate, unlefs the legiflature of fuch ftate fhall judge that fuch extra number cannot be fafely fpared out of the fame, in which cafe they fhall raife, officer, cloath, arm and equip as many of fuch extra number as they judge can be fafely fpared. And the officers and men fo cloathed, armed and equipped, fhall march to the place appointed, and within the time agreed on by the United States in Congrefs affembled.

THE United States in Congrefs affembled fhall never engage in a war, nor grant letters of marque and reprifal, in time of peace, nor enter into any treaties or alliances, nor coin money, nor regulate the value thereof, nor afcertain the fums and expences neceffary for the defence and welfare of the United States, or any of them, nor emit bills, nor borrow money on the credit of the United States, nor appropriate money, nor agree upon the number of veffels of war, to be built or purchafed, or the number of land or fea forces to be raifed, nor appoint a commander in chief of the army or navy, unlefs nine ftates affent to the fame: nor fhall a queftion on any other point, except for adjourning from day to day be determined, unlefs by the votes of a majority of the United States in Congrefs affembled.

THE Congrefs of the United States fhall have power to adjourn to any time within the year, and to any place within the United States, fo that no period of adjournment be for a longer duration than the fpace of fix months, and fhall publifh the journal of their proceedings monthly, except fuch parts thereof relating to treaties, alliances or military operations, as in their judgment require fecrecy; and the yeas and nays of the delegates of each ftate on any queftion fhall be entered on the journal, when its defired by any delegate; and the delegates of a ftate, or any of them, at his or their requeft fhall be furnifhed with a tranfcript of the faid journal, except fuch parts as are above excepted, to lay before the legiflatures of the feveral ftates.

Committee of the States and its Powers.

ART. X. THE committee of the ftates, or any nine of them, fhall be authorifed to execute, in the recefs of Congrefs, fuch of the powers of Congrefs as the United States in Congrefs affembled, by the confent of nine ftates, fhall from time to time think expedient to veft them with; provided that no power be delegated to the faid committee, for the exercife of which, by the articles of confederation, the voice of nine ftates in the Congrefs of the United States affembled is requifite.

XI. CANADA

ART. XI. CANADA acceding to this confederation, and joining in the meaſures of the United States, ſhall be admitted into, and entitled to all the advantages of this union: but no other colony ſhall be admitted into the ſame, unleſs ſuch admiſſion be agreed to by nine ſtates.

*Admiſſion of Canada, and other States to the Union.*

ART. XII. ALL bills of credit emitted, monies borrowed and debts contracted by, or under the authority of Congreſs, before the aſſembling of the United States, in purſuance of the preſent confederation, ſhall be deemed and conſidered as a charge againſt the United States, for payment and ſatisfaction whereof the ſaid United States, and the public faith are hereby ſolemnly pledged.

*Public Faith pledged for paſt engagements of Congreſs.*

ART. XIII. Every ſtate ſhall abide by the determinations of the United States in Congreſs aſſembled, on all queſtions which by this confederation are ſubmitted to them. And the Articles of this confederation ſhall be inviolably obſerved by every ſtate, and the union ſhall be perpetual; nor ſhall any alteration at any time hereafter be made in any of them; unleſs ſuch alteration be agreed to in a Congreſs of the United States, and be afterwards confirmed by the legiſlatures of every ſtate.

*Obligation of the States to abide by the Determination of Congreſs, & the inviolable obſervance of theſe Articles.*

THESE *Articles ſhall be propoſed to the legiſlatures of all the United States, to be conſidered, and if approved of by them, they are adviſed to authoriſe their delegates, to ratify the ſame in the Congreſs of the United States; which being done, the ſame ſhall become concluſive.*

By order of Congreſs,

HENRY LAURENS, *Preſident.*

# Exhibit 2

## Police Report S20-14587 created by Defendant #1 Clarence D Ayers

## *Narrative:*

On 08-03-20 at 4:01 AM, Officer Abogunrin #125 and I Officer Ayers #128 were dispatched to 2145 E. 170th St; Manor Care for a suspicious subject. The refused caller stated that an unknown male subject was in the employee parking lot wearing all black clothing, standing in between cars for the past 20-30 minutes. The caller had concerns of possible drug use. There were also concerns of possible vehicle break-ins due to recent activity.

I arrived on scene and observed a male subject wearing a dark jacket, turquoise hospital scrubs, and a blue hat with a black tassel crouched down in the middle of the parking lot. I made contact with the subject and asked if he was all right. I offered him medical attention in which he refused. I proceeded to explain to him the reason for making contact with him, being a concerned employee deemed his actions in the parking lot to be suspicious. I asked the subject for identification at which time he refused. I advised him that our encounter constitutes as an investigative stop and he is required by law to provide identification. The subject stated that he did not have any identification. I asked the subject for his name and date of birth and he declined to provide it, citing some guidelines in which he did not have to do so. I asked the subject if he worked at the facility in which he was in the parking lot of. He refused to confirm, he only offered for me to go inside and ask them.

This behavior went on for several moments at which time I advised him that he would be placed into custody for obstruction of identification. The subject continued with legal phrases and jargon that I was unfamiliar with. This behavior concerned me so I asked again if he needed medical attention. Again, he declined. With no medical issues noted to explain his erratic behavior I placed the unknown subject into custody for obstruction of identification. The whole time that officers were in the parking lot with the unknown subject there were employees of the business looking out of the door. At no time did any of the employees intervene to acknowledge that they knew the subject or that he was an employee there.

While attempting to place the subject into the back of my squad car he continually cited his refusal to willingly get in. As I would try to place him into the car his body would fall limp and he would not stand. I notified Sergeant Smith #54 and he came to the scene. The subject continued his refusal to provide identifying information with the Watch Commander on scene. I had to physically pick up the subject and place him into my squad car. He was transported to the South Holland Police Department.

Officer Abogunrin advised me that she spoke with the initially refused caller who identified himself as [redacted] A identification check was ran on the name Muhammad Lawal, date of birth 06/06/93. M. Lawal had two warrants for obstruction and failure to appear out of two separate counties in Illinois. The warrants were non-extraditable. [redacted]

While in lockup M. Lawal refused to provide information for the South Holland Custodial Arrest Form. He was charged with one count obstruction of

08/03/20

identification and one count of resisting arrest. He was processed and placed into Men's Cell #1 awaiting bail or transport to Markham Courthouse.

**Reporting Officer:** Ayers, C **Supervisor Approval:** SGT G SMITH

# Exhibit 3

## Village of South Holland Charter No. 12064

# VILLAGE OF SOUTH HOLLAND

MUNICIPAL HALL 16226 Wausau Avenue * SOUTH HOLLAND, ILLINOIS 60473

HAROLD J. GOUWENS, PRESIDENT — RUTH B. DE VRIES, CLERK — WILLARD VANDERZEE, TREASURER

November 17, 1981

TRUSTEES
BERT J. DOCTER
EARL C. GOSSETT
ROBERT O. MURPHY
EUGENE W. PRYSTALSKI
VERNON VOLLBRECHT
RICHARD ZIMMERMAN

Mr. Jim Edgar
Secretary of State
State of Illinois
Springfield, Ill. 62756

Re: Results of election held to determine whether the Village of South Holland, Illinois, should elect not to be a home rule unit

Dear Mr. Edgar:

Enclosed herewith is certified copy of Resolution adopted by the President and Board of Trustees of the Village of South Holland on November 16, 1981 relative to results of referendum held on November 3, 1981 to determine whether the Village of South Holland should elect not to be a home rule unit.

Certification is made that the results of said referendum are as follows:

| | |
|---|---|
| Yes | 555 |
| No | 4,628 |

The resulting status of the Village of South Holland as the result of the referendum is that the Village continues as a home rule unit.

Very truly yours,

Ruth B. DeVries

Ruth B. DeVries, Village Clerk

seal

FILED
INDEX DIVISION

NOV 24 1981

1 $

PAID MAY 16 1894

TRANSCRIPT—County Court of Cook County.

# UNITED STATES OF AMERICA.

STATE OF ILLINOIS, } ss.
COUNTY OF COOK.

PLEAS before the Honorable FRANK SCALES, sole presiding Judge of the County Court of Cook County, in the State of Illinois, at a regular term of said County Court of Cook County, begun and holden at the Court House, in the City of Chicago, in said County and State, on the second Monday, being the 14th day of May in the year of our Lord one thousand eight hundred and ninety four and of the Independence of the United States of America the one hundred and Eighteenth

*Present*—THE HONORABLE FRANK SCALES,
*Judge of the County Court of Cook County.*

JAMES H. GILBERT, *Sheriff of Cook County.*

ATTEST: HENRY WULFF, CLERK.

*Be it remembered that heretofore, to wit: on the 14th day of May in the year of our Lord one thousand eight hundred and ninety four the same being one of the days of the May Term of the County Court of Cook County, the following among other proceedings were had and entered of record in said Court, to wit:*

RESOLUTION

WHEREAS pursuant to Section 6, Article VII of the Constitution of the State of Illinois, the Village of South Holland became a home rule unit at the time its population became in excess of 25,000; and

WHEREAS as a result of the 1980 census it was determined that the population of the Village of South Holland had fallen to 24,977; and,

WHEREAS the Village of South Holland held a referendum on the 3rd day of November, 1981 on the following question:

> Shall the Village of South Holland, Cook County, Illinois, elect not to be a home rule unit?

and, WHEREAS the results of said referendum are as follows:

| | |
|---|---|
| Yes | 555 |
| No | 4,628 |

NOW THEREFORE BE IT RESOLVED by the President and Board of Trustees of the Village of South Holland, Cook County, Illinois, that as the result of the said referendum, the Village of South Holland continues as a home rule unit pursuant to Section 6, Article VII of the Constitution of the State of Illinois.

Adopted by the President and Board of Trustees of the Village of South Holland, Cook County, Illinois, at meeting legally assembled on the 16th day of November, 1981, on motion of Trustee Prystalski, seconded by Trustee Gossett carried on the aye votes of Trustees Prystalski, Gossett, Docter, Zimmerman and Murphy

Voting nay -0- Absent Vollbrecht

Ruth B. DeVries
Village Clerk

FILED
INDEX DIVISION
NOV 24 1981
IN THE OFFICE OF
SECRETARY OF STATE

Approved this 16th day of November, 1981.

[signature]
Village President

STATE OF ILLINOIS )
COUNTY OF COOK )
VILLAGE OF SOUTH HOLLAND )

Ruth Be DeVries, Clerk of the Village of South Holland, certifies the above to be an exact and true copy of Resolution adopted by the President and Board of Trustees of the Village of South Holland at meeting legally assembled on the 16th day of November, 1981. The original of said resolution is on file in my office.
Dated this 16th day of November, 1981.

Ruth B. DeVries
Village Clerk

Seal

STATE OF ILLINOIS, } ss.
COUNTY OF COOK. }

I, FRANK SCALES, County Judge of Cook County, and sole presiding Judge of the County Court of Cook County, in the State of Illinois, Do Hereby Certify that HENRY WULFF, Esq, whose name is subscribed to the foregoing Certificate of Attestation now is and was at the time of signing and sealing the same, the Clerk of the County Court of Cook County, aforesaid, and keeper of the records and seal thereof, duly elected and qualified to office, and that full faith and credit are, and of right ought to be given to all his official acts as such, in all courts of record and elsewhere, and that his said attestation is in due form of law, and by the proper officer.

Given under my hand and seal, at my chambers in Chicago, this ..........................................

day of.............................................. A. D. 189

.................................................................... Seal

County Judge.

[illegible] MAY 16 1894 [illegible]

No. 12064

County Court of Cook County

In re organization

Village of South Holland

..........................................

..........................................

FILED ..................................... 189 .

..................................... Clerk.

FILED
MAY
16
1894

[illegible]

..................................... Attorney.

In the County Court of Cook County.

| | |
|---|---|
| In the matter of the Organization of the Village of South Holland. | ) No. 12004. |

This matter coming on this day for consideration, the Hon. Frank Scales, the County Judge of Cook County, in the State of Illinois, having in his possession the returns of the election hereinafter mentioned, the said returns having been made to him, he hereby calls to his assistance John W. Clark and Donald C. McKinnon, two of the Justices of the Peace of, in and for said Cook County, and said Judge and Justices here now proceed to and do in open court canvass said returns of said election, which election is particularly described and set forth in their statement of the result of said election hereinafter set out.

And having here now canvassed said returns and said Judge and said Justices present and now file in this court a written statement over their signatures and seals of the result of said election, which statement the court finds to be true, and which statement is in the words and figures following, to wit:

86.

Cook County.

In the County Court of said County.

In the matter of the Incorporation
of the Village of South Holland.

No. 12084.

We, [illegible] County Judge of Cook County, [illegible] John [illegible] and Donald Kinnon [illegible] of the Justices of the Peace in and for said [illegible] [illegible] having [illegible] the [illegible] of [illegible] story Public School House [illegible] South West [illegible] of [illegible] South Holland, within the territory hereinafter described, on the 13th day of May A. D. 1894, for the purpose of submitting to the legal voters residing on the said territory, which is described as follows, to wit: The South three quarters (3/4) of section fifteen (15), the North half (1/2) of the North-west quarter (1/4) of section fifteen (15), the South-west quarter of Section ten (10), the South half (1/2) of the South-east quarter (1/4) of section sixteen (16), the North half (1/2) of the North half (1/2) of Section twenty one (21), and the West half (1/2) of Section twenty two (22), all in Township thirty-six (36) North, Range fourteen (14) East of the Third(3rd) Principal Meridian, in Cook County, Illinois, the question whether they will and said territory shall, be organized as a Village under the general law, to wit: An Act of the General Assembly of the State of Illinois entitled, "An Act to provide for the Incorporation of Cities and Villages", approved April 10, A. D. 1872, and in force July 1, 1872, and all Acts amendatory thereof, by the name of "The Village of South Holland".

And we find and state that the result of said election is as follows: The whole number of votes (ballots) cast was [illegible] of said ballots were defective and not counted. The whole number of votes (ballots) cast "For Village organization under the general law" was [illegible]. The whole number of votes (ballots) cast "Against Village organization under the general law" was [illegible].

That a majority of the votes cast at said election is for Village organization under the general law.

Given under our hands and seals this [illegible] day of May, A.D. 1894, at the Court House, in Chicago, in said County.

(SEAL)

County Judge of said Cook County
and Judge of the County Court of
said County.

John [illegible] (SEAL)

A [illegible] of the Peace of, in and [illegible] Cook County.

(SEAL)

A Justice of the Peace of, in and

And it [illegible]

[illegible] and [illegible] majority [illegible] [illegible] the general law.

In [illegible] said [illegible]

[illegible] County [illegible] of [illegible] County [illegible] the State of [illegible]

[illegible] election

[illegible] to wit:

One President of said Village

[illegible] of said Village

[illegible] of said Village and

[illegible] hereby [illegible] the [illegible] said election shall be held [illegible] A. [illegible] said Village. The polls of said election shall be open [illegible]

[illegible] hereby

Chas. Lagestee [illegible] alenby [illegible] Young

[illegible] Bardwick [illegible] Jass

[illegible] clerks of said election [illegible] of the [illegible] qualify [illegible] filled by the electors [illegible] same [illegible] manner [illegible] posted [illegible] said election shall be posted [illegible] (10) public places within said Village for at least twenty [illegible] (20) days before said election. The court [illegible] there is no [illegible] said Village.

The County Clerk of said Cook County, who is ex officio clerk of this Court, is hereby designated as the officer who shall have charge of [illegible] printing of [illegible] printed is [illegible] of which two hundred and fifty shall [illegible] to the Judges of said election [illegible] law, [illegible] retained [illegible] to be given to [illegible] and [illegible] Judges [illegible] and [illegible] said election [illegible] may [illegible] the laws of this State governing [illegible] elections in Villages.

The Judges [illegible] County according to law [illegible]

Order entered

# Exhibit 4

Obstructing Identification Section 31-4.5 of Public Act 096-0335 SB1655 LRB096 11173 RLC 21559 b (720 Illinois Compiled Statutes 5/ 31-4.5).

Resisting or obstructing a peace officer Section 31-1 of Public Act 095-0801 HB5909 LRB17690 RLC 46282 b (720 Illinois Compiled Statutes 5/ 31-1).

ilga.gov/legislation/publicacts/fulltext.asp?Name=096-0335&GA=96

Illinois General Assembly

Translate Website

Home Legislation & Laws Senate House My Legislation Site Map

Previous General Assemblies

## Public Act 096-0335

Bill Status Printer-Friendly Version PDF

Public Act 096-0335

SB1655 Enrolled LRB096 11173 RLC 21559 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Section 5. The Criminal Code of 1961 is amended by adding Section 31-4.5 as follows:

(720 ILCS 5/31-4.5 new)

Sec. 31-4.5. Obstructing identification.

(a) A person commits the offense of obstructing identification when he or she intentionally or knowingly furnishes a false or fictitious name, residence address, or date of birth to a peace officer who has:

(1) lawfully arrested the person;

(2) lawfully detained the person; or

(3) requested the information from a person that the peace officer has good cause to believe is a witness to a criminal offense.

(b) Sentence. Obstructing identification is a Class A misdemeanor.

**Effective Date:** 1/1/2010

Home | Legislation & Laws | House | Senate | My Legislation | Disclaimers | Email

## Public Act 095-0801

Bill Status Printer-Friendly Version PDF

Public Act 095-0801

HB5909 Enrolled LRB095 17690 RLC 46282 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Section 5. The Criminal Code of 1961 is amended by changing Section 31-1 as follows:

(720 ILCS 5/31-1) (from Ch. 38, par. 31-1)

Sec. 31-1. Resisting or obstructing a peace officer, firefighter, or correctional institution employee.

(a) A person who knowingly resists or obstructs the performance by one known to the person to be a peace officer, firefighter, or correctional institution employee of any authorized act within his official capacity commits a Class A misdemeanor.

(a-5) In addition to any other sentence that may be imposed, a court shall order any person convicted of resisting or obstructing a peace officer, firefighter, or correctional institution employee to be sentenced to a minimum of 48 consecutive hours of imprisonment or ordered to perform community service for not less than 100 hours as may be determined by the court. The person shall not be eligible for probation in order to reduce the sentence of imprisonment or community service.

(a-7) A person convicted for a violation of this Section whose violation was the proximate cause of an injury to a peace

officer, firefighter, or correctional institution employee is guilty of a Class 4 felony.

(b) For purposes of this Section, "correctional institution employee" means any person employed to supervise and control inmates incarcerated in a penitentiary, State farm, reformatory, prison, jail, house of correction, police detention area, half-way house, or other institution or place for the incarceration or custody of persons under sentence for offenses or awaiting trial or sentence for offenses, under arrest for an offense, a violation of probation, a violation of parole, or a violation of mandatory supervised release, or awaiting a bail setting hearing or preliminary hearing, or who are sexually dangerous persons or who are sexually violent persons; and "firefighter" means any individual, either as an employee or volunteer, of a regularly constituted fire department of a municipality or fire protection district who performs fire fighting duties, including, but not limited to, the fire chief, assistant fire chief, captain, engineer, driver, ladder person, hose person, pipe person, and any other member of a regularly constituted fire department. "Firefighter" also means a person employed by the Office of the State Fire Marshal to conduct arson investigations.

(c) It is an affirmative defense to a violation of this Section if a person resists or obstructs the performance of one known by the person to be a firefighter by returning to or remaining in a dwelling, residence, building, or other structure to rescue or to attempt to rescue any person.

(Source: P.A. 92-841, eff. 8-22-02.)

**Effective Date:** 1/1/2009

# Exhibit 5

Proof of Clarence D Ayers's consistent liability and negligence.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tenisha Stephens as next friend of the minor P.H., | ) | |
| | ) | Case No.: 19 CV 7474 |
| Plaintiffs, | ) | |
| v. | ) | |
| The Village of South Holland, and South Holland Police Officer Clarence Ayers, | ) | JUDGE ANDREA R. WOOD |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**

**APPROVAL OF SETTLEMENT BY A MINOR**

NOW COMES the Plaintiff by and through his attorneys, Ed Fox & Associates, Ltd., and pursuant to Local Rule 17.1 hereby seeks approval of a settlement that has been agreed to by the parties on behalf of a minor. In support thereof, Plaintiff states as follows:

1. Plaintiff P.H. is a minor that is currently 17 years old.

2. Plaintiff's complaint in this matter alleges the Defendant Ayers, a police officer, violated his civil rights by seizing his person and using excessive force and alleges an Illinois tort claim for battery. Plaintiff's claims were brought pursuant to 42 U.S.C. Section 1983 and Illinois law.

3. Plaintiff was not formally arrested, processed, or charged as a result of the incident. During the incident Plaintiff P.H. alleges he suffered bruising to his jaw and hip as a result of alleged use of excessive force. He was not treated for any emotional distress.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tenisha Stephens as next friend of the minor P.H., | ) | |
| | ) | Case No.: 19 CV 7474 |
| Plaintiffs, | ) | |
| | ) | AMENDED COMPLAINT FOR |
| v. | ) | VIOLATION OF CIVIL RIGHTS |
| | ) | |
| The Village of South Holland, and South Holland Police Officer Clarence Ayers, | ) | JUDGE ANDREA R. WOOD |
| | ) | |
| Defendants. | ) | |
| | | **JURY DEMANDED** |

**JURISDICTION AND VENUE**

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. Section 1983). This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343 and 1331 and 1367.

2. Venue is founded in this judicial court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

**PARTIES**

3. At all times herein mentioned, Plaintiff Tenisha Stephens was and is a citizen of the United States, and was within the jurisdiction of this court.

4. Tenisha Stephens is the mother and a custodial parent of the minor P.H.

5. At all times herein mentioned, Plaintiff P.H. was a minor born in 2004, was and is a citizen of the United States, and was within the jurisdiction of this court. Tenisha Stephens is acting as his next friend.

6. At all times herein mentioned, Defendant Clarence Ayers was employed by the South Holland Police Department as a police officer, and was acting under color of state law and as the employee, agent, or representative of the South Holland Police Department. This Defendant is being sued in his individual capacity.

7. At all times herein mentioned, the Village of South Holland was a political division of the State of Illinois, existing as such under the laws of the State of Illinois. At all relevant times, the Village of South Holland maintained, managed, and/or operated the South Holland Police Department. At all relevant times the Village of South Holland was the employer of the individual defendant.

## FACTUAL ALLEGATIONS

8. On or about July 4, 2019, the minor P.H. was lawfully located in a public place, Veterans Memorial Park, in the Village of South Holland, County of Cook, State of Illinois.

9. At that place and time and place Clarence Ayers seized P.H.

10. There was no legal cause for Clarence Ayers to seize P.H.

11. While seizing P.H. Clarence Ayers used excessive force against P.H., including striking him in the face.

12. Clarence Ayers did not have legal cause to use any force against P.H.

13. By reason of the above-described acts and omissions of Clarence Ayers, Plaintiff sustained injuries, including but not limited to, humiliation and indignities, and suffered great mental and emotional pain and suffering all to his damage in an amount to be ascertained.

14. The aforementioned acts of Clarence Ayers were willful, wanton, malicious, oppressive and done with reckless indifference to and/or callous disregard for Plaintiff's rights and

justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

15. By reason of the above-described acts and omissions of Clarence Ayers, Plaintiff was required to retain an attorney to institute, prosecute and render legal assistance to him in the within action so that he might vindicate the loss and impairment of his rights. By reason thereof, Plaintiff requests payment by Defendant, of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act or any other provision set by law.

**COUNT I**
**Plaintiff against Clarence Ayers For**
**<u>EXCESSIVE FORCE</u>**

16. Plaintiff hereby incorporates and realleges paragraphs one (1) through fifteen (15) hereat as though fully set forth at this place.

17. By reason of Defendant's conduct, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth and/or Fourteenth Amendments of the Constitution of the United States and laws enacted thereunder.

18. The arbitrary use of force by Defendant against Plaintiff's person was in violation of Plaintiff's Constitutional Rights and not authorized by law. These acts were in violation of Plaintiff's Fourth and/or Fourteenth Amendment rights. Therefore, Defendant is liable to Plaintiff pursuant to 42 U.S.C. § 1983.

**COUNT II**
**Plaintiff Against Clarence Ayers For**
**<u>UNLAWFUL SEIZURE</u>**

19. Plaintiff hereby incorporates and realleges paragraphs one (1) through fifteen (15) hereat as though fully set forth at this place.

20. By reason of Defendant's conduct, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth and/or Fourteenth Amendments of the Constitution of the United States and laws enacted thereunder.

21. The Defendant's initial detention/seizure of Plaintiff's person was in violation of Plaintiff's Constitutional Rights and not authorized by law. This act was in violation of Plaintiff's Fourth and/or Fourteenth Amendment rights. Therefore, Defendant is liable to Plaintiff pursuant to 42 U.S.C. § 1983

**COUNT III**
**Plaintiff Against Clarence Ayers and The Village of South Holland**
**For**
**<u>BATTERY</u>**

22. Plaintiff hereby incorporates and realleges paragraphs one (1) through fifteen (15) hereat as though fully alleged at this place

23. Clarence Ayers, without any legal cause, used force against Plaintiff's person.

24. The use of force by Clarence Ayers against Plaintiff's person constituted a battery to Plaintiff.

25. As a result of the battery, plaintiff was injured physically, emotionally, and otherwise.

26. The Village of South Holland is liable to plaintiff for the acts of Clarence Ayers pursuant to the doctrine of *respondeat superior*.

27. Therefore, Clarence Ayers and the Village of South Holland are liable under the supplemental state law claim of Battery.

## COUNT IV
## INDEMNIFICATION PURSUANT TO 745 ILCS 10/9-102
## AGAINST DEFENDANT VILLAGE OF SOUTH HOLLAND

28. Plaintiff re-alleges and incorporates the allegations of paragraphs 1 through twenty-seven (27) hereat as though fully set forth at this place.

29. The acts of Clarence Ayers were committed in the scope of his employment with the Defendant Village of South Holland.

30. Pursuant to the Illinois Tort Immunity Act, 745 ILCS 10/9-402, Defendant Village of South Holland is liable for any judgments for compensatory damages in this case arising from the actions of Clarence Ayers.

WHEREFORE, the Plaintiff, by and through his attorneys, ED FOX & ASSOCIATES, requests judgment against the Defendants as follows:

1. That the Defendants be required to pay Plaintiff's general damages, including emotional distress, in a sum to be ascertained;

2. That the Defendants be required to pay Plaintiff's special damages;

3. That the Defendants be required to pay Plaintiff's attorney's fees pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access to Justice Act or any other applicable provision;

4. That the Defendants other than the Village of South Holland be required to pay punitive and exemplary damages in a sum to be ascertained;

5. That the Defendants be required to pay Plaintiff's costs of the suit herein incurred; and

6. That Plaintiff have such other and further relief as this Court may deem just and proper.

BY: s/Garrett Browne

ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams
Suite 330
Chicago, Illinois 60606
(312) 345-8877
gbrowne@efox-law.com

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

BY: s/Garrett Browne

ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams
Suite 330
Chicago, Illinois 60606
(312) 345-8877
gbrowne@efox-law.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tenisha Stephens as next friend of the minor P.H., | ) | |
| | ) | Case No.: 19 CV 7474 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGE ANDREA R. WOOD** |
| | ) | |
| The Village of South Holland, and South Holland Police Officer Clarence Ayers, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To: Michael J. Victor
Lawrence E. Nyland
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
mvictor@okgc.com
lneyland@okgc.com

**PLEASE TAKE NOTICE** that on January 2, 2020, the undersigned filed with the Clerk of this Court, **FIRST AMENDED COMPLAINT**, the service of which is being made upon you.

s/Garrett Browne

ED FOX & ASSOCIATES, LTD.
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
efox@efoxlaw.com

**PROOF OF SERVICE**

I, Garrett Browne, an attorney, under penalty of perjury, and state that on January 2, 2020, service is being made in accordance with the General Order on Electronic Case Filing section XI.

s/Garrett Browne

# Exhibit 10

Copyright 00069504-1,Copyright 00068320-1,
Certificate of ownership of Business 1068, 1062.

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true and correct copies of Certificates of Ownership of Business name MUHAMMAD LAWAL File No 1068, File No 1062, newspaper publications of the same business name, and copyright certificates 00069504-1, 000683201-1 of the same business name owned by Muhammad Bey and Muhammad Bey Express Trust.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public

Ciara Hurst

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

| | |
|---|---|
| **First name** | Muhammad Bey Express Trust |
| **Last name** | - |
| **City** | ***** |
| **Country** | United States of America |

Copyright number

00069504-1

**Received on**

2020-06-04 16:30:34

**Sole Author**

Yes

**Category**

Business > Business logo

**Title**

Muhammad Lawal

**Description**

Deceleration of Copyright for property:
Name: Muhammad Lawal.
Every proceeds.
Every fingerprints and other biometric data.
Every Signature regarding name/logo.
And all other use regarding the name Muhammad Lawal and derivatives being Lawal Muhammad, Muhammad M Lawal, Lawal M Muhammad.

Manage services 2

| | |
|---|---|
| **First name** | Muhammad |
| **Last name** | Bey |
| **City** | ***** |
| **Country** | United States of America |

COPYRIGHT DEPOT.COM

Copyright number

00068320-1

**Received on**

2020-02-05 20:52:17

**Sole Author**

Yes

**Category**

Business > Business logo

**Title**

Muhammad Lawal

**Description**

Deceleration of Copyright for property:

Name Muhammad Lawal.

Every fingerprints.

Bio metric data

Photographs.

Signatures regarding the name/logo.

And all other use regarding the name Muhammad Lawal.

Manage services

2

83161 — Form 104 Byers Printing Company, Springfield, Il.

STATE OF ILLINOIS, } ss.
County of MASSAC

No. 1068

OCTOBER 14, 20 20

# Certificate of Ownership of Business

NAME MUHAMMAD LAWAL (MUHAMMAD BEY EXPRESS TRUST)

ADDRESS CARE OF [redacted]

I have received the filing fee for Certificate of Ownership.

Hailey Miles
Clerk

FILED
OCT 14 2020
HAILEY MILES
COUNTY CLERK

CERTIFICATE OF PUBLICATION
THE METROPOLIS PLANET
METROPOLIS, ILLINOIS
COUNTY OF MASSAC
STATE OF ILLINOIS

Paxton Media Group, Inc., a corporation organized and existing under the laws of the State of Illinois, does hereby certify that it is a publisher of The Metropolis Planet, a weekly secular newspaper of general circulation; that said newspaper is being published and has been published in the City of Metropolis, County of Massac, and State of Illinois, for more than one year prior to the date of the first insertion of the notice annexed hereto; that said annexed notice was published in said newspaper in each and every copy and impression thereof 3 consecutive weeks commencing on the 3rd day of September, 2020 and ending on the 17th day of September, 2020 which are the dates of the first and last papers containing said notice.
I further certify that said newspaper is a newspaper as defined in "An Act to revise the law in relation to notices" as amended by Act approved July 17, 1959--Illinois Revised Statues, Chap. 100, Para 1 & 5.
Given under my hand this 3rd day of September, 20 20

PAXTON MEDIA GROUP, INC.
By:__________

Received__________
which is payment in full for the above legal advertisement.
Jodi Price
is Amount due in full for above legal advertisement.

LEGALS

0955

"Public Notice is hereby given that on August 27,2020, a certificate was filed in the Office of the County Clerk of Massac County, Illinois, setting forth the names and post-office addresses of all the persons owning, conducting and transacting the business known as Muhammad Lawal, located at [redacted] day of August."

83161 — Form 104 Byers Printing Company, Springfield, IL

No. 1062

STATE OF ILLINOIS, }ss.
County of MASSAC

MAY 12, 2020

# Certificate of Ownership of Business

NAME MUHAMMAD LAWAL OWNER: MUHAMMAD BEY

ADDRESS CARE OF 1[redacted]

I have received the filing fee for Certificate of Ownership.

Hailey Miles
Clerk

CERTIFICATE OF PUBLICATION

THE METROPOLIS PLANET
METROPOLIS, ILLINOIS

COUNTY OF MASSAC
STATE OF ILLINOIS

Paxton Media Group, Inc., a corporation organized and existing under the laws of the State of Illinois, does hereby certify that it is a publisher of The Metropolis Planet, a weekly secular newspaper of general circulation; that said newspaper is being published and has been published in the City of Metropolis, County of Massac, and State of Illinois, for more than one year prior to the date of the first insertion of the notice annexed hereto; that said annexed notice was published in said newspaper in each and every copy and impression thereof 3 consecutive weeks commencing on the 2nd day of April, 2020 and ending on the 16th day of April, 2020 which are the dates of the first and last papers containing said notice.
I further certify that said newspaper is a newspaper as defined in "An Act to revise the law in relation to notices" as amended by Act approved July 17, 1959--Illinois Revised Statues, Chap. 100, Para 1 & 5.

Given under my hand this 21st day of April 2020.

PAXTON MEDIA GROUP, INC
By [signature]

Received 77.86
which is payment in full for the above legal advertisement.

__________ is Amount due in full for above legal advertisement.

ASSUMED NAME PUBLICATION NOTICE
Public Notice is hereby given that on March 19, 2020, a certificate was filed in the office of the County Clerk of Massac County, Illinois, setting forth the names and post-office addresses of all the persons owning, conducting and transacting the business known as Muhammad Lawal, located at Care of 16260 Louis Avenue, #1124, near South Holland, Illinois, 60473. Dated this 19 day of March, 2020.
Hailey Miles
County Clerk
4-2-3t

# Exhibit 6

Phone Activity: Who Touch My Phone Application.

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true and correct depiction of phone application "Who Touched My Phone" bearing the time stamp and date of phone access on Aug, 03, 06:40:40.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office. On this 9th day of May 2022 Notary Public

Ciara Hurst

Seal: OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

Affiant hereto declare to the best of his knowledge and belief that the phone application "Who Touched My Phone" accurately recorded access of phone on August 3, 2020 by Clarence D Ayers at the fortieth minute, fortieth seconds and sixth hour of the day as shown hereto.

By: ______________

All Rights Reserved per Ninth Amendment
Muhammad Bey, [redacted]
c/o [14212 Cottage Grove Ave, ste 915]
[Illinois] state Republic
Near; [60419]


46%
14:42
Aug. 03, 06:40:40
Unlock attempt


Power off
Restart
Emergency mode
Off

# Exhibit 15

**South Holland Police Department Property and Evidence Inventory created by**

**Clarence D Ayers.**

# SOUTH HOLLAND POLICE DEPARTMENT

## PROPERTY & EVIDENCE INVENTORY

INVENTORY # Page 1 of 1

Date Recovered | OFFICER Ayers | STAR # 128 | C.F.S. # S20-14587

| List No. | Quantity | Description of Property | Value |
|---|---|---|---|
| 1 | 1 | Samsung Phone | |
| 2 | 1 | Blue Hat | |
| 3 | 2 | Shoe Laces | |
| 4 | 1 | Black stone | |
| 5 | 1 | Red Bracelet | |
| 6 | 1 | Access Card | |
| 7 | 1 | Face Mask | |
| 8 | 2 | Gold w/ Color Earring | |
| 9 | — | Last Item | |
| 10 | | | |

LAB WORK ☐ YES ☑ NO | ☑ MISD ☐ FELONY ☐ MO ☐ NO COURT DEFENDANT:

☐ Recovered ☐ Seized FROM Lawal Muhammad AT 2170 E. 170th St

Found By | Address | Phone #

Owner Lawal Muhammad | Address 14212 Cottage Grove Dolton | Phone # Refused

CHECK ONE

| | | Day | Mo. | Year | HOW NOTIFIED | Offense |
|---|---|---|---|---|---|---|
| ☑ | PROPERTY OWNER NOTIFIED ON To pick up property within 30 days Or property will be disposed of | 3 | 8 | 20 | ☑ In Person ☐ Phone ☐ Mail | Obstruction, Resisting |
| ☐ | HOLD FOR INVESTIGATION OR EVIDENCE | Incident Details | | | | Officer's Name: Ayers Star #: 128 |
| ☐ | TO BE DISPOSED OF BY CUSTODIAN AFTER 30 DAYS (This is applicable if property is not evidence, no Known owner and no follow-up investigation) | | | | | Signature: [signature] 128 |

Supervisor Approval | Star #

POLICE DEPARTMENT RECORD OF CUSTODY

| DATE | FROM | TO | REASON | BY |
|---|---|---|---|---|
| 08/03/20 | M. Lawal | CA 128 | Arrest | 128 |
| 08/03/20 | CA 128 | Locker 37 | Property Safekeep | 128 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

REMARKS:

# Exhibit 19

E-COM Dispatcher Center Call Log metadata and harmonious South Holland Police Department Responding Unit Summary Call C2690821

# E-COM Dispatcher Center Export Log Metadata S20_14587-CDR:

**CAD_CALL_ID:**C2690821

**CAD_CITY_CODE:** SHD

**ANI_NAME:** VERIZON WIRELESS

**LOCATION:** (41.585516,-87.565262)

**STATE:** IL

**LOCATION:** (41.585516,-87.565262),

**CALLER_ID:** 7082696607

**CAD_RESPOND_ADDRESS:** 2145 E 170TH ST MANOR CARE

**CALLTYPE:** WPH2

**CAD_CALLTAKER:** J Barboza

**Certificate of True Copy**

It is hereby certified that the above metadata is true and correct data pertaining to phone call made to E-COM Dispatcher Center on August 3, 2020 around 4AM.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this 9th day off May 2022

Notary Public Ciara Hurst

Seal

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

# South Holland Police Department

Responding Unit Summary

Call: C2690821
Nature: Suspicious Circumstances
Reported Time: 04:01:41 08/03/20
Call Address: 2145 E 170TH ST; MANOR CARE
Contact: REFUSED EMPLOYEE
Phone [redacted]
Fire Zone: -
EMS Zone: -

Unit:

**Paged:** **Return:**

MALE IN THE EMPLOYEE PARKING LOT
04:02:23 08/03/2020 - J Barboza
MALE WEARING ALL BLACK STANDING IN BETWEEN THE CARS FOR THE LAST 20-30 MINUTES
04:02:26 08/03/2020 - J Barboza
M/B
04:02:35 08/03/2020 - J Barboza
HE MAY BE HIGH
04:02:55 08/03/2020 - J Barboza
GOING IN BETWEEN CARS NOT SURE IF HE IS PULLING ON DOORS
04:03:24 08/03/2020 - J Barboza
CP DOES NOT WISH TO SPEAK JUST HAVE HIM CHECKED ON
04:06:39 08/03/2020 - N Ortiz - From: Ayers, C
OUT WITH 1 IN THE PARKING LOT MALE BLK
04:13:31 08/03/2020 - N Ortiz - From: Ayers, C
ADVISED 3054 IF HE CAN BE ENROUTE
04:29:41 08/03/2020 - N Ortiz - From: Ayers, C
95 1X
04:30:47 08/03/2020 - N Ortiz - From: Abogunrin, K
EMPLOYEE COME TO DOOR 7 FOR ACCESS
04:35:04 08/03/2020 - N Ortiz - From: Abogunrin, K
IM INSIDE
04:35:50 08/03/2020 - N Ortiz - From: Ayers, C
23 AT POST

# Exhibit 18

## Complaint, Disposition and Transcript of Dismissal of Resisting a Peace Officer and Obstruction of Identification.

South Holland Police

| 6-290 | IL0167A00 | August 28th, 2020 | 16501 S. Kedzie Ave. Markham, IL 60428 Room 204 |
|---|---|---|---|
| (Court Branch # or District #) | (Arresting Agency #) | (Court Date/Time) | |

MISDEMEANOR COMPLAINT (This form replaces CCG-0655, CCMC-0222 & CCMC-0225) (Rev. 4/1/13)CCCR-0655

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois, Plaintiff

-v-

Muhammad Lawal

Defendant

South Holland Police

No. 20MC6003200

South Holland Case #S20-14587

Ofc. Ayers #128 (Complainants Name Printed or Typed) complainant, now appears before The Circuit Court of Cook County and states the following:

That: Muhammad Lawal (defendant) of 14212 Cottage Grove Ave Dolton 60419, IL 60419 (address) has, on or about 8/3/2020 (date) at the location of 2145 E. 170th St South Holland, Illinois Cook County (place of offense) committed the offense(s) of Resisting A Peace Officer in that he knowingly resisted the performance of Officer Ayers of an authorized act within his official capacity, being the arrest of Muhammad Lawal, knowing Officer Ayers to be a peace officer engaged in the execution of his official duties, in that he refused to get into the back of the mark squad car at which time he tensed his body and then fell limp to the ground. He had to be forcefully placed into the squad car.

in violation of 720 (Chapter) Illinois Compiled Statutes 5 (Act) / 31-1(a) (SubSection)

AOIC Code

| 0 | 0 | 1 | 0 | 0 | 5 | 8 |
|---|---|---|---|---|---|---|

[signature] #128 (Complainants Signature)

16330 South Park Ave South Holland, IL 60473 (Complainants Address)

708-331-3131 (Complainants Telephone)

Ofc. Ayers #128 (Complainants Name Printed or Typed)

STATE OF ILLINOIS } ss:
COOK COUNTY

The Complainant, being duly sworn on oath, deposes and says that he read the foregoing complaint by him subscribed and that the same is true.

[signature] #128 (Complainants Signature)

Subscribed and sworn before me on this ____________ day of ____________

(Judge's/Clerk's/Law Enforcement Officer's Signature) (Law Enforcement Officer's Badge Number)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED Judge ____________ Judge's No.

or

WARRANT ISSUED Bail set at: $1,500

or

BAIL SET AT: ____________ Judge ____________ Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CIRCUIT CLERK COPY

South Holland Police

6-290 (Court Branch # or District #) | IL0167A00 (Arresting Agency #) | August 28th, 2020 (Court Date/Time)

16501 S. Kedzie Ave.
Markham, IL 60428
Room 204

MISDEMEANOR COMPLAINT (This form replaces CCG-0655, CCMC-0222 & CCMC-0225) (Rev. 4/1/13)CCCR-0655

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

South Holland Police

The People of State of Illinois, Plaintiff

-v-

Muhammad Lawal Defendant

NO. 20 MC 6003200

South Holland Case #S20-14587

Ofc. Ayers #128 (Complainants Name Printed or Typed) complainant, now appears before The Circuit Court of Cook County and states the following:

That: Muhammad Lawal (defendant) of 14212 Cottage Grove Ave Dolton 60419, IL 60419 (address) has, on or about 8/3/2020 (date) at the location of 2145 E. 170th St South Holland, Illinois Cook County (place of offense) committed the offense(s) of Obstructing Identification in that he Muhammad Lawal knowingly committed the offense of obstructing identification when he refused to provide his name and date of birth while being investigated. Reasonable suspicion existed for officers to identify him.

in violation of 720 (Chapter) Illinois Compiled Statutes 5 (Act) / 31-4.5 (SubSection)

AOIC Code

(Complainants Signature)

16330 South Park Ave South Holland, IL 60473 (Complainants Address)

708-331-3131 (Complainants Telephone)

Ofc. Ayers #128 (Complainants Name Printed or Typed)

STATE OF ILLINOIS } ss:
COOK COUNTY }

The Complainant, being duly sworn on oath, deposes and says that he read the foregoing complaint by him subscribed and that the same is true.

(Complainants Signature)

Subscribed and sworn before me on this ______ day of ______

(Judge's/Clerk's/Law Enforcement Officer's Signature) (Law Enforcement Officer's Badge Number)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED Judge ______ Judge's No.
or
WARRANT ISSUED Bail set at: ______
or
BAIL SET AT: ______ Judge ______ Judge's No.

SIXTH DISTRICT
CLERK OF THE CIRCUIT COURT
20 AUG -3 AM 8:55

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CIRCUIT CLERK COPY

Clerk of the Circuit Court
of Cook County

PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER: 20600320001

LAWAL, MUHAMMAD

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records anc seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINTwith the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|---|---|---|---|---|
| 1 | 720 5/31-4.5 | MA | OBSTRUCTING IDENTIFICATION | 8/3/2020 |
| 2 | 720 5/31-1-A | MA | RESISTING PEACE OFFICER | 8/3/2020 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**8/3/2020 CASE FILED**

**8/3/2020 CASE ASSIGNED TO ZOOM HEARING - ALLOWED**

**8/3/2020 DEFENDANT IN CUSTODY**

PANICI, LUCIANO

**8/3/2020 DEFENDANT RELEASED ON I BOND**

**8/23/2020 NOTICE OF MOTION/FILING**

**8/24/2020 NOTICE OF MOTION/FILING**

**8/28/2020 NOTICE OF MOTION/FILING**

**9/17/2020 NOTICE OF MOTION/FILING**

**10/13/2020 NOTICE OF MOTION/FILING**

**11/4/2020 NOTICE OF MOTION/FILING**

**12/28/2020 ORDER OF COURT CONTINUANCE COVID-19 CLOSURE**

CARROLL, THOMAS J

**1/29/2021 NOTICE OF MOTION/FILING**

**5/5/2021 NOTICE OF MOTION/FILING**

Clerk of the Circuit Court
of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS** **NUMBER: 20600320001**

**LAWAL, MUHAMMAD**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**HEARINGS**

| | | |
|---|---|---|
| 8/3/2020 | 9:00 AM Bond Hearing | D6, Courtroom 101 |
| 8/28/2020 | 9:00 AM Transferred | D6, Courtroom 204 |
| 10/6/2020 | 9:00 AM Order of Court | D6, Courtroom 204 |
| 11/13/2020 | 9:00 AM Order of Court | D6, Courtroom 204 |
| 12/28/2020 | 9:00 AM Order of Court | D6, Courtroom 204 |
| 2/5/2021 | 9:00 AM Order of Court | D6, Courtroom 204 |
| 3/17/2021 | 9:00 AM Order of Court | D6, Courtroom 204 |
| 5/5/2021 | 1:30 PM Order of Court | D6, Courtroom 204 |
| 5/12/2021 | 1:30 PM Order of Court | D6, Courtroom 204 |

**PLEAS, DISPOSITIONS AND SENTENCES:**

**Disposition:**

1 5/12/2021 DISMISSED

2 5/12/2021 DISMISSED

**Sentence (Credit):**

Clerk of the Circuit Court
of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS** **NUMBER: 20600320001**

**LAWAL, MUHAMMAD**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

**Date: 8/18/2021**

IRIS Y MARTINEZ
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

| Sheet # | CRIMINAL DISPOSITION SHEET | Branch/Room/Location | Court Interpreter |
|---|---|---|---|
| 0001 | Defendant Sheet# 1 of 1 | D6, Courtroom 204 16501 South Kedzie Parkway, Markham, IL 60428 | |

| Case Number | Defendant Name | Attorney | Court Date | Court Call/Time |
|---|---|---|---|---|
| 20600320001 | MUHAMMAD LAWAL | | 5/12/2021 | 1:30 PM |

| CB/DCN# | IR# | EM | Case Flag | Bond# | Bond Type | Bond Amount |
|---|---|---|---|---|---|---|
| 019981684 | | | | I03017641 | I Bond | $10,000.00 |

| CHARGES | * IN CUSTODY 08/03/2020 * COURT ORDER ENTERED | CODES |
|---|---|---|
| C1 720 5/31-4.5 OBSTRUCTING IDENTIFICATION | Motion to dismiss Granted on both Counts | |
| C2 720 5/31-1-A RESISTING PEACE OFFICER | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| JUDGE: | JUDGE'S NO.: | RESPONSIBLE FOR CODING AND COMPLETION BY DEPUTY CLERK: | VERIFIED BY: |
|---|---|---|---|
| [signature] | 2061 | | |

Printed: 5/12/2021 10:17 AM

STATE OF ILLINOIS )
) SS.
COUNTY OF C O O K )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CRIMINAL DIVISION

I, PAMELA S. LEVATO, an Official Court Reporter for the Circuit Court of Cook County, County Department-Criminal Division, do hereby certify that I reported in shorthand the proceedings had at the hearing in the above-entitled cause; that I thereafter caused the foregoing to be transcribed into typewriting, which I hereby certify to be a true and accurate transcript of the proceedings had before the HONORABLE THOMAS CARROLL, Judge of said court.

Pamela S. Levato

Official Court Reporter

Dated this 22nd day of December, 2021.

STATE OF ILLINOIS )
) SS.
COUNTY OF C O O K )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF ILLINOIS, )
Plaintiff, )
vs. ) No. 20600320001
MUHAMMAD LAWAL, )
Defendant. )

REPORT OF PROCEEDINGS had at the hearing in the above-entitled cause before the HONORABLE THOMAS CARROLL, Judge of said court, on the 12th day of May, 2021.

PRESENT:

HONORABLE KIMBERLY M. FOXX,
State's Attorney of Cook County, by:
MR. RANDALL HURSTON,
Assistant State's Attorney,
appeared on behalf of the People;

PAMELA S. LEVATO,
Official Court Reporter
Circuit Court of Cook County
County Department - Criminal Division

THE COURT: For ruling on the case entitled Muhammad Lawal, L-A-W-A-L, 20 MC 6003200.

Sir, you're welcome to have a seat at the table there. If you wish, you could be seated. If you choose to stand, please keep your mask on, okay?

This comes here for a ruling. There was an argument on a motion to dismiss. The defendant is charged with obstructing identification and resisting a piece officer.

As to the obstructing identification charge, the defendant obstructed identification by refusing to give his name or date of birth when asked by the officers.

This is not obstructing identification. The statute clearly states a person commits obstructing identification when they intentionally furnish a false name, residence, date of birth to a police officer who was lawfully arrested or detained that person.

This count must be dismissed. The four corners of the complaint do not state an offense under Illinois law.

As to the resisting a piece officer count,

it states defendant may knowingly resist the performance of Officer Arers (phonetic) of an authorized act within his official capacities being the arrest of Muhammad Lawal knowing the officer to be in execution of his official duties in that he refused to get in the back of the squad car, tensed his body, and fell into the ground and had to be forcefully placed in the squad car.

A motion to dismiss may be brought as I said at our prior hearing under 725 ILCS 51141 and it states, "It is not sufficient that an information really set forth the name of the offense and sites the statute which defines the offense. The charging instrument must give notice to the elements of the charge and particularize it with allegations of the essential facts to enable the accused to prepare a defense which if successful would bar further prosecution for the same offense."

Keeping ourselves within the four corners of the complaint, which is what I can consider in a motion to dismiss, a person has a right to know what they are being arrested for.

Here, the arrest for obstruction of

identification was no good. There's no statute to fit that under. How is the defendant to prepare a defense of a resisting count when it says the officer was performing an authorized act within his official capacity being the arrest of Muhammad Lawal.

People versus Jones, 2015 IL App (2d) 130387 stands for a proposition that an officer is not performing an authorized act if it violates the 4th amendment.

The resisting count must be dismissed. It is not particular as to what authorized act the officer was preforming and what official capacity the officer was acting. No facts alleging what the defendant was arrested for, and within the motion to dismiss statute, therefore, it does not give the defendant an opportunity to prepare a defense.

Both counts are dismissed.

Does that terminate these proceedings?

MR. HURSTON: Nothing else from the State, your Honor.

THE COURT: Pardon me?

MR. HURSTON: Nothing further from the State, your Honor.

# Exhibit 17

## About South Holland Police- Official Village of South Holland Web Page.

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true and correct copy of extract from the official Village of South Holland website depicting information about South Holland Police Department and their agency E-COM.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public

Ciara Hurst

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

https://www.southholland.org/departments/police-department/

Jobs Contact Us FAQ

South Holland

Residents Business Government Services Events

# South Holland Police Department

**Police Department**

- Police Department
- Patrol Division
- Investigative Division
- Records Division
- Community Policing
- Community In The Know
- Community Alert

## Mission Statement

The Mission of the South Holland Police Department is to create and maintain a climate of safety and security within our community, while delivering quality police and customer services, treating all with respect and dignity, representing ourselves and the village in a positive manner and fostering an environment that actively solicits community participation.

The South Holland Police Department is comprised of a Chief, Deputy Chiefs, Lieutenants, Sergeants, Detectives, and Patrol Officers. The Investigative and Patrol Divisions work together in enforcing both the Illinois Compiled Statutes and the Village of South Holland Municipal Code. The Patrol Division actively patrols the 7.3 square miles of South Holland and services the over 22,000 citizens. The officers answer the calls assigned by a central dispatch (E-Com), averaging over 2,100 calls per month.

# Exhibit 20

**Village of South Holland Agreement with E-Com Emergency Dispatch System.**

## Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copy of:

1. The agreement between Village of South Holland with E-Com Emergency Dispatch System attested thereto by the Mayor, and Clerk of Village of South Holland, members, secretary, chairperson and directors of E-COM

2. The official website of E-COM listing Village of South Holland as one of their contractors they provide service to or on behalf of.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public Seal:

Ciara Hurst

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

**ADDENDUM TO INTERGOVERNMENTAL AGREEMENT**

This Addendum is made this 22nd day of December, 2005, by and between the Village of South Holland (hereinafter "Village") and the E-Com Emergency Dispatch System (hereinafter "E-Com").

1. The Village is a municipal corporation organized under the laws of the State of Illinois.

2. E-Com is a unit of intergovernmental cooperation organized under the terms of the Intergovernmental Cooperation Act, 5 ILCS 220/1 et seq.

3. E-Com was formed by an Intergovernmental Agreement executed by the Villages of Flossmoor, Glenwood, Homewood and Hazel Crest.

4. E-Com provides consolidated 9-1-1 and emergency dispatch services to the member communities and to units of local government who may thereafter contract for such service.

5. The Village seeks to obtain 9-1-1 and emergency dispatch service from E-Com.

6. E-Com agrees to provide 9-1-1 and emergency dispatch service to the Village under the terms and conditions set out below:

   a. The Village will pay its portion of the annual operating costs as determined by Intergovernmental Agreement. Said payment shall be made upon the terms and conditions established by E-Com.

   b. The Village will pay its share of those unique expenses associated with the addition of the Village to E-Com. These costs may include, but are not limited to radio equipment modifications, SBC/Positron E-911 equipment and modifications and licenses for the computer-aided dispatch system (CAD). Any additional or unknown costs associated

with the addition of the Village to E-Com will be the responsibility of the Village.

c. The Village will pay $90,504.00 as its share of the capital expenses associated with the start-up costs of E-Com.

d. The Village will have full voting membership on the E-Com Board of Directors as defined in the Intergovernmental Agreement.

e. The Village will follow all policies and procedures associated with the operation of E-Com.

f. The Village agrees to fully cooperate with E-Com in obtaining all certificates necessary for the operation of E-Com from the Illinois Commerce Commission.

g. The Village agrees to follow E-Com policies relative to notice and procedures should the Village determine to cease membership in E-Com.

7. One public representative. The one public representative shall be appointed by the Mayor or President of the Participating Municipality on a rotating basis beginning in 2009 and thereafter in accordance with paragraph 2.0(3) of the Intergovernmental Agreement.

8. This Addendum may only be amended in writing with the consent of the parties.

9. This Addendum shall be effective when signed by both parties.

| VILLAGE OF SOUTH HOLLAND | E-COM EMERGENCY DISPATCH SYSTEM |
|---|---|
| By: [signature] | By: Bridget A. Wachtel [signature] |
| Mayor/Village President | Chairperson 12/22/05 |
| Attest: [signature] | Attest: [signature] |
| Clerk | Secretary |

**RESOLUTION NO. R-16-03**

**A RESOLUTION ESTABLISHING SIGNATORY AUTHORITY**

**WHEREAS,** the E-COM Emergency Communications System is a consolidated dispatch center serving its member communities; and

**WHEREAS,** the E-COM Emergency Communications System is in existence and empowered under the terms of Article VII, Section 10 of the Constitution of the State of Illinois (1970), the Intergovernmental Cooperation Act, 5 ILCS 220/1, and the Emergency Telephone System Act, 50 ILCS 750/1; and,

**WHEREAS,** the E-COM Emergency Communications System is empowered to exercise the powers of its member communities; and,

**WHEREAS,** the E-COM Emergency Communications System has deemed it necessary to establish additional signatory authority to sign checks and authorize disbursements from its Funds, in accordance with the direction of the Executive Board; and,

**WHEREAS,** the Executive Board further acknowledges that the Treasurer of the Fund has delegated signatory authority under the limited circumstances set forth in this Resolution.

**NOW, THEREFORE, BE IT RESOLVED** by the E-COM Emergency Communications System Board of Directors as follows:

**Section 1.** The Executive Board hereby establishes the following individuals as signers on its accounts if the Treasurer is unavailable to sign:

Operating Chairman

Board Chairman

**Section 2.** All disbursements from the Fund shall require two (2) signatures.

Exhibit D

**Section 3.** The Treasurer of the Fund, hereby delegates signatory authority to the persons named in Section 1 of this Resolution. This delegation shall remain in effect until revoked or amended in writing by the Treasurer and the Executive Board.

**Section 4.** This Resolution shall supersede any resolution or motions, or parts of resolutions or motions, in conflict with any part herein, and any such resolutions or motions, or part thereof, are hereby repealed.

**Section 5.** If any section, paragraph, or provision of this Resolution shall be held to be invalid or unenforceable for any reason, such invalidity or unenforceability shall not affect any of the remaining provisions of this Resolution.

**ADOPTED** this 1st day of December, 2016, by a roll call vote as follows:

AYES: Styles, Welsh, BAKER, Sykes, Zimmerman, GAYDEN, HUISMAN, GRABOWSKI, Wachtel, Sewell, MARINO

NAYS: NONE

ABSTAIN: NONE

ABSENT: DAVIS, SCHARNHORST

[signature]
Board Chairman

**ATTEST:**

[signature]
Secretary

FILE COPY

Exhibit D

## ARTICLE VI – DIRECTOR

**6.0. Creation of position.**

The Board of Directors shall hire a full time Director to serve as the administrative head of E-COM. The Director shall be responsible for the day-to-day operations of E-COM and shall report directly to the Board of Directors and the 911 Operating Committee.

**6.1. Director's Duties.**

Subject to the policies established by the Board of Directors, and within the limits fixed by an approved budget, the Director shall oversee and direct the daily operating affairs of E-COM. The Director's duties shall also include:

a) To enforce, to administer, and make operative the policies of E-COM as established by the Board of Directors and 911 Operating Committee;

b) Attendance at all meetings of the Board of Directors and all meetings of the 911 operating Committee;

c) Preparation of draft budgets on an annual basis and annual projections of capital equipment needs and anticipated costs for the next five years;

d) Calculation of each Participating Municipality's share of the Capital Equipment Costs and Operational Costs due E-COM;

e) Timely submission of invoices to the Participating Municipalities setting forth the payments due;

f) Monitoring E-COM's budget and the submission of regular reports to the Board of Directors comparing actual expenditures with budgeted expenditures;

g) Making recommendations to the Board of Directors concerning the implementation, operation, and staffing of E-COM;

h) To appoint, evaluate, promote, demote, or remove employees of E-COM pursuant to the approved E-COM budget and in accord with the policies and procedures of the agency;

i) Receive and consider input from the 911 Operating Committee concerning the implementation and operation of E-COM;

j) Implement the direction and policies approved by the Board of Directors including the coordinating and supervision of the implementation, upgrading and maintenance


www.ecom911.net
Home
About
FAQs
Gallery
2021 Meeting Schedule
Apply
Contact Us
FOIA Application
Code Red Data Link
E-COM 911 DISPATCH
Communities
Country Club Hills
East Hazel Crest
Flossmoor
Glenwood
Hazel Crest
Homewood
Riverdale
South Holland
Thornton
In 2019, E-COM handled over 130,000 calls
E-COM provides service for all Police, Fire, EMS, DPW, 911-Emergency, and Non-Emergency calls. E-COM serves a population of approximately 108,000 individuals within these seven communities.
Community Service
E-COM provides service for all Police, Fire, EMS, DPW, 911-Emergency, and Non-Emergency calls. E-COM serves a population of approximately 108,000 individuals within these seven communities.
Agency Cooperation
E-COM is the back up PSAP for MABAS-24. E-COM is currently a "NCMEC 9-1-1 Call Center Partner" with The National Center for Missing and Exploited Children

# Exhibit 21

**Public Act 96-1551 Chapter 38 Part 12-3 Section 12-3 (720 ILCS § 12-3, 2011) Battery**

# Certificate of True and Correct Copy

It is hereby certified that the foregoing is a true and correct copy of Illinois Public Act 96-1551 Chapter 38 Part 12-3 Section 12-3 Senate Bill 1310 Enrolled.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public

Ciara Hurst

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

**Public Act 096-1551**

SB1310 Enrolled LRB096 09456 RLC 19613 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Article 1.

Section 5. The Criminal Code of 1961 is amended by adding headings for Subdivisions 1, 5, 10, 15, 20, and 25 of Article 12, by adding Sections 12-0.1 and 12-4.4a, by changing Sections 12-1, 12-2, 12-3, 12-3.1, 12-3.2, 12-3.3, 12-4.5, 12-5, 12-5.1, 12-5.2, 12-5.5, 12-6, 12-6.2, 12-6.4, 12-7, 12-7.1, 12-7.3, 12-7.4, 12-7.5, 12-7.6, 12-9, 12-10.2, 12-20, 12-20.5, 12-32, 12-33, 12-34, and 12-35, and by changing and renumbering Sections 12-2.5, 12-2.6, 12-4, 12-5.15, 12-6.1, 12-6.3, 12-16.2, 12-30, 12-31, 45-1, and 45-2 as follows:

(720 ILCS 5/Art. 12, Subdiv. 1 heading new)

SUBDIVISION 1. DEFINITIONS

(720 ILCS 5/12-3) (from Ch. 38, par. 12-3)

Sec. 12-3. Battery.

(a) A person commits battery if he or she ~~intentionally or~~ knowingly without legal justification ~~and~~ by any means~~,~~ (1) causes bodily harm to an individual or (2) makes physical contact of an insulting or provoking nature with an individual.

(b) Sentence.

Battery is a Class A misdemeanor.

(Source: P.A. 77-2638.)

(720 ILCS 5/12-3.05) (was 720 ILCS 5/12-4)

Sec. 12-3.05 ~~12-4~~. Aggravated battery ~~Battery~~.

(a) Offense based on injury. A person commits aggravated battery when, in committing a battery, other than by the discharge of a firearm, he or she knowingly does any of the following:

# Exhibit 22

**Public Act 096-0710 SB1300 LRB096 09448 RLC 19605b**
**Section 10-3 Unlawful restraint**

# Certificate of True and Correct Copy

It is hereby certified that the foregoing is a true and correct copy of Illinois Public Act 096-0710 SB1300 Enrolled LRB096 09448 RLC 19605b Section 10-3 Unlawful Restraint.

*State of Illinois* )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public Seal:

Ciara Hurst

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

**Public Act 096-0710**

SB1300 Enrolled LRB096 09448 RLC 19605 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

(720 ILCS 5/10-3) (from Ch. 38, par. 10-3)

Sec. 10-3. Unlawful restraint.~~)~~

(a) A person commits the offense of unlawful restraint when he <u>or she</u> knowingly without legal authority detains another.

(b) Sentence. Unlawful restraint is a Class 4 felony.

(Source: P.A. 79-840.)

(720 ILCS 5/10-3.1) (from Ch. 38, par. 10-3.1)

Sec. 10-3.1. Aggravated <u>unlawful restraint</u> ~~Unlawful Restraint~~.

(a) A person commits the offense of aggravated unlawful restraint when he <u>or she commits unlawful restraint</u> ~~knowingly without legal authority detains another~~ while using a deadly weapon.

(b) Sentence. Aggravated unlawful restraint is a Class 3 felony.

(Source: P.A. 84-930.)

# Exhibit 23

**Public Act 096-1551 SB1310 Enrolled LRB096 09456 RLC 19613 b Section 12.1 Assault**

# Certificate of True and Correct Copy

It is hereby certified that the foregoing is a true and correct copy of Illinois Public Act 096-1551 SB1310 Enrolled LRB096 09456 RLC 19613 b Section 12.1 Assault.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public

Ciara Hurst

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

https://ilga.gov/legislation/publicacts/96/096-1551.htm

Public Act 096-1551

SB1310 Enrolled LRB096 09456 RLC 19613 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Article 1.

Section 5. The Criminal Code of 1961 is amended by adding headings for Subdivisions 1, 5, 10, 15, 20, and 25 of Article 12, by adding Sections 12-0.1 and 12-4.4a, by changing Sections 12-1, 12-2, 12-3, 12-3.1, 12-3.2, 12-3.3, 12-4.5, 12-5, 12-5.1, 12-5.2, 12-5.5, 12-6, 12-6.2, 12-6.4, 12-7, 12-7.1, 12-7.3, 12-7.4, 12-7.5, 12-7.6, 12-9, 12-10.2, 12-20, 12-20.5, 12-32, 12-33, 12-34, and 12-35, and by changing and renumbering Sections 12-2.5, 12-2.6, 12-4, 12-5.15, 12-6.1, 12-6.3, 12-16.2, 12-30, 12-31, 45-1, and 45-2 as follows:

(720 ILCS 5/12-1) (from Ch. 38, par. 12-1)

Sec. 12-1. Assault.

(a) A person commits an assault when, without lawful authority, he or she knowingly engages in conduct which places another in reasonable apprehension of receiving a battery.

(b) Sentence. Assault is a Class C misdemeanor.

(c) In addition to any other sentence that may be imposed, a court shall order any person convicted of assault to perform community service for not less than 30 and not more than 120 hours, if community service is available in the jurisdiction and is funded and approved by the county board of the county where the offense was committed. In addition, whenever any person is placed on supervision for an alleged offense under this Section, the supervision shall be conditioned upon the performance of the community service.

This subsection does not apply when the court imposes a sentence of incarceration.
(Source: P.A. 88-558, eff. 1-1-95; 89-8, eff. 3-21-95.)

# Exhibit 24

**State and Federal Civil Rights Act**

**Public Act 93-0425 AN ACT concerning civil rights- HB2330 Enrolled-LRB0983 08351 LRD 08570 Illinois Civil Rights Act of 2003;**

**An Act To Protect All Persons In The United States In Their Civil Rights... 39th Congress. Session I. Chapter. 31. 1866. 2 Chapter. XXXI.- April 9; 42nd Congress Session 1 Chapter 22.**

# Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copies of:

1. Illinois Public Act 93-0425 AN ACT concerning civil rights- HB2330 Enrolled-LRB0983 08351 LRD 08570 Illinois Civil Rights Act of 2003;

2. Original Hand written copy and typed copies of An Act To Protect All Persons In The United States In Their Civil Rights... 39th Congress. Session I. Chapter. 31. 1866. 2 Chapter XXXI.- April 9; 42nd Congress Session 1 Chapter 22.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public

Ciara Hurst

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

www.ilga.gov

Translate Website

Illinois General Assembly

Home Legislation & Laws Senate House My Legislation Site Map

Previous General Assemblies

# Public Act 093-0425

Bill Status Printer-Friendly Version PDF

Public Act 93-0425

HB2330 Enrolled LRB093 08351 LRD 08570 b

AN ACT concerning civil rights.

Be it enacted by the People of the State of Illinois, represented in the General Assembly:

Section 1. Short title. This Act may be cited as the Illinois Civil Rights Act of 2003.

Section 5. Discrimination prohibited.

(a) No unit of State, county, or local government in Illinois shall:

(1) exclude a person from participation in, deny a person the benefits of, or subject a person to discrimination under any program or activity on the grounds of that person's race, color, or national origin; or

(2) utilize criteria or methods of administration that have the effect of subjecting individuals to discrimination because of their race, color, or national origin.

Translate Website

(b) Any party aggrieved by conduct that violates subsection (a) may bring a civil lawsuit, in a State circuit court, against the offending unit of government. This lawsuit must be brought not later than 2 years after the violation of subsection (a). If the court finds that a violation of paragraph (1) of subsection (a) has occurred, the court may award to the plaintiff actual and punitive damages and if the court finds that a violation of paragraph (2) of subsection (a) has occurred, the court may award to the plaintiff actual damages. The court, as it deems appropriate, may grant as relief any permanent or preliminary injunction, temporary restraining order, or other order, including an order enjoining the defendant from engaging in the violation of subsection (a) or mandating affirmative action.

(c) Upon motion, a court shall award reasonable attorneys' fees and costs, including expert witness fees and other litigation expenses, to a plaintiff who is a prevailing party in any action brought:

(1) pursuant to subsection (b); or

(2) to enforce a right arising under the Illinois Constitution.

In awarding reasonable attorneys' fees, the court shall consider the degree to which the relief obtained relates to the relief sought.

(d) For the purpose of this Act, the term "prevailing party" includes any party:

(1) who obtains some of his or her requested relief through a judicial judgment in his or her favor;

(2) who obtains some of his or her requested relief through any settlement agreement approved by the court; or

(3) whose pursuit of a non-frivolous claim was a catalyst for a unilateral change in position by the opposing party relative to the relief sought.

**Effective Date:** 01/01/04

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

**To all to whom these presents shall come. Greeting:**

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, under the seal of the National Archives of the United States, that the attached reproduction(s) is a true and correct copy of documents in his custody.

SIGNATURE

NAME: T. JULIETTE ARAI

DATE: 8/20/19

TITLE: CHIEF, ARCHIVES 1 REFERENCE SECTION

NAME AND ADDRESS OF DEPOSITORY

The National Archives
Washington, D.C. 20408

NA FORM 14007A (10-86)

Recd 10. Apl.

In Senate of the United States,
April 10. 1866.

Resolved, That the Secretary of the Senate be directed to present to the Secretary of State the act entitled "An act to protect all persons in the United States in their civil rights, and furnish the means of their vindication," together with the certificate of the Secretary of the Senate and Clerk of the House of Representatives, showing that the said act was passed by a vote of two thirds of both Houses of Congress, after the same had been returned to the Senate by the President with his objections, and after the reconsideration of said act by both Houses of Congress, in accordance with the Constitution.

Attest: J. W. Forney
Secretary.

# Thirty-ninth Congress of the United States of America;

At the First Session,

Begun and held at the City of Washington, on Monday, the fourth day of December, one thousand eight hundred and sixty-five.

## AN ACT

To protect all persons in the United States in their civil rights, and furnish the means of their vindication.

**Be it enacted** *by the Senate and House of Representatives of the United States of America in Congress assembled,*

*That* all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties and give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains and penalties and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding. Sec. 2. And be it further enacted, That any person who under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains or penalties on account of such person having at any time been held in a condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, or by reason of his color or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in the discretion of the court. Sec. 3. And be it further enacted, That the district courts of the United States, within their respective districts, shall have, exclusively of the courts of the several States, cognizance of all crimes and offences committed against the provisions of this act, and also concurrently with the circuit courts of the United States, of all causes, civil and criminal, affecting persons who are denied or cannot enforce in the courts or judicial tribunals of the State or locality where they may be any of the rights secured to them by the first section of this act; and if any suit or prosecution, civil or criminal,

has been or shall be commenced in any State court, against any such person, for any cause whatsoever, or against any officer, civil or military, or other person, for any arrest or imprisonment, trespasses, or wrongs done or committed by virtue or under color of authority derived from this act or the act establishing a Bureau for the relief of Freedmen and Refugees, and all acts amendatory thereof, or for refusing to do any act upon the ground that it would be inconsistent with this act, such defendant shall have the right to remove such cause for trial to the proper district or circuit court in the manner prescribed by the "Act relating to habeas corpus and regulating judicial proceedings in certain cases," approved March three, eighteen hundred and sixty-three, and all acts amendatory thereof. The jurisdiction in civil and criminal matters hereby conferred on the district and circuit courts of the United States shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where such laws are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of the cause, civil or criminal, is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern said courts in the trial and disposition of such cause, and, if of a criminal nature, in the infliction of punishment on the party found guilty. Sec. 4.

And be it further enacted, That the district attorneys, marshals and deputy marshals of the United States, the commissioners appointed by the circuit and territorial courts of the United States, with powers of arresting, imprisoning, or bailing offenders against the laws of the United States, the officers and agents of the Freedmen's Bureau, and every other officer who may be specially empowered by the President of the United States, shall be, and they are hereby, specially authorized and required, at the expense of the United States, to institute proceedings against all and every person who shall violate the provisions of this act, and cause him or them to be arrested and imprisoned, or bailed, as the case may be, for trial before such court of the United States or territorial court as by this act has cognizance of the offence. And with a view to affording reasonable protection to all persons in their constitutional rights of equality before the court without distinction of race or color or previous condition of slavery or involuntary servitude except as a punishment for crime, whereof the party shall have been duly convicted and to the prompt discharge of the duties of this act, it shall be the duty of the circuit courts of the United States and the superior courts of the Territories of the United

States, from time to time, to increase the number of commissioners so as to afford a speedy and con-
venient means for the arrest and examination of persons charged with a violation of this act; and
the commissioners are hereby authorized and required to exercise and discharge all the powers and
duties conferred on them by this act, and the same duties with regard to offences created by this
act, as they are authorized by law to exercise with regard to other offences against the laws of
the United States. Sec. 5. And be it further enacted, That it shall be the duty of all marshals
and deputy marshals to obey and execute all warrants and precepts issued under the provisions
of this act, when to them directed; and should any marshal or deputy marshal refuse to receive such
warrant or other process when tendered, or to use all proper means diligently to execute the same, he
shall, on conviction thereof, be fined in the sum of one thousand dollars, to the use of the person upon
whom the accused is alleged to have committed the offence. And the better to enable the said
commissioners to execute their duties faithfully and efficiently, in conformity with the Constitution of
the United States and the requirements of this act, they are hereby authorized and empowered, within
their counties respectively, to appoint, in writing, under their hands, any one or more suitable persons,
from time to time, to execute all such warrants and other process as may be issued by them in the
lawful performance of their respective duties; and the persons so appointed to execute any warrant
or process as aforesaid shall have authority to summon and call to their aid the bystanders or
posse comitatus of the proper county, or such portion of the land or naval forces of the United States,
or of the militia, as may be necessary to the performance of the duty with which they are charged,
and to insure a faithful observance of the clause of the Constitution which prohibits slavery, in con-
formity with the provisions of this act; and said warrants shall run and be executed by said officers
anywhere in the State or Territory within which they are issued. Sec. 6. And be it further enacted,
That any person who shall knowingly and wilfully obstruct, hinder or prevent any officer, or other
person charged with the execution of any warrant or process issued under the provisions of this act,
or any person or persons lawfully assisting him or them, from arresting any person for whose
arrest such warrant or process may have been issued, or shall rescue or attempt to rescue
such person from the custody of the officer, other person or persons, or those lawfully assisting
as aforesaid, when so arrested pursuant to the authority herein given and declared, or shall aid,
abet, or assist any person so arrested as aforesaid, directly or indirectly, to escape from the custody
of the officer or other person legally authorized as aforesaid, or shall harbor or conceal any person
for whose arrest a warrant or process shall have been issued as aforesaid, so as to prevent his
discovery and arrest after notice or knowledge of the fact that a warrant has been issued for
the apprehension of such person, shall, for either of said offences, be subject to a fine not
exceeding one thousand dollars, and imprisonment not exceeding six months, by indictment and
conviction before the district court of the United States for the district in which said offence
may have been committed, or before the proper court of criminal jurisdiction, if committed within
any one of the organized Territories of the United States. Sec. 7. And be it further enacted, That
the district attorneys, the marshals, their deputies, and the clerks of the said district and territorial

courts shall be paid for their services the like fees as may be allowed to them for similar services in other cases; and in all cases where the proceedings are before a commissioner he shall be entitled to a fee of ten dollars in full for his services in each case, inclusive of all services incident to such arrest and examination. The person or persons authorized to execute the process to be issued by such commissioners for the arrest of offenders against the provisions of this act shall be entitled to a fee of five dollars for each person he or they may arrest and take before any such commissioner as aforesaid, with such other fees as may be deemed reasonable by such commissioner for such other additional services as may be necessarily performed by him or them, such as attending at the examination, keeping the prisoner in custody, and providing him with food and lodging during his detention, and until the final determination of such commissioner, and in general for performing such other duties as may be required in the premises; such fees to be made up in conformity with the fees usually charged by the officers of the courts of justice within the proper district or county, as near as may be practicable, and paid out of the treasury of the United States on the certificate of the judge of the district within which the arrest is made, and to be recoverable from the defendant as part of the judgment in case of conviction.

Sec 8. And be it further enacted, That whenever the President of the United States shall have reason to believe that offences have been or are likely to be committed against the provisions of this act within any judicial district, it shall be lawful for him, in his discretion, to direct the judge, marshal, and district attorney of such district to attend at such place within the district, and for such time as he may designate, for the purpose of the more speedy arrest and trial of persons charged with a violation of this act; and it shall be the duty of every judge or other officer, when any such requisition shall be received by him, to attend at the place and for the time therein designated.

Sec 9. And be it further enacted, That it shall be lawful for the President of the United States, or such person as he may empower for that purpose, to employ such part of the land or naval forces of the United States, or of the militia, as shall be necessary to prevent the violation and enforce the due execution of this act. Sec. 10. And be it further enacted, That upon all questions of law arising in any cause under the provisions of this act a final appeal may be taken to the Supreme Court of the United States.

Schuyler Colfax
Speaker of the House of Representatives.
La Fayette S. Foster,
President of the Senate, pro tempore.

CHAP. XXXI. — *An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication.*

April 9, 1866.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding.

Who are citizens of the United States,

their rights and obligations

Sec. 2. *And be it further enacted,* That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains, or penalties on account of such person having at any time been held in a condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, or by reason of his color or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in the discretion of the court.

Penalty for depriving any person of any right protected by this act, by reason of color or race, &c

Sec. 3. *And be it further enacted,* That the district courts of the United States, within their respective districts, shall have, exclusively of the courts of the several States, cognizance of all crimes and offences committed against the provisions of this act, and also, concurrently with the circuit courts of the United States, of all causes, civil and criminal, affecting persons who are denied or cannot enforce in the courts or judicial tribunals of the State or locality where they may be any of the rights secured to them by the first section of this act; and if any suit or prosecution, civil or criminal, has been or shall be commenced in any State court, against any such person, for any cause whatsoever, or against any officer, civil or military, or other person, for any arrest or imprisonment, trespasses, or wrongs done or committed by virtue or under color of authority derived from this act or the act establishing a Bureau for the relief of Freedmen and Refugees, and all acts amendatory thereof, or for refusing to do any act upon the ground that it would be inconsistent with this act, such defendant shall have the right to remove such cause for trial to the proper district or circuit court in the manner prescribed by the "Act relating to habeas corpus and regulating judicial proceedings in certain cases," approved March three, eighteen hundred and sixty-three, and all acts amendatory thereof. The jurisdiction in civil and criminal matters hereby conferred on the district and circuit courts of the United States shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where such laws are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offences against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of the cause, civil or criminal, is held, so far as the same is not inconsistent with the Constitution and laws of the United States shall be extended to and govern said courts in the trial and disposition of such cause, and, if of a criminal nature, in the infliction of punishment on the party found guilty.

Courts of the United States to have jurisdiction of offences under this act.

Suits commenced in State courts may be removed on defendant's motion.

1865, ch. 90. Vol xiii. p. 507.

1863, ch. 87 Vol xii p. 755

Jurisdiction to be enforced according to the laws of the United States, or the common law, &c.

due course of justice, &c. in any State with intent to deny to any citizen his equal rights under the law; or, by force, &c. to prevent any citizen entitled to vote from advocating in a lawful manner the election of any person, as, &c.

Courts.

Punishment.

manner towards or in favor of the election of any lawfully qualified person as an elector of President or Vice-President of the United States, or as a member of the Congress of the United States, or to injure any such citizen in his person or property on account of such support or advocacy, each and every person so offending shall be deemed guilty of a high crime, and, upon conviction thereof in any district or circuit court of the United States or district or supreme court of any Territory of the United States having jurisdiction of similar offences, shall be punished by a fine not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, as the court may determine, for a period of not less than six months nor more than six years, as the court may determine, or by both such fine and imprisonment as the court shall determine. And if any one or more persons engaged in any such conspiracy shall do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby any person shall be injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the person so injured or deprived of such rights and privileges may have and maintain an action for the recovery of damages occasioned by such injury or deprivation of rights and privileges against any one or more of the persons engaged in such conspiracy, such action to be prosecuted in the proper district or circuit court of the United States, with and subject to the same rights of appeal, review upon error, and other remedies provided in like cases in such courts under the provisions of the act of April ninth, eighteen hundred and sixty-six, entitled "An act to protect all persons in the United States in their civil rights, and to furnish the means of their vindication."

Any conspirator doing, &c. any act in furtherance of the object of the conspiracy, and thereby injuring another, to be liable in damages therefor.

Proceedings to be in courts of the United States.

1866, ch. 31. Vol. xiv. p. 27.

What to be deemed a denial by any State to any class of its people of their equal protection under the laws.

Sec. 3. That in all cases where insurrection, domestic violence, unlawful combinations, or conspiracies in any State shall so obstruct or hinder the execution of the laws thereof, and of the United States, as to deprive any portion or class of the people of such State of any of the rights, privileges, or immunities, or protection, named in the Constitution and secured by this act, and the constituted authorities of such State shall either be unable to protect, or shall, from any cause, fail in or refuse protection of the people in such rights, such facts shall be deemed a denial by such State of the equal protection of the laws to which they are entitled under the Constitution of the United States; and in all such cases, or whenever any such insurrection, violence, unlawful combination, or conspiracy shall oppose or obstruct the laws of the United States or the due execution thereof, or impede or obstruct the due course of justice under the same, it shall be lawful for the President, and it shall be his duty to take such measures, by the employment of the militia or the land and naval forces of the United States, or of either, or by other means, as he may deem necessary for the suppression of such insurrection, domestic violence, or combinations; and any person who shall be arrested under the provisions of this and the preceding section shall be delivered to the marshal of the proper district, to be dealt with according to law.

When the due execution of the laws, &c. is obstructed by violence, &c. the President shall do what he may deem necessary to suppress such violence, &c.

Persons arrested to be delivered to the marshal.

What unlawful combinations to be deemed a rebellion against the government of the United States.

Sec. 4. That whenever in any State or part of a State the unlawful combinations named in the preceding section of this act shall be organized and armed, and so numerous and powerful as to be able, by violence, to either overthrow or set at defiance the constituted authorities of such State, and of the United States within such State, or when the constituted authorities are in complicity with, or shall connive at the unlawful purposes of, such powerful and armed combinations; and whenever, by reason of either or all of the causes aforesaid, the conviction of such offenders and the preservation of the public safety shall become in such district impracticable, in every such case such combinations shall be deemed a rebellion against the government of the United

States, and during the continuance of such rebellion, and within the limits of the district which shall be so under the sway thereof, such limits to be prescribed by proclamation, it shall be lawful for the President of the United States, when in his judgment the public safety shall require it, to suspend the privileges of the writ of habeas corpus, to the end that such rebellion may be overthrown: *Provided*, That all the provisions of the second section of an act entitled "An act relating to habeas corpus, and regulating judicial proceedings in certain cases," approved March third, eighteen hundred and sixty-three, which relate to the discharge of prisoners other than prisoners of war, and to the penalty for refusing to obey the order of the court, shall be in full force so far as the same are applicable to the provisions of this section: *Provided further*, That the President shall first have made proclamation, as now provided by law, commanding such insurgents to disperse: *And provided also*, That the provisions of this section shall not be in force after the end of the next regular session of Congress.

During such rebellion, and within certain limits, the President may suspend the writ of habeas corpus.
Provisions of act 1863, ch. 81, § 2, Vol. xii. p. 755, made applicable hereto.
Proclamation to be first made, &c.
Vol. i. p. 424.
Vol. xii. p. 282.
See pp 949-954.
This section not to be in force after, &c.

Sec. 5. That no person shall be a grand or petit juror in any court of the United States upon any inquiry, hearing, or trial of any suit, proceeding, or prosecution based upon or arising under the provisions of this act who shall, in the judgment of the court, be in complicity with any such combination or conspiracy; and every such juror shall, before entering upon any such inquiry, hearing, or trial, take and subscribe an oath in open court that he has never, directly or indirectly, counselled, advised, or voluntarily aided any such combination or conspiracy; and each and every person who shall take this oath, and shall therein swear falsely, shall be guilty of perjury, and shall be subject to the pains and penalties declared against that crime, and the first section of the act entitled "An act defining additional causes of challenge and prescribing an additional oath for grand and petit jurors in the United States courts," approved June seventeenth, eighteen hundred and sixty-two, be, and the the same is hereby, repealed.

Certain persons not to be jurors in certain cases.
Jurors to take oath.
False swearing in taking this oath to be perjury.
Repeal of first section of act 1862, ch. 103.
Vol. xii. p. 430.

Sec. 6. That any person or persons, having knowledge that any of the wrongs conspired to be done and mentioned in the second section of this act are about to be committed, and having power to prevent or aid in preventing the same, shall neglect or refuse so to do, and such wrongful act shall be committed, such person or persons shall be liable to the person injured, or his legal representatives, for all damages caused by any such wrongful act which such first-named person or persons by reasonable diligence could have prevented; and such damages may be recovered in an action on the case, in the proper circuit court of the United States, and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in such act n: *Provided*, That s ch action shall be commenced within one year after such cause of action shall have accru d; and if the death of any person shall be caused by any such wrongful act and neglect, the legal representatives of such deceased person shall have such action therefor, and may recover not exceeding five thousand dollars damages therein, for the benefit of the widow of such deceased person, if any there be, or if there be no widow, for the benefit of the next of kin of such deceased person.

Any person knowing that certain wrongs are about to be done, and having power to prevent, &c., neglects so to do, and any such wrong is done, is made liable for all damages caused thereby.
Suits therefor in courts of the Un'ted States.
Who may be joined as defendants.
Limitation.
If death is caused by such wrongful act, the legal representatives of deceased may maintain action, &c. and for whose benefit.

Sec. 7. That nothing herein contained shall be construed to supersede or repeal any former act or law except so far as the same may be repugnant thereto; and any offences heretofore committed against the tenor of any former act shall be prosecuted, and any proceeding already commenced for the prosecution thereof shall be continued and completed, the same as if this act had not been passed, except so far as the provisions of this act may go to sustain and validate such proceedings.

Former laws, &c. not repealed, &c.
Former offences to be prosecuted.

Approved, April 20, 1871.

# Exhibit 25

**Public Act 096-1551 SB1310 Enrolled LRB096 09456 RLC 19613 b Intimidation**

# Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copies of Illinois Public Act 096-1551 SB1310 Enrolled LRB096 09456 RLC 19613 b Intimidation

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

**Public Act 096-1551**

SB1310 Enrolled LRB096 09456 RLC 19613 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Article 1.

Section 5. The Criminal Code of 1961 is amended by adding headings for Subdivisions 1, 5, 10, 15, 20, and 25 of Article 12, by adding Sections 12-0.1 and 12-4.4a, by changing Sections 12-1, 12-2, 12-3, 12-3.1, 12-3.2, 12-3.3, 12-4.5, 12-5, 12-5.1, 12-5.2, 12-5.5, 12-6, 12-6.2, 12-6.4, 12-7, 12-7.1, 12-7.3, 12-7.4, 12-7.5, 12-7.6, 12-9, 12-10.2, 12-20, 12-20.5, 12-32,

(720 ILCS 5/Art.12, Subdiv. 15 heading new)

SUBDIVISION 15. INTIMIDATION

(720 ILCS 5/12-6) (from Ch. 38, par. 12-6)

Sec. 12-6. Intimidation.

(a) A person commits intimidation when, with intent to cause another to perform or to omit the performance of any act, he or she communicates to another, directly or indirectly by any means ~~whether in person, by telephone or by mail~~, a threat to perform without lawful authority any of the following acts:

(1) Inflict physical harm on the person threatened or any other person or on property; or

(2) Subject any person to physical confinement or restraint; or

(3) Commit a felony or Class A misdemeanor ~~any criminal offense~~; or

(4) Accuse any person of an offense; or

(5) Expose any person to hatred, contempt or ridicule; or

(6) Take action as a public official against anyone or anything, or withhold official action, or cause such action or withholding; or

(7) Bring about or continue a strike, boycott or other collective action.

(b) Sentence.

Intimidation is a Class 3 felony for which an offender may be sentenced to a term of imprisonment of not less than 2 years and not more than 10 years.

(Source: P.A. 91-696, eff. 4-13-00.)

# Exhibit 26

**Public Act 100-0863- Sec. 12-7.1. Hate crime**

# Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copies of Illinois Public Act 100-0863- Sec. 12-7.1. Hate crime

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

https://www.ilga.gov/legislation/PublicActs/100/100-0863.htm

Public Act 100-0863

HB5447 Enrolled LRB100 16294 AMC 31417 b

AN ACT to revise the law by combining multiple enactments and making technical corrections.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Section 1. Nature of this Act.

(a) This Act may be cited as the First 2018 General Revisory Act.

(b) This Act is not intended to make any substantive change in the law. It reconciles conflicts that have arisen from multiple amendments and enactments and makes technical corrections and revisions in the law.

(720 ILCS 5/12-7.1) (from Ch. 38, par. 12-7.1)

Sec. 12-7.1. Hate crime.

(a) A person commits hate crime when, by reason of the actual or perceived race, color, creed, religion, ancestry, gender, sexual orientation, physical or mental disability, or national origin of another individual or group of individuals, regardless of the existence of any other motivating factor or factors, he or she commits assault, battery, aggravated assault, intimidation, stalking, cyberstalking, misdemeanor theft, criminal trespass to residence, misdemeanor criminal damage to property, criminal trespass to vehicle, criminal trespass to real property, mob action, disorderly conduct, transmission of obscene messages, harassment by telephone, or harassment through electronic communications as these crimes are defined in Sections 12-1, 12-2, 12-3(a), 12-7.3, 12-7.5, 16-1, 19-4, 21-1, 21-2, 21-3, 25-1, 26-1, 26.5-1, 26.5-2, paragraphs (a)(1), (a)(2), and (a)(3) of Section 12-6, and paragraphs (a)(2) and (a)(5) of Section 26.5-3 of this Code, respectively.

(b) Except as provided in subsection (b-5), hate crime is a Class 4 felony for a first offense and a Class 2 felony for a second or subsequent offense.

(b-5) Hate crime is a Class 3 felony for a first offense and a Class 2 felony for a second or subsequent offense if committed:

(1) in, or upon the exterior or grounds of, a church, synagogue, mosque, or other building, structure, or place identified or associated with a particular religion or used

identified or associated with a particular religion or used for religious worship or other religious purpose;

(2) in a cemetery, mortuary, or other facility used for the purpose of burial or memorializing the dead;

(3) in a school or other educational facility, including an administrative facility or public or private dormitory facility of or associated with the school or other educational facility;

(4) in a public park or an ethnic or religious community center;

(5) on the real property comprising any location specified in clauses (1) through (4) of this subsection (b-5); or

(6) on a public way within 1,000 feet of the real property comprising any location specified in clauses (1) through (4) of this subsection (b-5).

(b-10) Upon imposition of any sentence, the trial court shall also either order restitution paid to the victim or impose a fine in an amount to be determined by the court based on the severity of the crime and the injury or damages suffered by the victim. In addition, any order of probation or conditional discharge entered following a conviction or an adjudication of delinquency shall include a condition that the offender perform public or community service of no less than 200 hours if that service is established in the county where [illegible]
Section. If the court sentences the offender to imprisonment or periodic imprisonment for a violation of this Section, as a condition of the offender's mandatory supervised release, the court shall require that the offender perform public or community service of no less than 200 hours and enroll in an educational program discouraging hate crimes involving the protected class identified in subsection (a) that gave rise to the offense the offender committed.

(c) Independent of any criminal prosecution or the result of a criminal prosecution, any person suffering injury to his or her person, damage to his or her property, intimidation as [illegible]
programs administered online or that can otherwise be attended remotely are prohibited. The court may also impose any other condition of probation or conditional discharge under this

the offense the offender committed.

(c) Independent of any criminal prosecution or the result of a criminal prosecution, any person suffering injury to his or her person, damage to his or her property, intimidation as defined in paragraphs (a)(1), (a)(2), and (a)(3) of Section 12-6 of this Code, stalking as defined in Section 12-7.3 of this Code, cyberstalking as defined in Section 12-7.5 of this Code, disorderly conduct as defined in paragraph (a)(1) of Section 26-1 of this Code, transmission of obscene messages as defined in Section 26.5-1 of this Code, harassment by telephone as defined in Section 26.5-2 of this Code. or harassment through electronic communications as defined in paragraphs (a)(2) and (a)(5) of Section 26.5-3 of this Code as a result of a hate crime may bring a civil action for damages, injunction or other appropriate relief. The court may award actual damages, including damages for emotional distress, as well as punitive damages. The court may impose a civil penalty up to $25,000 for each violation of this subsection (c). A judgment in favor of a person who brings a civil action under this subsection (c) shall include attorney's fees and costs. After consulting with the local State's Attorney, the Attorney General may bring a civil action in the name of the People of the State for an injunction or other equitable relief under this subsection (c). In addition, the Attorney General may request and the court may impose a civil penalty up to $25,000 for each violation under this subsection (c). The parents or legal guardians, other than guardians appointed pursuant to the Juvenile Court Act or the Juvenile Court Act of 1987, of an unemancipated minor shall be liable for the amount of any judgment for all damages rendered against such minor under this subsection (c) in any amount not exceeding the amount provided under Section 5 of the Parental Responsibility Law.

(d) "Sexual orientation" has the meaning ascribed to it in paragraph (O-1) of Section 1-103 of the Illinois Human Rights Act.

(Source: P.A. 99-77, eff. 1-1-16; 100-197, eff. 1-1-18; 100-260, eff. 1-1-18; revised 10-5-17.)

# Exhibit 27

**Illinois Public Act 097-1108 HB2582 Enrolled LRB097 07362 RLC 47471 b**

# Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copies of Illinois Public Act 097-1108 HB2582 Enrolled LRB097 07362 RLC 47471 b Simulating Legal Process.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

Case: 1:22-cv-02440 Document #: 1 Filed: 05/09/22 Page 142 of 252 PageID #:142

Public Act 097-1108



AN ACT concerning criminal law.

Be it enacted by the People of the State of Illinois, represented in the General Assembly:

(720 ILCS 5/32-7) (from Ch. 38, par. 32-7)

Sec. 32-7. Simulating legal process.

(a) A person commits simulating legal process when he or she ~~who~~ issues or delivers any document which he or she knows falsely purports to be or simulates any civil or criminal process ~~commits a Class B misdemeanor~~.

(b) Sentence. Simulating legal process is a Class B misdemeanor.

(Source: P.A. 77-2638.)

# Exhibit 28

**Battery**

**Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b**

# Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copies of Illinois Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

**Public Act 100-1161**

SB1328 Enrolled LRB100 08307 RLC 18410 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Sec. 5-4.5-55. CLASS A MISDEMEANORS; SENTENCE. For a Class A misdemeanor:

(a) TERM. The sentence of imprisonment shall be a determinate sentence of less than one year.

(b) PERIODIC IMPRISONMENT. A sentence of periodic imprisonment shall be for a definite term of less than one year, except as otherwise provided in Section 5-5-3 or 5-7-1 (730 ILCS 5/5-5-3 or 5/5-7-1).

(c) IMPACT INCARCERATION. See Section 5-8-1.2 (730 ILCS 5/5-8-1.2) concerning eligibility for the county impact incarceration program.

(d) PROBATION; CONDITIONAL DISCHARGE. Except as provided in Section 5-5-3 or 5-6-2 (730 ILCS 5/5-5-3 or 5/5-6-2), the period of probation or conditional discharge shall not exceed 2 years. The court shall specify the conditions of probation or conditional discharge as set forth in Section 5-6-3 (730 ILCS 5/5-6-3).

(e) FINE. Unless otherwise specified by law, the minimum fine is $75 ~~$25~~. A fine not to exceed $2,500 for each offense or the amount specified in the offense, whichever is greater, may be imposed. A fine may be imposed in addition to a sentence of conditional discharge, probation, periodic imprisonment, or imprisonment. See Article 9 of Chapter V (730 ILCS 5/Ch. V, Art. 9) for imposition of additional amounts and determination of amounts and payment. If the court finds that the fine would impose an undue burden on the victim, the court may reduce or waive the fine.

# Exhibit 29

**Unlawful Restraint**

**Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b**

# Certificate of True and Correct Copy

It is hereby certified that the foregoing are true can correct copy of Illinois Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office on this, 10th Day of April 2022 Notary Public

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

**Public Act 100-1161**

SB1328 Enrolled LRB100 08307 RLC 18410 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Sec. 5-4.5-50. SENTENCE PROVISIONS; ALL FELONIES. Except as otherwise provided, for all felonies:

(a) NO SUPERVISION. The court, upon a plea of guilty or a stipulation by the defendant of the facts supporting the charge or a finding of guilt, may not defer further proceedings and the imposition of a sentence and may not enter an order for supervision of the defendant.

(b) FELONY FINES. Unless otherwise specified by law, the minimum fine is $75 ~~$25~~. An offender may be sentenced to pay a fine not to exceed, for each offense, $25,000 or the amount specified in the offense, whichever is greater, or if the offender is a corporation, $50,000 or the amount specified in the offense, whichever is greater. A fine may be imposed in addition to a sentence of conditional discharge, probation, periodic imprisonment, or imprisonment. See Article 9 of Chapter V (730 ILCS 5/Ch. V, Art. 9) for imposition of additional amounts and determination of amounts and payment. If the court finds that the fine would impose an undue burden on the victim, the court may reduce or waive the fine.

# Exhibit 30

**Assault**

**Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b**

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true can correct copy of Illinois Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public

Ciara Hurst

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

Public Act 100-1161

SB1328 Enrolled LRB100 08307 RLC 18410 b

AN ACT concerning criminal law.

Be it enacted by the People of the State of Illinois, represented in the General Assembly:

Sec. 5-4.5-65. CLASS C MISDEMEANORS; SENTENCE. For a Class C misdemeanor:

(a) TERM. The sentence of imprisonment shall be a determinate sentence of not more than 30 days.

(b) PERIODIC IMPRISONMENT. A sentence of periodic imprisonment shall be for a definite term of up to 30 days or as otherwise provided in Section 5-7-1 (730 ILCS 5/5-7-1).

(c) IMPACT INCARCERATION. See Section 5-8-1.2 (730 ILCS 5/5-8-1.2) concerning eligibility for the county impact incarceration program.

(d) PROBATION; CONDITIONAL DISCHARGE. Except as provided in Section 5-6-2 (730 ILCS 5/5-6-2), the period of probation or conditional discharge shall not exceed 2 years. The court shall specify the conditions of probation or conditional discharge as set forth in Section 5-6-3 (730 ILCS 5/5-6-3).

(e) FINE. Unless otherwise specified by law, the minimum fine is $75 ~~$25~~. A fine not to exceed $1,500 for each offense or the amount specified in the offense, whichever is greater, may be imposed. A fine may be imposed in addition to a sentence of conditional discharge, probation, periodic imprisonment, or imprisonment. See Article 9 of Chapter V (730 ILCS 5/Ch. V, Art. 9) for imposition of additional amounts and determination of amounts and payment. If the court finds that the fine would impose an undue burden on the victim, the court may reduce or waive the fine.

# Exhibit 31

**Intimidation**

**Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b**

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true can correct copy of Illinois Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

www.ilga.gov

**Public Act 100-1161**

SB1328 Enrolled LRB100 08307 RLC 18410 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Sec. 5-4.5-50. SENTENCE PROVISIONS; ALL FELONIES. Except as otherwise provided, for all felonies:

(a) NO SUPERVISION. The court, upon a plea of guilty or a stipulation by the defendant of the facts supporting the charge or a finding of guilt, may not defer further proceedings and the imposition of a sentence and may not enter an order for supervision of the defendant.

(b) FELONY FINES. Unless otherwise specified by law, the minimum fine is $75 ~~$25~~. An offender may be sentenced to pay a fine not to exceed, for each offense, $25,000 or the amount specified in the offense, whichever is greater, or if the offender is a corporation, $50,000 or the amount specified in the offense, whichever is greater. A fine may be imposed in addition to a sentence of conditional discharge, probation, periodic imprisonment, or imprisonment. See Article 9 of Chapter V (730 ILCS 5/Ch. V, Art. 9) for imposition of additional amounts and determination of amounts and payment. If the court finds that the fine would impose an undue burden on the victim, the court may reduce or waive the fine.

# Exhibit 32

**Hate crime**

**Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b**

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true can correct copy of Public Act 100-0863- Sec. 12-7.1. Hate crime SB1328 Enrolled LRB100 08307 RLC 18410 b.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

https://www.ilga.gov/legislation/publicacts/100/100-1161.htm

Public Act 100-1161

SB1328 Enrolled LRB100 08307 RLC 18410 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Sec. 5-4.5-50. SENTENCE PROVISIONS; ALL FELONIES. Except as otherwise provided, for all felonies:

(a) NO SUPERVISION. The court, upon a plea of guilty or a stipulation by the defendant of the facts supporting the charge or a finding of guilt, may not defer further proceedings and the imposition of a sentence and may not enter an order for supervision of the defendant.

(b) FELONY FINES. Unless otherwise specified by law, the minimum fine is $75 ~~$25~~. An offender may be sentenced to pay a fine not to exceed, for each offense, $25,000 or the amount specified in the offense, whichever is greater, or if the offender is a corporation, $50,000 or the amount specified in the offense, whichever is greater. A fine may be imposed in addition to a sentence of conditional discharge, probation, periodic imprisonment, or imprisonment. See Article 9 of Chapter V (730 ILCS 5/Ch. V, Art. 9) for imposition of additional amounts and determination of amounts and payment. If the court finds that the fine would impose an undue burden on the victim, the court may reduce or waive the fine.

https://www.ilga.gov

**Public Act 100-0863**

HB5447 Enrolled LRB100 16294 AMC 31417 b

AN ACT to revise the law by combining multiple enactments and making technical corrections.

(720 ILCS 5/12-7.1) (from Ch. 38, par. 12-7.1)

Sec. 12-7.1. Hate crime.

(a) A person commits hate crime when, by reason of the actual or perceived race, color, creed, religion, ancestry, gender, sexual orientation, physical or mental disability, or national origin of another individual or group of individuals, regardless of the existence of any other motivating factor or factors, he or she commits assault, battery, aggravated assault, intimidation, stalking, cyberstalking, misdemeanor theft, criminal trespass to residence, misdemeanor criminal damage to property, criminal trespass to vehicle, criminal trespass to real property, mob action, disorderly conduct, transmission of obscene messages, harassment by telephone, or harassment through electronic communications as these crimes are defined in Sections 12-1, 12-2, 12-3(a), 12-7.3, 12-7.5, 16-1, 19-4, 21-1, 21-2, 21-3, 25-1, 26-1, 26.5-1, 26.5-2, paragraphs (a)(1), (a)(2), and (a)(3) of Section 12-6, and paragraphs (a)(2) and (a)(5) of Section 26.5-3 of this Code, respectively.

(b) Except as provided in subsection (b-5), hate crime is a Class 4 felony for a first offense and a Class 2 felony for a second or subsequent offense.

(b-5) Hate crime is a Class 3 felony for a first offense and a Class 2 felony for a second or subsequent offense if committed:

(1) in, or upon the exterior or grounds of, a church, synagogue, mosque, or other building, structure, or place identified or associated with a particular religion or used for religious worship or other religious purpose;

(2) in a cemetery, mortuary, or other facility used for the purpose of burial or memorializing the dead;

(3) in a school or other educational facility, including an administrative facility or public or private dormitory facility of or associated with the school or other educational facility;

(4) in a public park or an ethnic or religious community center;

(5) on the real property comprising any location specified in clauses (1) through (4) of this subsection (b-5); or

(6) on a public way within 1,000 feet of the real property comprising any location specified in clauses (1) through (4) of this subsection (b-5).

(b-10) Upon imposition of any sentence, the trial court shall also either order restitution paid to the victim or impose a fine in an amount to be determined by the court based on the severity of the crime and the injury or damages suffered by the victim. In addition, any order of probation or conditional discharge entered following a conviction or an adjudication of delinquency shall include a condition that the offender perform public or community service of no less than 200 hours if that service is established in the county where the offender was convicted of hate crime. In addition, any order of probation or conditional discharge entered following a conviction or an adjudication of delinquency shall include a condition that the offender enroll in an educational program discouraging hate crimes involving the protected class identified in subsection (a) that gave rise to the offense the offender committed. The educational program must be attended by the offender in-person and may be administered, as determined by the court, by a university, college, community college, non-profit organization, the Illinois Holocaust and Genocide Commission, or any other organization that provides educational programs discouraging hate crimes, except that programs administered online or that can otherwise be attended remotely are prohibited. The court may also impose any other condition of probation or conditional discharge under this Section. If the court sentences the offender to imprisonment or periodic imprisonment for a violation of this Section, as a condition of the offender's mandatory supervised release, the court shall require that the offender perform public or community service of no less than 200 hours and enroll in an educational program discouraging hate crimes involving the protected class identified in subsection (a) that gave rise to the offense the offender committed.

(c) Independent of any criminal prosecution or the result of a criminal prosecution, any person suffering injury to his or her person, damage to his or her property, intimidation as defined in paragraphs (a)(1), (a)(2), and (a)(3) of Section 12-6 of this Code, stalking as defined in Section 12-7.3 of this Code, cyberstalking as defined in Section 12-7.5 of this Code, disorderly conduct as defined in paragraph (a)(1) of Section 26-1 of this Code, transmission of obscene messages as defined in Section 26.5-1 of this Code, harassment by telephone as defined in Section 26.5-2 of this Code, or harassment

through electronic communications as defined in paragraphs (a)(2) and (a)(5) of Section 26.5-3 of this Code as a result of a hate crime may bring a civil action for damages, injunction or other appropriate relief. The court may award actual damages, including damages for emotional distress, as well as punitive damages. The court may impose a civil penalty up to $25,000 for each violation of this subsection (c). A judgment in favor of a person who brings a civil action under this subsection (c) shall include attorney's fees and costs. After consulting with the local State's Attorney, the Attorney General may bring a civil action in the name of the People of the State for an injunction or other equitable relief under this subsection (c). In addition, the Attorney General may request and the court may impose a civil penalty up to $25,000 for each violation under this subsection (c). The parents or legal guardians, other than guardians appointed pursuant to the Juvenile Court Act or the Juvenile Court Act of 1987, of an unemancipated minor shall be liable for the amount of any judgment for all damages rendered against such minor under this subsection (c) in any amount not exceeding the amount provided under Section 5 of the Parental Responsibility Law.

(d) "Sexual orientation" has the meaning ascribed to it in paragraph (O-1) of Section 1-103 of the Illinois Human Rights Act.

(Source: P.A. 99-77, eff. 1-1-16; 100-197, eff. 1-1-18; 100-260, eff. 1-1-18; revised 10-5-17.)

# Exhibit 33

**Simulating Legal Process**

**Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b**

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true can correct copy of Illinois Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

https://www.ilga.gov/legislation/publicacts/

**Public Act 100-1161**

SB1328 Enrolled LRB100 08307 RLC 18410 b

AN ACT concerning criminal law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Sec. 5-4.5-60. CLASS B MISDEMEANORS; SENTENCE. For a Class B misdemeanor:

(a) TERM. The sentence of imprisonment shall be a determinate sentence of not more than 6 months.

(b) PERIODIC IMPRISONMENT. A sentence of periodic imprisonment shall be for a definite term of up to 6 months or as otherwise provided in Section 5-7-1 (730 ILCS 5/5-7-1).

(c) IMPACT INCARCERATION. See Section 5-8-1.2 (730 ILCS 5/5-8-1.2) concerning eligibility for the county impact incarceration program.

(d) PROBATION; CONDITIONAL DISCHARGE. Except as provided in Section 5-6-2 (730 ILCS 5/5-6-2), the period of probation or conditional discharge shall not exceed 2 years. The court shall specify the conditions of probation or conditional discharge as set forth in Section 5-6-3 (730 ILCS 5/5-6-3).

(e) FINE. Unless otherwise specified by law, the minimum fine is $75 ~~$25~~. A fine not to exceed $1,500 for each offense or the amount specified in the offense, whichever is greater, may be imposed. A fine may be imposed in addition to a sentence of conditional discharge, probation, periodic imprisonment, or imprisonment. See Article 9 of Chapter V (730 ILCS 5/Ch. V, Art. 9) for imposition of additional amounts and determination of amounts and payment. If the court finds that the fine would impose an undue burden on the victim, the court may reduce or waive the fine.

# Exhibit 34

**Insurance Policy P3-1000379-2122-01 and P3-1000379-1920-01**

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true can correct copy of insurance policy P3-1000379-2122-01 and P3-1000379-1920-01 provided by representatives of Village of South Holland

*State of Illinois* )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public
Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

# ILLINOIS COUNTIES RISK MANAGEMENT TRUST

*INSURANCE PROGRAM POLICY*

*Schedule of Coverage Declarations*

## South Holland, Village of and South Holland Public Librarv

PRESENTED BY:

Alliant Mesirow Insurance Services

Policy Number:

P3-1000379-2122-01

POLICY YEAR:

DEC 01, 2021 - DEC 01, 2022

## COMMON POLICY DECLARATIONS

**Named Insured:**
South Holland, Village of and South Holland Public Library
16226 Wausau Avenue
South Holland, IL 60473

**Agency Name and Address:**
Alliant Mesirow Insurance Services
P. O. Box 8242
Pasadena, CA 91109-8242

**Policy Number:**
P3-1000379-2122-01

**Policy Year:**
DEC 01, 2021 - DEC 01, 2022
At 12:01 A.M., Standard Time at your mailing address show above

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This Policy consists of the following sections. Please refer to the Schedule of Coverage Declarations for applicability. This premium may be subject to adjustment.

| **Coverage Parts** | **Premium** |
|---|---|
| General Liability | Included |
| Law Enforcement Liability | Included |
| Auto | Included |
| Public Officials Liability - Claims Made | Included |
| Property | Included |
| Inland Marine | Included |
| Equipment Breakdown | Included |
| Sales Tax Interruption | Not Covered |
| Crime | Included |
| Cyber Liability | Included |
| Excess Liability | Included |
| Package Premium | $525,638 |
| Workers' Compensation | $190,460 |
| **Total Annual Premium** | **$716,099** |

Form(s) and Endorsement(s) made a part of this policy at time of issue: SEE FORMS AND ENDORSEMENTS SCHEDULE

THIS COMMON POLICY DECLARATION AND THE SCHEDULE OF COVERAGE DECLARATION, TOGETHER WITH THE POLICY, COVERAGE FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

Date: 12/01/2021 By:

Authorized Signature
Insurance Program Managers Group, Trust Administrator

## PROGRAM MANAGEMENT

**Insurance Program Managers Group**

### ACCOUNT EXECUTIVES

**BOB SPRING**
***VP of New Business Development***
Bob.Spring@ipmg.com
630.485.5885

**KYLE SHELL**
***Account Executive***
Kyle.Shell@ipmg.com
314.704.9976

**JEFF WEBER**
***Senior Vice President***
Jeff.Weber@ipmg.com
314.293.9707

### UNDERWRITING

**DANIEL KOLE**
***Program Underwriting Associate***
daniel.kole@ipmg.com
630.485.5952

**KRISTEN TRACY**
***VP Public Entity Underwriting***
Kristen.Tracy@ipmg.com
630.485.5970

**TODD GREER**
***Senior Vice President***
Todd.Greer@ipmg.com
630.485.5869

### PROGRAM ADMINISTRATION

**JACKIE KING**
***ICRMT Program Manager***
Jackie.King@ipmg.com
630.485.5874

**KIM DIEDERICH**
***ICRMT Account Assistant***
Kim.Diederich@ipmg.com
630.485.5863

**GREGG PETERSON**
***President/CEO***

# COVERAGE SUMMARY: GENERAL LIABILITY

## COVERAGE

| COVERAGE | LIMITS |
| --- | --- |
| Each Occurrence | $1,000,000 |
| General Annual Aggregate | $3,000,000 |
| Products/Completed Operations Annual Aggregate | $1,000,000 |
| Advertising and Personal Injury | $1,000,000 |
| Premises Medical Payments | |
| Each Person | $5,000 |
| Each Occurrence | $50,000 |
| **Deductible: $10,000 each occurrence** | |
| Sexual Abuse Liability – Claims Made | |
| Each Occurrence | $1,000,000 |
| Annual Aggregate | $1,000,000 |
| Retroactive Date: **12/31/2010** | |
| Innocent Party Defense Coverage Included | |

**Deductible: $10,000**

## COVERAGES INCLUDE

- Liquor Liability
- Medical Professional (Excluding Doctors & Dentists)
- Special Events
- Terrorism
- Volunteers
- Non-Auditable
- Herbicides & Pesticides - $50,000 Coverage Limits
- Premises Liability

# COVERAGE SUMMARY: LAW ENFORCEMENT LIABILITY

| COVERAGE | LIMITS |
| --- | --- |
| Each Occurrence | $1,000,000 |
| General Annual Aggregate | $3,000,000 |

**Deductible: $25,000 each occurrence**

## COVERAGES INCLUDE

- Auxiliary Officers
- Intergovernmental/Mutual Aid Agreements
- Jails/Holding Cells
- Good Samaritan
- Commandeered Autos

# COVERAGE SUMMARY: PUBLIC OFFICIALS LIABILITY

| COVERAGE | LIMITS |
|---|---|
| Each Occurrence | $1,000,000 |
| Annual Aggregate | $1,000,000 |
| Retroactive Date: **12/31/2010** | |
| Employment Practice Liability | Included |
| Retroactive Date: **12/31/2010** | |
| Employee Benefits Liability | Included |
| Retroactive Date: **12/01/2013** | |

**Deductible: $10,000**

## COVERAGES INCLUDE

| | |
|---|---|
| • Employee Wage Reimbursement | |
| Each Occurrence | $10,000 |
| Annual Aggregate | $20,000 |
| • Non-Monetary Legal Defense | |
| Each Occurrence | $50,000 |
| Annual Aggregate | $50,000 |

- Sexual Harassment
- Discrimination
- Wrongful Termination
- FOIA/Open Meetings Act
- Attorney's Professional

## COVERAGE SUMMARY: EXCESS LIABILITY

| Coverage | Underlying Limits | Excess Limit |
|---|---|---|
| General Liability | $1,000,000/$3,000,000 | $7,000,000 |
| Law Enforcement Liability | $1,000,000/$3,000,000 | $7,000,000 |
| Auto Liability | $1,000,000 | $7,000,000 |
| Public Officials (Claims Made) | $1,000,000/$1,000,000 | $7,000,000 |

### COVERAGES EXCLUDED

- Sanitary Sewer Backup
- Sexual Abuse
- Uninsured/Underinsured Motorist Coverage
- Workers Compensation and Employers Liability
- Unmanned Aircraft
- Cyber Liability
- Claims arising out of the actual or alleged transmission of a communicable disease or virus.

## COVERAGE SUMMARY: CRIME

| COVERAGE | LIMIT |
| --- | --- |
| Blanket Employee Dishonesty | $500,000 |
| Loss Inside the Premises - Money & Securities | $500,000 |
| Loss Outside the Premises | $500,000 |
| Money Orders and Counterfeit Currency | $500,000 |
| Depositors Forgery or Alterations | $500,000 |
| Computer Fraud | $500,000 |
| Funds Transfer Fraud | $500,000 |
| Social Engineering/False Pretenses | $50,000 |

**Deductible: $5,000**

The ICRMT Crime Form includes coverage for any of your officials who are required by law to give bonds for the faithful performance of their service against Loss through the failure of any Employee under the supervision of that official to faithfully perform his or her duties as prescribed by law and will meet the requirements for Public Officials bonds up to the statutory limit or policy limit, whichever is less.

| CERTIFICATE OF INSURANCE | Date: 8/19/2020 |
|---|---|
| **Producer:**<br>Insurance Program Managers Group, LLC<br>225 Smith Road<br>St. Charles, Illinois 60174<br>630-377-5845 | **This certificate is issued as a matter of information only and confers no rights upon the certificate holder. This certificate does not amend, extend or alter the coverage afforded by the policies below.** |
| **Insured:**<br>Village of South Holland<br>16226 Wausau Avenue<br>South Holland, IL 60473 | **Company:**<br>Illinois Counties Risk Management Trust |

**Coverages**

This is to certify that the policies of insurance listed below have been issued to the inured named above for the policy period indicated, not withstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain. The insurance afforded by the policies described herein is subject to all the terms, conditions and exclusions of such policies. Limits shown may have been reduced by paid claims.

| Co. Letter | Type of Insurance | Policy Number | Policy Effective Date | Policy Expiration Date | Limits |
|---|---|---|---|---|---|
| A | COVERAGE PART IV-CRIME | P3-1000379-1920-01 | 12/1/2019 | 12/1/2020 | $500,000 Each Occurrence |

Coverage is provided and applies to Loss that you sustain resulting directly from an Occurrence taking place at any time which is Discovered by you during the Policy Period shown or during the period of time provided in the Extended Period to Discover Loss subject to the policy terms, conditions and exclusions.

a. Employee Dishonesty and Faithful Performance of Duty Blanket Coverage

(1) Employee Dishonesty Coverage is extended to include Loss resulting from the failure of any Employee to faithfully perform duties prescribed by state law, charter, ordinance or resolution of your governing body, including the an ability to faithfully perform those duties because of a criminal act committed by a person other than an Employee.

(3) We will indemnify you if any of your officials who are required by law to give bonds for the faithful performance of their service against Loss through the failure of any Employee under the supervision of that official to faithfully perform his or her duties as prescribed by law, when such failure has as its direct and immediate result a Loss of your covered property, including inability to faithfully perform those duties because of a criminal act committed by a person other than an Employee, subject to the Limit of Liability.

6. (a) Employee means:

(1) Any person:

a. While in your service and for the first 30 days immediately after termination of service, unless such termination is due to Theft or any other dishonest act committed by the Employee;

b. Who you compensate directly by salary, wages or commissions; and

c. Who you have the right to direct and control while performing services for you;

(4) Any person who is:

a. A trustee, elected or appointed official, officer, Employee, administrator or manager, except an administrator or manager who is an independent contractor, of any employee benefit plan; and

b. An official of yours while that person is engaged in handling Funds or Other Property of any employee benefit plan;

| Certificate Holder: | Cancellation |
|---|---|
| **Evidence of Coverage** | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | **Authorized Representative** |

# Exhibit 35

## South Holland Police Department Responding Unit Summary Report Call C2690821

# South Holland Police Department

Responding Unit Summary

Call: C2690821
Nature: Suspicious Circumstances
Reported Time: 04:01:41 08/03/20
Call Address: 2145 E 170TH ST; MANOR CARE
Contact: REFUSED EMPLOYEE
Phone [redacted]
Fire Zone: -
EMS Zone: -

Unit:

Paged: Return:

MALE IN THE EMPLOYEE PARKING LOT
04:02:23 08/03/2020 - J Barboza
MALE WEARING ALL BLACK STANDING IN BETWEEN THE CARS FOR THE LAST 20-30 MINUTES
04:02:26 08/03/2020 - J Barboza
M/B
04:02:35 08/03/2020 - J Barboza
HE MAY BE HIGH
04:02:55 08/03/2020 - J Barboza
GOING IN BETWEEN CARS NOT SURE IF HE IS PULLING ON DOORS
04:03:24 08/03/2020 - J Barboza
CP DOES NOT WISH TO SPEAK JUST HAVE HIM CHECKED ON
04:06:39 08/03/2020 - N Ortiz - From: Ayers, C
OUT WITH 1 IN THE PARKING LOT MALE BLK
04:13:31 08/03/2020 - N Ortiz - From: Ayers, C
ADVISED 3054 IF HE CAN BE ENROUTE
04:29:41 08/03/2020 - N Ortiz - From: Ayers, C
95 1X
04:30:47 08/03/2020 - N Ortiz - From: Abogunrin, K
EMPLOYEE COME TO DOOR 7 FOR ACCESS
04:35:04 08/03/2020 - N Ortiz - From: Abogunrin, K
IM INSIDE
04:35:50 08/03/2020 - N Ortiz - From: Ayers, C
23 AT POST

08/05/20

# Exhibit 36-A

**Certificate of True and Correct Copy**

## Certificate of True and Correct Copy

It is hereby certified that below is a true and correct depiction of the DVD/CD containing authentic copies of regularly preserved audiovisual business records of South Holland Police Department through one of their municipal squad vehicles that took place on 8-3-2020 referred to therein Verified Complaint and Judicial Notice as Exhibit 36.




State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public Seal:

Ciara Hurst

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

# Exhibit 37-A

**Certificate of True and Correct Copy In Re Exhibit 37**

**Certificate of True and Correct Copy**

It is hereby certified that below image is a true and correct depiction of the DVD/CD containing authentic copies of audio records of arrest that took place on 8-3-2020 referred to therein Verified Complaint and Judicial Notice as Exhibit 37.




State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022 Notary Public Seal:

Ciara Hurst

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

# Exhibit 38
## 8-3-20 Arrest Transcript

## Certificate of True and Correct Copy

It is hereby certified that the foregoing is a true and correct copy of the transcript of interaction between Muhammad Bey, Clarence D Ayers, Kimberly Abogunrin, Gerald E Smith on August 3, 2020 from around 3:45 a.m. to around 4:30 a.m. at geographical location Latitude: 41.585629 Longitude: -87.564819 postal address 2145 E 170th St, South Holland, Illinois 60473. Audiovisual record of the same is preserved therein Exhibit 36 Official South Holland Police Department regularly preserved record. Audio record of the same is preserved therein Exhibit 37, specific segments of trust minutes interjected upon by Clarence D Ayers, Kimberly Abogunrin, Gerald E Smith on August 3, 2020.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this 30th Day of April 2022 Notary Public Seal:

Ciara Hurst

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

By: ________________
Without United States

**Trust Seal:**

MUHAMMAD BEY EXPRESS TRUST OFFICIAL SEAL 5-17-2020

1. Muhammad Bey: How are you?
2. Clarence D Ayers: I'm good, how are you?
3. Muhammad Bey: I'm balanced, somebody called nine one one?
4. Clarence D Ayers: Ya, they did.
5. Muhammad Bey: Oh, ok, what's the, what's the emergency?
6. Clarence D Ayers: There is no emergency, uhm, typically people ahh standing in the middle, squatting down in the middle of the parking lot, they were concerned about you.
7. Muhammad Bey: Who was concerned about me?
8. Clarence D Ayers: Whoever called.
9. Muhammad Bey: Oh.
10. Clarence D Ayers: Do you work,
11. Muhammad Bey: Oh, I'm fine.
12. Clarence D Ayers: Do you, do you, work here?
13. Muhammad Bey: Ya I do.
14. Clarence D Ayers: Do you have a ID on you?
15. Muhammad Bey: [Inhale], hmmm, I know it's a constitutionally secured right, for you to ask me for an ID there has to be a cause, are you investigating a crime?
[ Sound of Vehicle door closes as Kimberly Abogunrin steps out of her vehicle in middle of Muhammad Bey's last sentence]
16. Clarence D Ayers: No, do you have an ID on you sir?
17. Muhammad Bey: No I don't have an ID on me.
18. Kimberly Abogunrin: Can you do us a favor and take your hands out of that pocket for me please?
[Kimberly Abogunrin step within 5 inches of Muhammad Bey]
19. Muhammad Bey: Whoa, whoa, whoa, whoa, why are you being belligerent, what is going on here?
20. Clarence D Ayers: Who's being belligerent? I asked you for ID, you keep going, psh, you talking about uh a inherent constitutional right.
21. Muhammad Bey: Ya sure.
22. Clarence D Ayers: I just explained to you why we are here, somebody called because you were [pause] going between cars, as they stated, in, in the parking lot.
23. Muhammad Bey: Wow.
24. Clarence D Ayers: And they were concerned about you,
25. Muhammad Bey: Well...
26. Clarence D Ayers: So.
27. Muhammad Bey: unfortunately [interrupted]
28. Clarence D Ayers: Unfortunately we're [interrupted]
29. Muhammad Bey: I, I apologize if there is any misunderstanding [interrupted]
30. Clarence D Ayers: unfortunately nothing.
31. Muhammad Bey: I'm just standing right here, I'm on a phone call. [laughs]
32. Clarence D Ayers: I got you.

33. Clarence D Ayers: So if you're on a phone call,
34. Muhammad Bey: Right.
35. Clarence D Ayers: you should just leave with that, instead of going off into, what your constitutional rights are, which, and, and, and this that and the other.
36. Muhammad Bey: What's wrong with that? What's wrong with [interrupted]
37. Clarence D Ayers: So, so do you work here?
38. Muhammad Bey: I just told you I do work here.
39. Clarence D Ayers: So if you work here you should have some form of ID right?
40. Muhammad Bey: I don't have it on me.
41. Clarence D Ayers: So where is it? How you, how are you going to get back in there, when you go back to up in there?
42. Muhammad Bey: You can go in there and find out.
43. Clarence D Ayers: No, I'm asking you, I don't need to axe anybody else, I'm asking you.
44. Muhammad Bey: There is a bell.
45. Clarence D Ayers: Ok, so, you, they're gonna, you're gonna ring, uh [interrupted]
46. Muhammad Bey: Are you upset? You want me to stop this conversation?
47. Clarence D Ayers: Nuh, I'm not, so you are gonna ring a bell, and they're gonna let you in [interrupted]
48. Muhammad Bey: You're not upset right? Cus you seem pretty emotionally unstable, I don't wanna [interrupted]
49. Clarence D Ayers: Do you have any ID on you, yes or no?
50. Muhammad Bey: This is the third time: no I don't have an ID on me.
51. Clarence D Ayers: Do me a favor; put your hands on the hood please.
52. Muhammad Bey: For, oh, s, ohhh you are detaining me.
53. Kimberly Abogunrin: No you're not being detained, he asked you to put your hands on the hood.
54. *Muhammad Bey: For what purpose though?*
55. Kimberly Abogunrin: Until we finish our investigation.
56. Clarence D Ayers: I just told you: To put your hands on the hood sir.
57. Muhammad Bey: You are detaining me, that's what you are doing, just tell, just tell me you are detaining me.
58. Kimberly Abogunrin: Are you in handcuffs sir?
59. Muhammad Bey: So you are telling me I can go back in there now right?
60. Clarence D Ayers: No, you are not.
61. Muhammad Bey: So you are detaining me [interrupted]
62. Kimberly Abogunrin: Not until we make sure you are supposed to be here.
63. Clarence D Ayers: You don't have ID,
64. Muhammad Bey: No, I don't have an ID
65. Clarence D Ayers: And you're in the middle of a parking lot,
66. Muhammad Bey: On a phone call.
67. Clarence D Ayers: Ok, ya.
68. Muhammad Bey: Right.
69. Clarence D Ayers: I don't know that though.
70. Muhammad Bey: Ok.
71. Kimberly Abogunrin: You don't have your work ID?
72. Muhammad Bey: You can go find out with, the building is right there [interrupted]
73. Kimberly Abogunrin: We don't need to go find out anything from them, we're asking you.
74. Muhammad Bey: Is there an evidence that I've committed a crime?
75. Kimberly Abogunrin: You say you work here right? Do you work here?
76. Muhammad Bey: You're questioning, you're interrogating me right now you know that right? [interrupted]
77. Kimberly Abogunrin: Do you work here?
78. Kimberly Abogunrin: Do you work here sir?
79. Clarence D Ayers: I'm so glad that you went to sc, went to school for criminal justice that you know so much [interrupted].
80. Muhammad Bey: Criminal justice? [interrupted]
81. Clarence D Ayers: You don't even know what you are talking about.
82. Muhammad Bey: Well, I mean, I am bound to know my substantive right. [interrupted]
83. Clarence D Ayers: Again! Ok, so the next thing [interrupted]
84. Muhammad Bey: I don't intend to argue with you.
85. Clarence D Ayers: So the next thing [interrupted]
86. Muhammad Bey: So are you detaining me?
87. Clarence D Ayers: The next thing that's about to happen. [interrupted]
88. Muhammad Bey: So you are detaining me. Are you detaining me? [interrupted]
89. Clarence D Ayers: You are gonna be detained. Kimberly Abogunrin: You are gonna be taken into custody.
90. Clarence D Ayers: Put your hands on the hood, before it be, uhhi, before it's a bigger issue than what should, it should already be.
91. Muhammad Bey: For what reason, I just wanna know for what reason?
92. Kimberly Abogunrin: Obstruction of identification sir. Clarence D Ayers: Alright, put your hands on the hood please.
93. Muhammad Bey: Oh wow, wow, obstruction of identification?
94. Kimberly Abogunrin: Yes, yes sir!

95. Muhammad Bey: How so, in order for you to demand an ID [interrupted]
96. Kimberly Abogunrin: cus, we've asked you, we've asked you several times do you have an ID,
97. Muhammad Bey: Let me speak for a moment.
98. Kimberly Abogunrin: No.
99. Muhammad Bey: In order for me to [interrupted]
100. Kimberly Abogunrin: Nuh, there's, there is nothing,
101. Muhammad Bey: identify myself, there has to be a crime[interrupted]
102. Kimberly Abogunrin: Nuh.
103. *Clarence D Ayers: Why is, why are you [inaudible]*
104. Muhammad Bey: The gentleman asked me and I already described it to him [interrupted]
105. Clarence D Ayers: Why is your hands not on the hood?
106. Muhammad Bey: Because you are detaining me and I'm not obligated to.
107. Kimberly Abogunrin: No, [inaudible]
108. Clarence D Ayers: Ok, so if you're being detained then why is your hands not on the hood?
109. Muhammad Bey: I'm not obligated to, that what I'm telling you.
110. Kimberly Abogunrin: Yes you are.
111. Muhammad Bey: It's a constitutionally [interrupted]
112. Clarence D Ayers: So are, so are you resisting?
113. Muhammad Bey: I'm not resi, there exist, there exist no evidence.
114. Clarence D Ayers: Ok, so the instruction is to put your hands on the hood.
115. Muhammad Bey: Well, there is no cause, you have no [interrupted]
116. [Clarence D Ayers and Kimberly Abogunrin position themselves behind Muhammad Bey, while holding both his hands.]
117. Clarence D Ayers: If you hands are not on the hood, then you are resisting. [interrupted]
118. Muhammad Bey: You have no cause of action.
119. Clarence D Ayers: If you're resisting then you'll be placed under arrest.
120. Muhammad Bey: Would you like me to tell you my name, so you can run t in your system? If you want that I can tell you.
121. Clarence D Ayers: Ok
122. Muhammad Bey: But you were [interrupted]
123. Clarence D Ayers: But I asked you for your name, and you refused to give it [interrupted]
124. Muhammad Bey: This is unlawful search and seizure. [interrupted]
125. Clarence D Ayers: Ok, if you think that's what it is.
126. Muhammad Bey: You asked me for an ID.
127. Clarence D Ayers: Ya, and did you not have it?
128. Muhammad Bey: Stop screaming. [interrupted]
129. Clarence D Ayers: Did you not have it?
130. Muhammad Bey: I don't.
131. Clarence D Ayers: Ok.
132. Muhammad Bey: Exactly.
133. Clarence D Ayers: So you work at a location, with everybody in there has an ID, but you don't.
134. Muhammad Bey: Not everybody does, there is no evidence of what you are talking about. [interrupted]
135. Clarence D Ayers: Everybody in there has an ID.
136. Muhammad Bey: Where is the evidence?
137. Clarence D Ayers: I don't need, it's not [interrupted]
138. Muhammad Bey: That's a presumption.
139. Clarence D Ayers: The evidence is not for me to prove
140. *Kimberly Abogunrin: Sir what is your name?*
141. Muhammad Bey: it is your [interrupted]
142. Kimberly Abogunrin: What is your name?
143. Muhammad Bey: You are enforcing the law right?[interrupted] Clarence D Ayers: Did she not ask you a question?
144. Muhammad Bey: I can only speak with one person at a time.
145. Kimberly Abogunrin: And I'm asking you what is your name.
146. Muhammad Bey So do I speak with you or him?(facing Kimberly Abogunrin]
147. Kimberly Abogunrin: What is your name?
148. Muhammad Bey: I know what you are doing, you just have to [interrupted]
149. Kimberly Abogunrin: Sir, we're not paying these games. What is your name?
150. Muhammad Bey: You're not doing your job, you know that right?
151. Kimberly Abogunrin: take him into custody, we're done.
152. Muhammad Bey: Oohh, this is [interrupted]
153. Kimberly Abogunrin: Put your hands behind your back. Clarence D Ayers: Put your hands behind your back.
154. Kimberly Abogunrin: We're done.
155. Muhammad Bey: You should probably run the name on the system cus [interrupted]
156. Kimberly Abogunrin: Put your hand, no, no, no, no, no, no no, [interrupted]
157. Muhammad Bey: There is an injunction
158. Kimberly Abogunrin: because we asked you several times, now it's obstruction.
159. Kimberly Abogunrin: No, not at all.
160. Muhammad Bey: Ok,Ok.
161. Kimberly Abogunrin: We've asked you several times. We're not gonna play this game.
162. Clarence D Ayers: Are we gonna keep doing this or what?
163. Muhammad Bey: You have no evidence of anything yet.
164. [Clarence D Ayers begins to unlawfully search Muhammad Bey and removing his effects from his person.]
165. Clarence D Ayers: Put this right here. [places Muhammad Bey's phone on top of vehicle he stepped out of]
166. Clarence D Ayers: Put your other hand behind your back.
167. Muhammad Bey: Haaa, haa.
168. Clarence D Ayers: You're just so silly man.
169. Muhammad Bey: This is money right here for me.
170. Kimberly Abogunrin: it is, if you say so. Clarence D Ayers: Ok.
171. Kimberly Abogunrin: But I tell you what, but I tell you what.
172. Muhammad Bey: I reserve my constitutionally secured right, I'm just letting you know that.

173. Kimberly Abogunrin: That's fine, that's fine, I'm glad you reserve your constitutional right to obstruct your identification.
174. Muhammad Bey: there is no evidence that I'm obligated to.
175. Kimberly Abogunrin: Ya, there is. We've asked you several times.
176. Muhammad Bey: is there a crime?
177. Kimberly Abogunrin: For your ID
178. Muhammad Bey: Where is the evidence [interrupted].
179. Kimberly Abogunrin: It doesn't matter if there is [interrupted]
180. Muhammad Bey: I responded to you, I don't have an ID,
181. Kimberly Abogunrin: Sir! If we...
182. Muhammad Bey: That's the response [interrupted]
183. Kimberly Abogunrin: And we asked you what is your name Clarence D Ayers: Then she asked your name.
184. Muhammad BeyI was speaking to you, you [interrupted]
185. Kimberly Abogunrin Uh uh! No.
186. Muhammad Bey: You just did that recently, before you [interrupted]
187. Kimberly Abogunrin But you're, no, what you're doing is you're playing games.
188. [Clarence D Ayers attempt to gain access into Muhammad Bey's phone]
189. Muhammad Bey: You detained me, then you asked for my name.
190. Kimberly Abogunrin: We don't have time for games.
191. Muhammad Bey: Ok, sure.
192. Kimberly Abogunrin: So I tell you what, go ahead and invoke your other constitutional right [interrupted]
193. Muhammad Bey: Oh, it's done.
194. Kimberly Abogunrin: and be quiet until we get to the prison. Ok? Let's go, let's go. I'm not gonna play games.
195. Muhammad Bey: It's already been done.
196. Clarence D Ayers: Put this in your pocket.
197. Muhammad Bey: Sure.
198. Muhammad Bey: So who called this nine one one. You said someone called and made a claim
199. Clarence D Ayers: You heard everything else I said, go ahead and have a seat.
200. Muhammad Bey: Well, at this point I'm your liability, so please do it for me.
201. Clarence D Ayers: Have a seat.
202. Muhammad Bey: I'm not consenting to this. I hope you can understand that [interrupted]
203. Clarence D Ayers: I just instructed you to have a seat. It's not that hard.
204. Muhammad Bey: It's alright.
205. Clarence D Ayers: It's either you can put yourself in, or I can put you in there.
206. Muhammad Bey: Well, you can do it, I'm your liability.
207. Clarence D Ayers: Ok.
208. Muhammad Bey I don't consent to being detained [interrupted]
209. Clarence D Ayers: Look man, I'm not about to play with you ok?
210. Muhammad Bey: Alright, you can do it.
211. [Clarence D Ayers begins to pull and push Muhammad Bey]
212. Clarence D Ayers: Alright, this dude is about to, you.
213. [Kimberly A Abogunrin assists Clarence D Ayers to pull and push Muhammad Bey into the vehicle]
214. Muhammad Bey: I'm your liability; I don't consent to being detained, Im just letting you know it.
215. Kimberly Abogunrin: Get in the car sir.
216. Clarence D Ayers: Ok, whatever you say.
217. Kimberly Abogunrin: Get I the car sir.
218. Clarence D Ayers: Go ahead and get in the car.
219. Muhammad Bey: Put me in the car.
220. Kimberly Abogunrin: No.
221. Muhammad Bey: I'm not volunteering with this.
222. Kimberly Abogunrin: We're not playing with you.
223. Muhammad Bey: I'm not volunteering.
224. Clarence D Ayers: Sit back.
225. Kimberly Abogunrin: go ahead, go ahead and call the supervisor out here.
226. Clarence D Ayers: [Sound of radio signal] 30- 54 [inaudible]
227. Muhammad Bey: Please do, cus I think this is necessary now.
228. Kimberly Abogunrin: We will, good.
229. Muhammad Bey: You know [interrupted]
230. Kimberly Abogunrin: Are you high, sir?
231. Muhammad Bey: There exist no evidence.
232. Kimberly Abogunrin: Are you high, sir?
233. Muhammad Bey: there exist no such evidence.
234. Kimberly Abogunrin: That wasn't my question, my question is high.
235. Muhammad Bey: There exist no such evidence.
236. Kimberly Abogunrin: Is a yes or no question.
237. Muhammad Bey: There exist no such evidence.
238. Kimberly Abogunrin: You are such an idiot, you know why?
239. Muhammad Bey: Aw, stop insulting me.
240. Kimberly Abogunrin: because you think you know the law.
241. Muhammad Bey: Please don't insult me.
242. Kimberly Abogunrin: No I am going to insult you,
243. Muhammad Bey: [Inhale]
244. Kimberly Abogunrin because you are trying to insult me.
245. Muhammad Bey: [exhale]
246. Kimberly Abogunrin: Have a seat.
247. Muhammad Bey: I'm exercising a constitutionally secured right.
248. Kimberly Abogunrin: Have a seat. Have a seat. Have a seat sir.
249. Muhammad Bey: Well, please make me do it.
250. Kimberly Abogunrin: Have a seat sir.
251. Muhammad Bey: I'm not consenting to being detained unlawfully.
252. Kimberly Abogunrin: You don't have to consent to be detained,
253. Muhammad Bey: Ok, well please do your job then.

254. Kimberly Abogunrin: and it's not unlawfully.
255. Muhammad Bey: There exist no evidence it is lawful.
256. Kimberly Abogunrin: Oh! You are obstructing justice, that's what the evidence is.
257. Muhammad Bey: There exist no evidence.
258. Clarence D Ayers: And you are resisting.
259. Kimberly Abogunrin: And, and you are resisting at this point.
260. Muhammad Bey: Go ahead and enforce what you gota enforce.
261. Clarence D Ayers: So this little job that you think you got? You can, you can go ahead and kiss it goodbye.
262. Muhammad Bey: well, keep going, enforce what you have to enforce.
263. Kimberly Abogunrin: I surely do hope that you are an actual employee.
264. Muhammad Bey: Ohh.
265. Kimberly Abogunrin: cus an arrest would actually constitute, uuhhmm you are unhired.
266. Muhammad Bey: that's fine.
267. Kimberly Abogunrin: Good. Good.
268. Muhammad Bey: that's more money for me.
269. Kimberly Abogunrin: There's no more money for you
270. Muhammad Bey: it's all right.
271. Kimberly Abogunrin: No, it's not. Because you of all people, mister Im sure you're a black lives matter person right.
272. Muhammad Bey: Oh, I'm not black. I'm not black.
273. Kimberly Abogunrin: I don't associate with [pause]
274. Kimberly Abogunrin: Oh he's one of those.
275. Clarence D Ayers: One of those.
276. Muhammad Bey: One of those what?
277. Kimberly Abogunrin: Ya, one of those: I, I am exercising my constitution to say anything to you.
278. Muhammad Bey: Did you not swear an oath to that?
279. Kimberly Abogunrin: Oh, did you? Then shut up.
280. Muhammad Bey: I'm not obligated to. It's your job.
281. Clarence D Ayers: What's your job?
282. Muhammad Bey: Did you call the supervisor?
283. [Clarence D Ayers and Kimberly Abogunrin points there active full light emitting diode flashlights at Muhammad Bey's face]
284. Muhammad Bey: Stop putting the light in my face, it's a health hazard. Oh my goodness.
285. Muhammad Bey So you have no claim, alright. There is no evidence and you are going to file a police report without any evidence.[inhale]
286. Clarence D Ayers:{chuckle] I guess when you do that.
287. Muhammad Bey: Quite bad.
288. Clarence D Ayers: You're tryna like uhm,
289. Kimberly Abogunrin: Right, like Uh, no.
290. Clarence D Ayers: Like exclamation on your point?
291. Kimberly Abogunrin: or maybe he's just cleansing.
292. Muhammad Bey: What? What's that?
293. Muhammad Bey: Cleaning what? Cleansing what? What's being cleansed?
294. Muhammad Bey: Alright.
295. Clarence D Ayers: Such a shame. This is something, fi-, five minutes at the most, you coulda been on your way.
296. Muhammad Bey: So what is the reason I'm being detained again?
297. Clarence D Ayers: just explained to you.
298. Kimberly Abogunrin: We're not gonna keep explaining, we've already told you like five times.
299. Muhammad Bey: I'm still uncertain what it is.
300. Kimberly Abogunrin: Uh! I'm sure you are. And I bet you still don't know what your name is either right?.
301. Muhammad Bey: that's a presumption.
302. Muhammad Bey: Am I obligated to give you my personal information?
303. Kimberly Abogunrin: Are you obligated to be on this property, then you're obligated to give out that information
304. Muhammad Bey: there is no evidence of such.
305. Kimberly Abogunrin: because until you can identify yourself. We don't know if you're obligated to be on this property or not, now are we?
306. Muhammad Bey: There is no evidence [interrupted]
307. Kimberly Abogunrin: Do we know that? Do we know that?
308. Muhammad Bey: is there a suspension of a crime?
309. Clarence D Ayers: There is no evidence.
310. Kimberly Abogunrin: I know, I know, and there is no evidence that he works here either.
311. Muhammad Bey: Sure, that's a presumption.
312. Clarence D Ayers: There is no evidence that he's black either right?
313. Kimberly Abogunrin: I know.
314. Muhammad Bey: Ya, there's no evidence your uniform is black either.
315. Kimberly Abogunrin: It's not black actually.
316. Muhammad Bey: What is it?
317. Kimberly Abogunrin: There you go.
318. Muhammad Bey: What is it?
319. Clarence D Ayers: Things are not what they appear are they? So if this uniform doesn't appear to be black
320. Muhammad Bey: What is the cause of action?
321. Kimberly Abogunrin: Then you don't appear to be an employee.
322. Muhammad Bey: What is the cause of action?
323. Clarence D Ayers: What are you talking about? Do you even know what you are saying?
324. Muhammad Bey: What is the cause of action?
325. Clarence D Ayers: What's the, what's the highest level of education that you're completed?
326. Kimberly Abogunrin: he might actually need to have a psychological transport.
327. Clarence D Ayers: that's what I'm thinking.
328. Muhammad Bey: that's a presumption What's the cause of action?
329. Clarence D Ayers: That's a professional opinion.

330. Muhammad Bey: You have me in handcuffs, so what is the crime?
331. Clarence D Ayers: You already been instructed.
332. Muhammad Bey: it's just a simple question.
333. Clarence D Ayers: You, and I, you've already been advised of that.[ inhale and exhale]
334. Muhammad Bey: Of?
335. Kimberly Abogunrin: Ya.
336. Muhammad Bey: of what? Advised of what?
337. Clarence D Ayers: Obviously, you have bad memory, so, we, you've been, uh advised about three or four times now so.
338. Muhammad Bey: You've yet to state a claim.
339. Clarence D Ayers: I don't know, I'm not [interrupted]
340. Muhammad Bey: I don't see the crime that warrants me[interrupted]
341. Clarence D Ayers: I'm not an insurance adjuster, I don't have to, I don't have to state claims
342. Muhammad Bey: I don't see a crime that warrants me to be arrested or detained right now[interrupted]
343. Clarence D Ayers: Learn, learn the proper terminology and then maybe I'll answer your questions.
344. Muhammad Bey: Ok.
345. Clarence D Ayers: Ok.
346. Muhammad Bey: You're gonna put this in your police report, tat I'm enforcing a constitutionally secured right.
347. Clarence D Ayers: that you are speaking jibberish?
348. Kimberly Abogunrin: Wait, is he, is, is, if I'm not understanding, which I'm really not
349. Muhammad Bey: Where is the criminal? Where is the crime?
350. Kimberly Abogunrin: he's trying to allege that he is a Moor, and he practices Moorish Science, which is [interrupted]
351. Muhammad Bey: What is whoa [interrupted]
352. Kimberly Abogunrin: Which is what he is trying to allege.
353. Muhammad Bey: What is that? What's a Moor?
354. Kimberly Abogunrin: But, but but, he keeps talking about the constitution [interrupted]
355. Muhammad Bey: Those never came out of my mouth [interrupted]
356. Kimberly Abogunrin: All that other stuff, but we know Moors don't believe in the constitution.
357. Muhammad Bey: Those never came out of my mouth.
358. Kimberly Abogunrin: So ya. So ya, that's exactly [interrupted]
359. Muhammad Bey: What's a Moor?
360. Kimberly Abogunrin: Your hat.
361. Muhammad Bey: What's cleansing? What's a Moor?
362. Kimberly Abogunrin: Your hat says it all, so.
363. Muhammad Bey: A Hat?
364. Kimberly Abogunrin: hmm, hmmmmm.
365. Muhammad Bey: Oooh, so you, oh you're used to dealing with certain people.
366. Clarence D Ayers: We're used to dealing with you.
367. Kimberly Abogunrin: No, no, I, we're used to trying to trying to work with people but you know.
368. Muhammad Bey: But, what?
369. Kimberly Abogunrin: You obviously don't know how to do that.
370. Clarence D Ayers: You don't want that.
371. Clarence D Ayers: That's not what you want.
372. Kimberly Abogunrin: you could've been back at the job by now. All we needed to do was ID that you worked here.
373. Kimberly Abogunrin: But you didn't wanna do that.
374. Muhammad Bey: Where's the ID, there is no ID on me
375. Kimberly Abogunrin: Exactly.
376. Muhammad Bey: You searched me, did you not? Unlawfully searched me.
377. Kimberly Abogunrin: if you had have given your name all we would have to do was call inside and say hey, do you an employee [interrupted]
378. Muhammad Bey: After I've been detained.
379. Kimberly Abogunrin: By this name. Sir please.
380. Muhammad Bey: You detained me after the fact.
381. Kimberly Abogunrin: You weren't detained at first.
382. Muhammad Bey: of course I was,I asked him [interrupted]
383. Kimberly Abogunrin: he told you to put your hands on the hood, so that he can get a [interrupted]
384. Muhammad Bey: That was detainment[interrupted]
385. Kimberly Abogunrin: No it's not.
386. Muhammad Bey: I asked him if I was free to leave, you said no [interrupted]
387. Kimberly Abogunrin: That's not detainment. That's not detainment.
388. Muhammad Bey: Di you not?
389. Clarence D Ayers: What?
390. Muhammad Bey: Was I not detained?
391. Kimberly Abogunrin: You're not free to go back into that place if we can't identify that you work there.
392. Muhammad Bey: You're interrupting me [interrupted]
393. Kimberly Abogunrin: Now, if you wanna leave the property
394. Muhammad Bey can I speak to the gentleman or you [interrupted]
395. Kimberly Abogunrin: No you can not, because he's not talking at this time I am.
396. Muhammad Bey: Well, he was.
397. Kimberly Abogunrin: No.
398. Muhammad Bey: I like your emotional tactic [interrupted]
399. Kimberly Abogunrin: You asked him a question.
400. Muhammad Bey: it's pretty impressive.
401. Kimberly Abogunrin: Good. Thank you.
402. Muhammad Bey: But it's still [interrupted]
403. Kimberly Abogunrin: Glad you're impressed.
404. Muhammad Bey: it still doesn't quite have any standing.
405. Kimberly Abogunrin: Anyway it goes, anyway it goes sir.
406. Muhammad Bey: None of this has a standing.
407. Kimberly Abogunrin: Anyway it goes sir, you failed to give your identification.
408. Muhammad Bey: You fail to provide any evidence of this cause of action of me being detained.
409. Kimberly Abogunrin: You failed to provide your name, and your date of birth.

410. Muhammad Bey: You never asked me for a date of birth, or a name. [interrupted]
411. Kimberly Abogunrin: you failed to provide any proof that you work at this loc--, at this lo--, oh you're [inaudible]
412. Muhammad Bey: there exist no evidence that I've committed any crime to be detained.
413. Kimberly Abogunrin: You sir, you my friend, at this point, at this point, you are telling a story, a big one
414. Muhammad Bey: You sure?
415. Muhammad Bey: Ok.
416. Kimberly Abogunrin: hmm, hmmm. So either we asked you for your name or we didn't. Now you're saying we didn't.
417. Muhammad Bey: that's your presumption, and your claim
418. Kimberly Abogunrin: No it's not a presumption. It's what came out of your mouth.
419. Muhammad Bey: Are you willing to stand on that [interrupted]
420. Kimberly Abogunrin: Are you able to speak where it makes any sense?
421. Muhammad Bey: On a deposition?
422. Kimberly Abogunrin: And are you able to, what day is it today sir?
423. Muhammad Bey: Am I obligated to answer that question?
424. Kimberly Abogunrin: I don't know are you?
425. Muhammad Bey: is there any evidence that I'm obligated to answer any of your questions?
426. Kimberly Abogunrin: Are you sir? Do you know what your name is sir?
427. Muhammad Bey: Am I obligated to answer any of your questions?
428. Clarence D Ayers: Typically, people in their right sound mind and body uh, know their name.
429. Kimberly Abogunrin: hmm hmmm.
430. Clarence D Ayers: So maybe you need psychological transport.
431. Muhammad Bey: Hm, that's a very cute claim, but there exist no evidence [interrupted]
432. Kimberly Abogunrin: it's not a claim sir.
433. Clarence D Ayers: it's a fact.
434. Muhammad Bey: Is your supervisor coming?
435. Kimberly Abogunrin: Do you work here?
436. Clarence D Ayers: is your supervisor coming?
437. Muhammad Bey: Call him, how can I call him or come in contact with him if I'm being detained?
438. Clarence D Ayers: Cus you can give me their name, and I can have them, come out here.
439. Muhammad Bey: You are a law enforcer aren't you? Do you not have access to such a building?
440. Clarence D Ayers: Why would I have access to that building and I don't work there.
441. Kimberly Abogunrin: Clarence.
442. Muhammad Bey: You're a law enforcer.
443. Kimberly Abogunrin: No, sir, don't engage him no more, let it be.
444. Clarence D Ayers: Sad man.
445. Kimberly Abogunrin: Don't engage him no more. We're done.
446. Muhammad Bey: Thanks for the conversation [interrupted]
447. Kimberly Abogunrin: We're gonna go back, and we're going to take an image of you as well.
448. Muhammad Bey: Ah.
449. Kimberly Abogunrin: And we are going to process you.
450. Muhammad Bey: You're going to steal my biometric data.
451. Kimberly Abogunrin: uuuhh, your biometric data.
452. Muhammad Bey: You're going to find something in the system that will intrigue you when you find that.
453. Kimberly Abogunrin: We're gonna find something that says that you're not supposed to be here?
454. Muhammad Bey: That's what your presumption is?
455. Kimberly Abogunrin: No, that's not what my presumption is. I'm going off of what's coming out of your mouth.
456. Muhammad Bey: That's a fine presumption, if that's what you say, and willing to stand on it [interrupted]
457. Kimberly Abogunrin: Well, if you say it's a presumption, then it's a presumptions, if you're willing to say that you don't know what your name is.
458. Muhammad Bey: There exists no evidence I made such statement.
459. Kimberly Abogunrin: Do you know what your name is?
460. Muhammad Bey: Are you asking me or are you telling me that I don't know what my name is [interrupted]
461. Kimberly Abogunrin: I asked you that earlier, I asked you that.
462. Muhammad Bey: So now, you're asking me what my name is, [interrupted]
463. Kimberly Abogunrin: I asked you a question earlier.
464. Muhammad Bey: after I've been detained.
465. Kimberly Abogunrin: No.
466. Kimberly Abogunrin: I asked you a question before you were detained. I asked you what was your name.
467. Muhammad Bey: There exists o such evidence.
468. Kimberly Abogunrin: oh there doesn't?
469. Muhammad Bey: There isn't.
470. [pause]
471. *Kimberly Abogunrin: There is no such evidence.*
472. Muhammad Bey: Ah, there you go.
473. Kimberly Abogunrin: Oh, ok.
474. Muhammad Bey: [inaudible]
475. Kimberly Abogunrin: me too, thank you sir, you made my whole entire night.
476. [ Gerald E Smith arrives in a truck]
477. Clarence D Ayers: So, have this gentleman here, that they called about, uh we pull up, squatting on the ground [interrupted].
478. Muhammad Bey: On the phone, I was on the phone.
479. Clarence D Ayers: Make, I made contact with him, asked him a couple of questions, uh, what's your name, you know this that and the other, refusing to answer any questions uh starts talking this jibberish about uhh [interrupted]
480. Kimberly Abogunrin: Stating claim.
481. Clarence D Ayers: Stating claims constitutional rights, uh, he's not black, he doesn't know his name, he doesn't know if he works here. [interrupted]
482. Muhammad Bey: I didn't say that, I didn't say I didn't know my name.

483. Clarence D Ayers: he doesn't have any identification, refuse to give any, refuse to give any other information so he was taken into custody, try to put him into the veh--, uh into the car, he's uh falling down, uh refusing to get into the vehicle uh for fear of [inaudible] self or him, I called you out here so uh [interrupted]
484. Gerald E Smith: Ok.
485. Clarence D Ayers: here we are.
486. Gerald E Smith: Ok.
487. Muhammad Bey: Hm.
488. Gerald E Smith: How would you like me to identify you?
489. Muhammad Bey: Do I, you want me to, want me to tell you the statement besides what he said or you [interrupted]
490. Gerald E Smith: Well, I mean the basic, the information we need to know is, of course how would you, how would you like to be identified first.
491. [Clarence D Ayers] points his active full light emitting diode flashlight at Muhammad Bey's eyes]
492. Muhammad Bey: Can you please at lease not put that light on my face?
493. Clarence D Ayers: I'm trying to look at, I'm wondering if you're on something right now.
494. Muhammad Bey: that is too bright, you know those lights are specifically made to be too bright, so can you please turn it off? Thank you. Ohh.
495. Gerald E Smith: So let's start off with that, how would you like to be identified?
496. Muhammad Bey: Am I being detained?
497. Gerald E Smith: Yes, you are.
498. Muhammad Bey: for what reason?
499. Gerald E Smith:: Well, for a uh, this was a switch and subject call.
500. Muhammad Bey: Switch and subject?
501. Gerald E Smith: Suspicious subject.
502. Muhammad Bey: Oh suspicious?
503. Gerald E Smith: Yes.
504. Muhammad Bey: Oh ok.
505. Gerald E Smith: So the officers. [interrupted]
506. Muhammad Bey: So is there a witness?
507. Gerald E Smith: Ya, that's the reason why I'm called.
508. Muhammad Bey: Oh ok.
509. Gerald E Smith: The officer found you because someone called and described you in the area, and the fundamental things we, we do in situations like this that we ask for.
510. Muhammad Bey: that's fine.
511. Gerald E Smith: Name, identification, but you are choosing not to identified, of course that's called obstructing, but [interrupted]
512. Muhammad Bey: That's his claim, let me explain what it is, [interrupted]
513. Gerald E Smith: Ok, that's fine.
514. Muhammad Bey: you were not here to witness it.
515. Gerald E Smith: Ok.
516. Muhammad Bey: he asked me if I had an identification, I don't, at that point he said put your hands on the hood, this lady came in, I asked if I was being detained, he said no, I asked if I was free to leave? He said are you supposed to be here I said ya, do you work here? Well obviously I do. {Muhammad Bey, points at the green work scrubs he has on]. I was on the phone, and [interrupted]
517. Gerald E Smith: Sure.
518. Muhammad Bey: Well, he called you, put a handcuff on me, detained me without any cause of action.
519. Gerald E Smith: Well that was the cause of action, if you're saying, if you're not refusing to identify who you are, how are we suppose to, if, if what you Is true, we have to, corroborate that with the people that called.
520. Muhammad Bey: is that a crime? In order for me to identify myself[interrupted]
521. Clarence D Ayers: *YES, it is a crime.*
522. Muhammad Bey: In order for me to identify myself.
523. Gerald E Smith: Yes, yes, if you're, if you're being detained [interrupted]
524. Muhammad Bey: Has a crime been identified first?
525. Gerald E Smith:: Yes it is, it's called obstruction of identification.
526. Muhammad Bey: No. no. no. before the obstruction, for me to identify myself, there has to be a crime.
527. Gerald E Smith: No it doesn't
528. Clarence D Ayers: No, it has simply, has to be an investigation.
529. Muhammad Bey: Well I'm, I invoke my secured rights [interrupted]
530. Clarence D Ayers: reasonable ground, reasonable suspicion, probable cause.
531. Muhammad Bey: I have to be secured in my persons. I have a substantive right [interrupted]
532. Clarence D Ayers: has been stated.
533. Muhammad Bey: I'm invoking the Constitutional right [interrupted].
534. Clarence D Ayers: Right.
535. Muhammad Bey: To be secured in my persons.
536. Clarence D Ayers: if, if that's your, if that's your claim, you are placed into custody, you are under arrest *for obstruction of identification.*
537. Muhammad Bey: oh, so you are arresting me
538. Clarence D Ayers: As you've been state, it's been stated before, so once again when I tried to put you in the car the first time and you refused to do so.
539. Muhammad Bey: Right because I'm, I'm not consenting, it's all voluntary [interrupted]

540. Clarence D Ayers: No, you don't get to make, you don't get to make up when you are under arrest or not [interrupted]
541. Muhammad Bey: That's fine you go ahead and do it then, that's your liability. [interrupted]
542. Gerald E Smith: So, let me ask, let me ask you this, can I ask you a question.
543. Muhammad Bey: it's your choice, that's a choice [interrupted]
544. Gerald E Smith: Let me ask you a question, the reason why you are upon this property, uhh, do you actually have employment here?
545. Muhammad Bey: Oh, please go find out, I choose at this point not to answer any questions because it's always been misconstrued.
546. Gerald E Smith: What, I mean, it's very, it's very, it's very [inaudible] [interrupted] If you're on break [inaudible]
547. Kimberly Abogunrin: It's simple, it is.
548. Muhammad Bey: This gentleman, and this lady already asked me that same question, and as he explained to you [interrupted]
549. Kimberly Abogunrin: hmm, hmmm. Which he refuses to answer, and which.
550. Muhammad Bey: See what I'm saying?
551. Kimberly Abogunrin: For clarification sake, while we listen to his side of the story [interrupted]
552. Muhammad Bey: just let me speak to him, I've already spoken to you.
553. Kimberly Abogunrin: Hold on, I'm talking to him. Which for clarification sakes, he asked him for work, he asked him for work ID.
554. Muhammad Bey: I don't have any.
555. Kimberly Abogunrin: he asked him. Hold on he [interrupted]
556. Gerald E Smith: Ok.
557. Kimberly Abogunrin: He asked him for an ID.
558. Muhammad Bey: *They searched me. There is none* [interrupted]
559. Kimberly Abogunrin: I asked him for his name, which he still refused to give.
560. Muhammad Bey: I'm not obligated to.
561. Kimberly Abogunrin: He, he, he has, he has been out here sp [inaudible], lot of other stuff, instead of giving required information at which point, we advised him that he was going to be taken into custody for obtruxiton of justi [interrupted]
562. Gerald E Smith: Identification
563. Kimberly Abogunrin obstruction of identification, so he was advice.
564. Gerald E Smith: Ok.
565. Kimberly Abogunrin: and he was advised more than once.
566. Gerald E Smith: Ok.
567. Muhammad Bey: Would you continue what you had to do? And know I do not consent to [interrupted]
568. Gerald E Smith: Ok, well ok that's fine,
569. Muhammad Bey: Ok well then, continue what you're doing [interrupted]
570. Kimberly Abogunrin: Alright.
571. Gerald E Smith: so just, you don't, you don't work here.
572. Muhammad Bey: Find out yourself [interrupted]
573. Kimberly Abogunrin: No. we, we're.
574. Muhammad Bey: I'm not incriminating myself.
575. Gerald E Smith: How're we supposed to find out, we can't [interrupted]
576. Muhammad Bey: I reserve the right to not incriminate myself.
577. Gerald E Smith: That's not incriminating
578. Kimberly Abogunrin: He, he, he really does not know the law obviously.
579. Gerald E Smith: You're not incriminating yourself if you work here then it's a valid reason for you to be on the property.
580. Muhammad Bey: I've already given you that answer, so many [inaudible]
581. Gerald E Smith: But I,can you just answer the question for me, so we'll, so we'll know, so we can validate why you're here.
582. Gerald E Smith: Mister Smith, are you trying to act as a witness to this?
583. Gerald E Smith: I'm acting as a witness to anything.
584. Muhammad Bey: You're interrogating me because you suspect a crime right?
585. Gerald E Smith: I don't suspect any crime.
586. Muhammad Bey: Oh so this is not an interrogation?
587. Kimberly Abogunrin: Get in the car sir. Get in the car.
588. Muhammad Bey: I'm not being interrogated?
589. Gerald E Smith: Ok, well.
590. Kimberly Abogunrin: We're getting ready to [inaudible]
591. Gerald E Smith: Well, If you don't wanna answer the question.
592. Muhammad Bey: Please put me in there then. I don't want volunteer for this.
593. Gerald E Smith: It's ok.
594. Kimberly Abogunrin: No, we're not gonna put you in the car. You're gonna get in the car.
595. Gerald E Smith: Please get in. Lastly.
596. Muhammad Bey: I don't volunteer to be detained.
597. [Kimberly Abogunrin, pushes Muhammad Bey next to opened vehicle door.]
598. Kimberly Abogunrin: It's not a voluntary thing. Get in the car.
599. Muhammad Bey: It's, you're telling me to walk voluntarily [interrupted]
600. Kimberly Abogunrin: Get in the car.

601. Muhammad Bey: you're telling me, you're asking me to.
602. Kimberly Abogunrin: Get in, the car sir.
603. Muhammad Bey: Just put me in, if you wanna go process it.
604. Gerald E Smith: No we don't want to physically put you in, we're asking you to get in.
605. Muhammad Bey: Well, Im not volunteering to be detained.
606. Kimberly Abogunrin: You know what
607. Gerald E Smith: Well you're not volunteering because you're in handcuffs so [interrupted]
608. Muhammad Bey: I have legs to walk myself, then that's voluntary.
609. Gerald E Smith: Alright, put him in the car.
610. [Clarence D Ayers and Kimberly Abogunrin physically lifted Muhammad Bey's upper body and pushed Muhammad Bey into the right passenger seat of the vehicle using force]
611. Muhammad Bey: Thank you. Thank you, this could've done long ago.
612. Clarence D Ayers: Go ahead and get in the car. [Clarence D Ayers pulls, folds and pushes Muhammad Bey's legs into the car.
613. Muhammad Bey: I'm not resisting, you just go ahead and do it.
614. Gerald E Smith:: But just put your legs in. Kimberly Abogunrin: Put your legs in.
615. Muhammad Bey: That's voluntary.
616. Kimberly Abogunrin: Put your legs in.
617. Gerald E Smith: But why are you making this difficult, why do you have to [inaudible]
618. Muhammad Bey: I'm not volunteering to, waive my substantive right. You're detaining me. I'm not volunteering to that.
619. Gerald E Smith: We understand you're verbally obstructing to, what we're trying to have you do, and that's fine.
620. Muhammad Bey: That's, ok, make your claim.
621. *Gerald E Smith: You have claims, so do we.*
622. Muhammad Bey: Ok.
623. Gerald E Smith: Can you put your legs in the car?
624. Muhammad Bey: I'm not volunteering.
625. Kimberly Abogunrin: If he wants his legs to be lifted up and place in that car, then we'll lift his legs up and place him in the car.
626. Gerald E Smith: Ok.
627. Muhammad Bey: I don't want you to do that. I don't consent to being detained.
628. Kimberly Abogunrin: No you don't have a choice, you told us to put you in the car.
629. Gerald E Smith: You don't have a choice, we asked you to nicely.
630. Muhammad Bey: I don't consent to this, that's my claim.
631. [Gerald E Smith joined in continued use of force in support of Kimberly Abogunrin and Clarence D Ayers to place affiant in the rear right passenger side of the vehicle]
632. Gerald E Smith: Why you gotta be so difficult about this. Put your legs in please.
633. [About eight minutes of travel to the geographical location Latitude:41.597560 Longitude:-87.607670, postal address 16330 South Park Ave, South Holland, IL 60473]

# Exhibit 39

**Unprivileged Biometric Data captured and shared by Clarence D Ayers**

# Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copy of the unprivileged biometric data-mugshot and fingerprints- of Muhammad Bey preserved in Village of South Holland regularly conducted business activity as "MUHAMMAD LAWAL" obtained and shared by Clarence D Ayers on August 3, 2020.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public

Ciara Hurst

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024


F.O.I.A.

| Document Control Number | Ref DCN |
|---|---|
| 019981684 | |

LS10195019981684

| Subjects Last Name | First Name | Middle Name/Suffix |
|---|---|---|
| LAWAL | MUHAMMAD | |

| Arrestee Armed With Code Table | |
|---|---|
| Unarmed | 1 |
| Unknown Weapon | 11 |
| Handgun | 12 |
| Rifle | 13 |
| Shotgun | 14 |
| Other Firearm | 15 |
| Lethal Cutting | 16 |
| Club/Knuckles | 17 |
| | |

PLEASE RETAIN THIS COPY FOR YOUR FILES

| Arrest Type Description | Code |
|---|---|
| On View Arrest | V |
| Summoned/Cited (Not taken into custody) | S |
| Original Arrest Warrant | A |
| Bond Forfeiture Warrant | B |
| Probation Violation Warrant | P |
| Parole Violation/Mandatory Release Violation Warrant | M |
| Out of State Warrant | O |

20MC6003200

Fingerprint Images




Copy #1 Arresting Agency Copy

ISP 6-402 (3/04)

# CABS Mugshot Report

**DATE:** 08/03/2020

**Arresting Agency:** SOUTH HOLLAND

**Case Number:** S20-14587

**Offender Name:** LAWAL, MUHAMMAD

**IR#**

**TCN:** LS10195019981684

**SID#**

**FBI#**





**FRONT VIEW** **PROFILE VIEW** **SCARS, MARKS, TATTOOS**

**OFFENDER DATA:**

[redacted]

**HAIR STYLE:** [redacted]

**SCAR MARKS:**

**ARREST DATA:**

**ARRESTING AGENCY:** SOUTH HOLLAND

**DATE OF ARREST:** 08/03/2020

**PROCESSING FACILITY:**

**ARRESTING AGENCY ORI:** IL0167A00

**Arrest Charges**

| No. Statute | Description | Class | Inchoate code | Warrant No. | Type | County |
|---|---|---|---|---|---|---|
| 1, 720 ILCS 5.0/31-4.5-A, | OBSTRUCTING IDENTIFICATION, | A, | O, | , | , | |
| 2, 720 ILCS 5.0/31-1-A, | RESIST/PC OFF/CORR EMP/FRFTR, | A, | C, | , | , | |

20MC6003200

DOROTHY BROWN
CLERK

CLERK OF THE CIRCUIT COURT
SIXTH-DISTRICT

20 AUG -3 AM 8:55

FILED-6

# Exhibit 40

**Loss**

Type: OFFICIAL RECORDS
Recorded: 2/7/2022 10:01:41 AM
Fee Amt: $40.00 Page 1 of 3
McLean County, IL
Kathy Michael County Clerk\Recording Div.
File# 2022-00002326

(Top half for Recorder's use only)

Document Type: Express Trust minutes (file 2020-00013628)

If not elsewhere on the document, please fill in the following:

Return To:

[redacted]

See Self-addressed return envelope.

Prepared By:

[redacted]a – Trust Protector

[redacted]ankes – Foreign Trustee

3

**Muhammad Bey Express Trust Minute 1-0005**

**Date:** *July 30, 2020* **Time Started:** 3:40 A.M.

1. Whereas, with the consent of Muhammad Bey, grantor, Board of Trustees, and beneficiaries concluded that certain matters entertained via trust teleconference call on July 1, 2020 shall be completed by Muhammad Bey-hereafter known as "designated party' as follows:

    i. **Duties:** Edit, outsource feedback, formatting, optimization, establishment and management of publishing medium.
    ii. **Maximum word count:** 50,000 words.
    iii. **Means of publication:** Limited to self publishing or small press publishing.
    iv. **Other means of publishing:** Electronic mediums **only** as concluded via trust teleconference on July 1, 2020 and subsequent trust teleconference calls.
    v. **Time frame:** One hundred and twenty days (120 days) from July 1, 2020.
    vi. **Payment/Compensation for full completion of matters:** $3,000-- international exchange rate may differ in future from date of minute.
    vii. **Agreed means of payment and/or Payment institution:** Postal Money Order **OR** Direct Deposit to [redacted] , **OR** [redacted], payable to Muhammad Bey.
    viii. **Other conditions:** As stipulated in trust teleconference on July 1, 2020 and to remain confidential, only to be preserved by minute as prescribed by Trust protector upon consent of beneficiaries.
    ix. ***Sanctions:*** *For cause unanimously accepted and agreed upon, any failure to complete* designated duties herein shall constitute designated party's payment to this trust in the amount of $1,500.

2. Permanent conditions therein Minute 1-0001.1 section (3a) is fully enforceable and applicable by all means, not excluding other stipulations therein said minute.

3. *All conference calls with reference by trust minute, audio record and transcripts by call* dates shall be respectively preserved. Transcripts of trust teleconference calls are to be preserved in to remain possession of trust protector only, and disclosed at his or her discretion in any manner deemed appropriate.

4. Further trust teleconference calls shall be made regarding these matters only as necessary, and in a manner and time convenient for all parties- in consideration of difference in international time zones.

**Concluded:** 4:42 AM.

[redacted]ettlor

[redacted]Trust Protector

[redacted]Foreign trustee

uwithoutrecourse.
Muhammad Bey, Authorized Person/ Designated Party

State of Illinois )
)ss.
County of Saint Clair )
I have hereunto set my hand and seal of office On this 30th Day of July 2020

Notary Public ______ Seal:

OFFICIAL SEAL
JOSHUA BOYD
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 10, 01, 2023

**Trust Seal:**

MUHAMMAD BEY EXPRESS TRUST
OFFICIAL SEAL

Type: OFFICIAL RECORDS
Recorded: 3/15/2022 12:12:50 PM
Fee Amt: $40.00 Page 1 of 3
McLean County, IL
Kathy Michael County Clerk\Recording Div.

File# 2022-00004880

(Top half for Recorder's use only)

---

Document Type: Express Trust Minute (File 2020-00013628)

If not elsewhere on the document, please fill in the following:

Return To:

[redacted]

See self addressed envelope.

Prepared By:

[redacted] as trust protector
[redacted]a - Foreign Trustee.

**Muhammad Bey Express Trust Minute 1-0006**

**Date:** February 2, 2021

**Time Started:** 4:40 A.M.

*Whereas via trust teleconference call on February 1, 2021, the grantor, Trust Protector and Board of* Trustees are expressly notified of designated party's failure to complete duties as specified in Minute 1-0005.

Therefore matters prescribed therein Minute 1-0005 remains uncompleted as required.

Per said Minute 1-0005, compensation or payment amount to Muhammad Bey must not be tendered; designated duties are incomplete within stipulated time frame.

Potential sanction per Section (1)(xi) of Minute 1-0005 against the designated party Muhammad Bey are adjourned for transcribed and recorded reasons witnessed by trust members during trust teleconference call from August 3,2020 around 4:00AM.

Actions to take regarding witnessed matters on August 3, 2020 is to be held off record until deemed necessary to be disclosed by virtue of trust minute or other recorded and transcribed trust teleconference-held and disclosed by trust protector at his or her discretion.

**Concluded:** 4:55 A.M

[redacted] Settlor

[redacted] - Trust Protector

[redacted] Foreign trustee

Muhammad Bey, Authorized Person/ Designated Party

State of Illinois )
)ss.
County of Saint Clair )
I have hereunto set my hand and seal of office On this 2nd day of February 2021

Notary Public

Seal: OFFICIAL SEAL
JOSHUA BOYD
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 10, 01, 2023

**Trust Seal:**

# Exhibit 41

## Loss

# Certificate of true and Correct Copy

It is hereby certified that the foregoing Statement are true and correct copy of the yearly summary amount from January 2020- August 2020 and the tabularloss is in accordance with the same.

State of Illinois )
ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022

Notary Public Ciara Hurst

Seal: OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

| | | | |
|---|---|---|---|
| a Employee's social security number [redacted] | | | |
| c Employer's name, address, and ZIP code<br>SOUTH HOLLAND MANOR HRC LLC<br>2145 EAST 170TH ST.<br>SOUTH HOLLAND, IL 60473 | | 1 Wages,tips,other compensation 9535.55 | 2 Federal income tax |
| | | 3 Social security wages 9535.55 | 4 Social security tax |
| | | 5 Medicare wages and tips 9535.55 | 6 Medicare tax withheld |
| b Employer's identification number<br>83-120[redacted] | d Control Number<br>1065[redacted] | 7 Social security tips | 8 Allocated tips |
| e Employee's name and address<br>MUHAMMAD [redacted]<br>14212 COTTAGE GROVE STE. #915<br>DOLTON, IL 60419 | | 9 | 10 Dependent care benefits |
| | | 11 Nonqualified plans | 12 See instrs. for box 12 |
| | | 13 Stat emp. Ret. Plan 3 Party Sick | |
| | | 14 Other | |

| 15 State & Employer's state ID | 16 State wages,tips,etc | 17 State income tax | 18 Local wages,tips,etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| IL \| 8312[redacted] | 9535.55 | | | | |

W2 Wage and Tax Statement 2020
Federal Filing Copy
Copy B to be filed with Employee's Federal Income Tax Return. OMB No. 1545-0008

# Loss from August 2020 to April 2022

| | |
|---|---|
| 9,535.55 | (12 months) – August 2020 to August 2021. |
| 6,357.00 | (8 months) – September 2021 to April 2022. |
| 15,892.55 | (20 months) – **Total** as of April 2022. |

Accrual of amount based on time period till conclusion of litigation is yet to be known (Average of 794 per month).

By: [signature]
All Rights Reserved per Ninth Amendment
Muhammad Bey, [redacted]
c/o [14212 Cottage Grove Ave, ste 915]
[Illinois] state Republic
Near; [60419]

# Exhibit 43

## Lost Time (Malicious Prosecution)

**Certificate of True Copy and Acknowledgment**

It is hereby certified that the foregoing Microsoft Word document details are true representation of the time spent in preparing documents regarding case number 20600320001 adjudicated at the Cook County Sixth District Municipal Court.

Total accumulated time being 379 hours

Presented and tendered this 9th day of May 2022.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this 9th day of May 2022. Notary Public Seal:

Ciara Hurst

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

11 pt

***1870 ILLINOIS CONSTITUTION ARTICLE II. DECLARATION OF RIGHTS, SECTION 15 The military shall be in strict subordination to the civil power.*** Notice of Special Restricted Appearance: Muhammad Bey Beneficial Owner 1st Lien Holder for MUHAMMAD LAWAL©®™

PEOPLE OF STATE OF ILLINOIS ) Case No. 20600320001
)
)
) Mandatory Judicial Notice and
) Notice of Acceptance
)
Vs. )
)
Muhammad Bey, beneficial owner, and first lien holder for )
MUHAMMAD LAWAL© )
)

Properties of "Jdcl ntcs( teir oath+crdntl, dba+cpyrght, cnstiutn), Mtn to dismiss+to be heard"

General | Description | Custom Properties | Security | Font | Statistics

Jdcl ntcs( teir oath+crdntl, dba+cpyrght, cnstiutn), Mtn — Change Password

Type: MS Word document
Location: F:\1-AWON~1\ATWORK~1\Owo\SH\MNCPAL~1\ONRECO~1\1-MTNT~1\SNTIN-~1
Size: 7.58 MB (7,949,841 Bytes)
Created: 08/14/2020, 01:11:00, Dudu
Modified: 08/18/2020, 09:24:00, Dudu
Template: Normal.dotm
Digitally signed: — Digital Signatures...
Last printed: 08/18/2020, 09:13:00
Total editing time: 05:46:00
Revision number: 8

☑ Apply user data
☑ Save preview image with this document — Reset Properties

11 pt

PEOPLE OF STATE OF ILLINOIS ) Case No. 20600320001
)
)
) Mandatory Judicial Notice and
) Notice of Acceptance
)
Vs.

Muham
MUHAM

Take s
Manda
be Hear
to be
issued
to this
under
issue a
and de

Properties of "praecipe to clerk"

General | Description | Custom Properties | Security | Font | Statistics

praecipe to clerk.docx — Change Password

Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\1-mtn to dsms, oaths+
Size: 15 KB (15,270 Bytes)
Created: 08/20/2020, 06:48:00, Dudu
Modified: 08/20/2020, 07:02:00, Dudu
Template: Normal.dotm
Digitally signed: — Digital Signatures...
Last printed: 08/20/2020, 07:01:00
Total editing time: 00:14:00
Revision number: 2

☑ Apply user data
☑ Save preview image with this document — Reset Properties



Kwame Raoul, Illinois Attorney General
Springfield Main Office
500 South Second Street
Springfield, IL 62701
(217) 782-1090

Sent via certified Mail: 70192280000002953835

Properties of "To Attorney General (Jphn Henderson+ Clarence Ayers"

General | Description | Custom Properties | Security | Font | Statistics

To Attorney General (Jphn Henderson+ Clarence Ayers.docx — Change Password

Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\2-10-13-20-Cons Chlnge\to atrny gı
Size: 31 KB (32,004 Bytes)
Created: 10/12/2020, 22:11:00, HP
Modified: 10/12/2020, 22:15:00, HP
Template: Normal
Digitally signed: — Digital Signatures...
Last printed: 10/12/2020, 22:12:00
Total editing time: 00:04:00
Revision number: 3
☑ Apply user data
☑ Save preview image with this document — Reset Properties



PEOPLE OF STATE OF ILLINOIS
Vs.
Muhammad Bey, real party of interest for
MUHAMMAD LAWAL©

) Case No. 20600320001
)
)
) Writ of Error and Notice of
) Objection to Pro Se
) Admonishment

Properties of "rbtl to 2nd pro se admnshmnt, rbtl to dfdnt status, ROE"

General | Description | Custom Properties | Security | Font | Statistics

rbtl to 2nd pro se admnshmnt, rbtl to dfdnt status, ROE. — Change Password

Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\3- 11-4-20- 2nd WOE to pro se
Size: 6.42 MB (6,732,269 Bytes)
Created: 11/02/2020, 08:57:00, HP
Modified: 11/03/2020, 22:32:00, HP
Template: Normal
Digitally signed: — Digital Signatures...
Last printed: 11/03/2020, 22:30:00
Total editing time: 00:51:00
Revision number: 5
☑ Apply user data
☑ Save preview image with this document — Reset Properties

11 pt B I U S x² x₂

**Re: Case Number:**
20600320001
**Registered Mail:** RF162486231US

**Attention:**
Executive Director: Kathy D. Twine.

Properties of "1"

General | Description | Custom Properties | Security | Font | Statistics

1.docx

Change Password

Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\4-11-18-20-Judicial Mi
Size: 257 KB (263,285 Bytes)
Created: 10/21/2020, 23:07:00, HP
Modified: 11/13/2020, 18:09:00, HP
Template: Normal
Digitally signed:
Last printed: 11/13/2020, 18:01:00
Total editing time: 137:50:00
Revision number: 10

Digital Signatures...

☑ Apply user data
☑ Save preview image with this document

Reset Properties

Th
Tl
T
Tl
19
po
Co

11 pt B I U S x² x₂

***1870 ILLINOIS CONSTITUTION ARTICLE II. DECLARATION OF RIGHTS. SECTION 15 The military shall be in strict subordination to the civil power.*** Notice of Special Restricted Appearance: Muhammad Bey Beneficial Owner 1st Lien Holder of LAWAL MUHAMMAD corp. sole dba MUHAMMAD LAWAL©

**In The Cook County Sixth Municipal District Courthouse, Markham Illinois**

| | | |
|---|---|---|
| PEOPLE OF STATE OF ILLINOIS<br>Vs.<br>Muhammad Bey, real party of interest for<br>MUHAMMAD LAWAL© | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20600320001<br><br><br>Notice of Constitutional<br>Challenge To Obstructing<br>Identification and<br>Resisting a Peace Officer |

**Notice of Constitutional Challenge To Obstructing identification Public Act 96-335 Section 31...**

Properties of "cnstitutional chlnge"

General | Description | Custom Properties | Security | Font | Statistics

cnstitutional chlnge.docx

Change Password

Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\2-10-13-20-Cons Chlnc
Size: 68.47 MB (71,793,618 Bytes)
Created: 10/12/2020, 22:48:00, CK
Modified: 10/13/2020, 08:47:00, HP
Template: Normal
Digitally signed:
Last printed: 10/13/2020, 01:10:00
Total editing time: 00:44:00
Revision number: 7

Digital Signatures...

☑ Apply user data
☑ Save preview image with this document

Reset Properties

Take
Rules
make
1
2

AND
Dece
AND
and
AND


Default
Material Fact #6: Illinois Supreme Court Rules 61 through 68- Illinois Code of Judicial Conduct:
Properties of "matreial face 6"
General Description Custom Properties Security Font Statistics
matreial face 6.docx
Change Password
Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\4-11-18-20-Judicial Mi
Size: 2.05 MB (2,147,445 Bytes)
Created: 11/09/2020, 02:20:00, HP
Modified: 11/09/2020, 08:12:00, HP
Template: Normal
Digitally signed:
Digital Signatures...
Last printed:
Total editing time: 01:54:00
Revision number: 1
Apply user data
Save preview image with this document
Reset Properties
Help
Reset
OK
Cancel
Rule 62
(2) A judge should maintain order and decorum in proceedings before the judge


11 pt
PEOPLE OF STATE OF ILLINOIS
V.
Muhammad Bey, real party of interest for
MUHAMMAD LAWAL©
Case No. 20600320001
Motion to Dismiss
Motion to Dismiss
Properties of "jdcl ntc of Pltcl n Lgsltv Qstn + 2nd Mtn to dmsm"
General Description Custom Properties Security Font Statistics
jdcl ntc of Pltcl n Lgsltv Qstn + 2nd Mtn to dmsm.docx
Change Password
Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\5-11-25-20-jdcl ntc of Pltcl n L
Size: 23 KB (23,265 Bytes)
Created: 11/13/2020, 20:25:00, HP
Modified: 11/20/2020, 19:20:00, HP
Template: Normal
Digitally signed:
Digital Signatures...
Last printed: 11/20/2020, 19:20:00
Total editing time: 45:10:00
Revision number: 11
Apply user data
Save preview image with this document
Reset Properties


PEOPLE OF STATE OF ILLINOIS
V.
Muhammad Bey, real party of interest for
MUHAMMAD LAWAL©
Case No. 20600320001
Writ of Error
Properties of "Draft-WOE+mtn to dsms"
General
Description
Custom Properties
Security
Font
Statistics
Draft-WOE+mtn to dsms.docx
Change Password
Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\6-1-29-21-WOE rgrdn
Size: 13 KB (13,615 Bytes)
Created: 12/28/2020, 17:04:00, HP
Modified: 01/05/2021, 19:01:00, HP
Template: Normal
Digitally signed:
Digital Signatures...
Last printed: 12/30/2020, 04:30:00
Total editing time: 33:14:00
Revision number: 3
Apply user data
Save preview image with this document
Reset Properties
wholly
ng within
Motion to
case and
matter
Help
Reset
OK
Cancel


PEOPLE OF STATE OF ILLINOIS
V.
Muhammad Bey, real party of interest for
MUHAMMAD LAWAL©
Case No. 20600320001
Writ of Error
Properties of "WOE of illi atnry gnrl not crtfyng cnstitutionlty + jdcl ntc+ Trnsly v pagliaro."
General
Description
Custom Properties
Security
Font
Statistics
WOE of illi atnry gnrl not crtfyng cnstitutionlty + jdcl
Change Password
Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\6-1-29-21-WOE rgrdn CC+ n
Size: 2.67 MB (2,804,015 Bytes)
Created: 01/07/2021, 21:11:00, HP
Modified: 01/27/2021, 11:55:00, HP
Template: Normal
Digitally signed:
Digital Signatures...
Last printed: 01/27/2021, 11:46:00
Total editing time: 26:51:00
Revision number: 12
Apply user data
Save preview image with this document
Reset Properties

11 pt B I U S x² x₂

***1870 ILLINOIS CONSTITUTION ARTICLE II. DECLARATION OF RIGHTS. SECTION 15 The military shall be in strict subordination to the civil power.*** Notice of Special Restricted Appearance: Muhammad Bey Beneficial Owner 1st Lien Holder of LAWAL MUHAMMAD corp. sole dba MUHAMMAD LAWAL©

**In The Cook County Sixth Municipal District Courthouse, Markham Illinois**

PEOPLE OF STATE OF ILLINOIS ) Case No. 20600320001
Vs. )
Muhammad Bey, real party of interest for )
MUHAMMAD LAWAL© ) **Affidavit to Compel Thomas**

Properties of "afdvt to compel-RE774959465US"

General | Description | Custom Properties | Security | Font | Statistics

afdvt to compel-RE774959465US.docx — Change Password

Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\7-5-5-21(mield vrsn 3-:
Size: 26 KB (26,619 Bytes)
Created: 02/14/2021, 20:00:00, HP
Modified: 02/27/2021, 05:02:00, Axiom
Template: Normal
Digitally signed: — Digital Signatures...
Last printed:
Total editing time: 34:02:00
Revision number: 9
✓ Apply user data
✓ Save preview image with this document — Reset Properties

11 pt B I U S x² x₂

***1870 ILLINOIS CONSTITUTION ARTICLE II. DECLARATION OF RIGHTS. SECTION 15 The military shall be in strict subordination to the civil power.*** Notice of Special Restricted Appearance: Muhammad Bey Beneficial Owner 1st Lien Holder of LAWAL MUHAMMAD corp. sole dba MUHAMMAD LAWAL©

**In The Cook County Sixth Municipal District Courthouse, Markham Illinois**

PEOPLE OF STATE OF ILLINOIS ) Case No. 20600320001
Vs. )
Muhammad Bey, real party of interest for )
MUHAMMAD LAWAL© ) **Material Fact #16**

Properties of "afdvt to compel- filed(rflctd snt to actn jdge)"

General | Description | Custom Properties | Security | Font | Statistics

afdvt to compel- filed(rflctd snt to actn jdge).docx — Change Password

Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\7-5-5-21(mield vrsn 3-2-2
Size: 4.68 MB (4,906,627 Bytes)
Created: 02/27/2021, 06:12:00, HP
Modified: 04/29/2021, 19:08:14
Template: Normal
Digitally signed: — Digital Signatures...
Last printed: 04/29/2021, 19:08:19
Total editing time: 38:47:00
Revision number: 21
✓ Apply user data
✓ Save preview image with this document — Reset Properties


Properties of "RR009949367US"
General
Description
Custom Properties
Security
Font
Statistics
RR009949367US.docx
Change Password
Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\Private Contract with n
Size: 71 KB (72,856 Bytes)
Created: 09/15/2020, 22:46:00, Dudu
Modified: 09/23/2020, 20:43:00, HP
Template: Normal
Digitally signed:
Digital Signatures...
Last printed: 09/15/2020, 22:48:00
Total editing time: 00:29:00
Revision number: 6
Apply user data
Save preview image with this document
Reset Properties
Help
Reset
OK
Cancel
Room 204 16501 Kedzie Avenue, Markham Illinois-Judge's Chamber.
Judex ante occulos aequitatem semper habere debet
Re: Case/Account Number 20600320001


Properties of "RR009949384US"
General
Description
Custom Properties
Security
Font
Statistics
RR009949384US.docx
Change Password
Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\Private Contract with n
Size: 70 KB (71,751 Bytes)
Created: 09/23/2020, 20:42:00, Dudu
Modified: 09/23/2020, 23:03:00, HP
Template: Normal
Digitally signed:
Digital Signatures...
Last printed: 09/23/2020, 22:47:00
Total editing time: 02:20:00
Revision number: 3
Apply user data
Save preview image with this document
Reset Properties
Help
Reset
OK
Cancel
Room 204 16501 Kedzie Avenue, Markham Illinois-Judge's Chamber.
Judex ante occulos aequitatem semper habere debet
Re: Case/Account Number 20600320001


20 pt
Properties of "rr009949353us"
General
Description
Custom Properties
Security
Font
Statistics
rr009949353us.docx
Change Password
Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\Private Contract with n
Size: 70 KB (71,420 Bytes)
Created: 09/09/2020, 19:28:00, Dudu
Modified: 09/10/2020, 18:33:00, Dudu
Template: Normal.dotm
Digitally signed:
Digital Signatures...
Last printed: 09/10/2020, 18:11:00
Total editing time: 16:01:00
Revision number: 21
Apply user data
Save preview image with this document
Reset Properties
Help
Reset
OK
Cancel
Room 204 16501 Kedzie Avenue, Markham Illinois-Judge's Chamber.
Judex ante occulos aequitatem semper habere debet
Re: Case/Account Number 20600320001


20 pt
Properties of "RR009949415US"
General
Description
Custom Properties
Security
Font
Statistics
RR009949415US.docx
Change Password
Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\Private Contract with n
Size: 70 KB (71,798 Bytes)
Created: 09/23/2020, 23:07:00, Dudu
Modified: 09/23/2020, 23:13:00, HP
Template: Normal
Digitally signed:
Digital Signatures...
Last printed: 09/23/2020, 23:09:00
Total editing time: 00:07:00
Revision number: 4
Apply user data
Save preview image with this document
Reset Properties
Help
Reset
OK
Cancel
Public Officer Luciano Panici doing business as Judge under 1870 Illinois Constitution.
Room 204 16501 Kedzie Avenue, Markham Illinois-Judge's Chamber.
Judex ante occulos aequitatem semper habere debet
Re: Case/Account Number 20600320001

***1870 ILLINOIS CONSTITUTION ARTICLE II. DECLARATION OF RIGHTS. SECTION 15 The military shall be in strict subordination to the civil power.*** Notice of Special Restricted Appearance: Muhammad Bey Beneficial Owner 1st Lien Holder of LAWAL MUHAMMAD corp. sole dba MUHAMMAD LAWAL©

In The Cook County Sixth Municipal District Courthouse, Markham Illinois

PEOPLE OF STATE OF ILLINOIS ) Case No. 20600320001
Vs. )
Muhammad Bey, real party of interest for )
M

Properties of "afdvt to compel-RE774959465US"

General | Description | Custom Properties | Security | Font | Statistics

afdvt to compel-RE774959465US.docx — Change Password

| | |
|---|---|
| Type: | MS Word document |
| Location: | F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\Private Contract with n |
| Size: | 26 KB (26,619 Bytes) |
| Created: | 02/14/2021, 20:00:00, HP |
| Modified: | 02/27/2021, 05:02:00, Axiom |
| Template: | Normal |
| Digitally signed: | |
| Last printed: | |
| Total editing time: | 34:02:00 |
| Revision number: | 9 |

Digital Signatures...

☑ Apply user data
☑ Save preview image with this document

Reset Properties

***1870 ILLINOIS CONSTITUTION ARTICLE II. DECLARATION OF RIGHTS. SECTION 15 The military shall be in strict subordination to the civil power.*** Notice of Special Restricted Appearance: Muhammad Bey Beneficial Owner 1st Lien Holder of LAWAL MUHAMMAD corp. sole dba MUHAMMAD LAWAL©

In The Cook County Sixth Municipal District Courthouse, Markham Illinois

PEOPLE OF STATE OF ILLINOIS ) Case No. 20600320001
Vs. )
Muhammad Bey, real party of interest for )

Properties of "afdvt to compel- filed(rflctd snt to actn jdge)"

General | Description | Custom Properties | Security | Font | Statistics

afdvt to compel- filed(rflctd snt to actn jdge).docx — Change Password

| | |
|---|---|
| Type: | MS Word document |
| Location: | F:\1-Awon Iwe\At Work\Owo\SH\mncpal case\On Record\Private Contract with mag |
| Size: | 26 KB (26,506 Bytes) |
| Created: | 02/27/2021, 06:12:00, HP |
| Modified: | 02/27/2021, 06:12:00, Axiom |
| Template: | Normal |
| Digitally signed: | |
| Last printed: | 02/27/2021, 05:04:00 |
| Total editing time: | 00:08:00 |
| Revision number: | 2 |

Digital Signatures...

☑ Apply user data
☑ Save preview image with this document

Reset Properties

# Exhibit 44

## Affidavit of Loss and Memorandum of Cost

## Affidavit of Loss and Memorandum of Cost

An average of five hours per court appearances listed below were spent and lost by affiant in litigating and mitigating case number 20600320001 adjudicated at the Cook County Sixth District Municipal Court brought by Clarence D Ayers. These average of five hours per court appearance constitute time spent traveling, time spent waiting for the court call, time spent participating in several hearings, time spent at the Clerk's office:

1. 8-28-2020
2. 10-6-2020
3. 11-13-2020
4. 12-28-2020
5. 2-5-2021
6. 3-17-2021
7. 5-5-2021
8. 5-12-2021

**Forty Hours:** With eight separate appearances and average of five hours spent per occurrence, affiant effectively spent and lost about forty hours entertaining the malicious prosecution of Clarence D Ayers at the Cook County Sixth Municipal District Court.

**One Hundred and Twelve Hours**: Affiant spent and lost about 112 hours of researching substantive matters to the case, gathering preponderance of evidences, structuring strategies etc.

**Three Hundred and Seventy Nine Hours**: Affiant spent and lost about 379 hours in preparing and creating all court documents that were later used during the eight separate hearings of the malicious prosecution of affiant by Clarence D Ayers case number 20600320001 at the Cook County Sixth District Municipal Court. See Exhibit 43.

**Five Hundred and Thirty Seven Hours:** Affiant spent and lost about 537 hours in preparing and creating all documents in this instant case. See Material Evidence 45.

**Total Hours**: One thousand and sixty eight (1,068) hours.

**Accrual of time and amount:** In doing due diligence with good faith, affiant has lost more time and monies by seeking due process as a result of Clarence D Ayers's malicious prosecution of affiant and willful acts of Gerald E Smith, Kimberly Abogunrin, Clarence D Ayers. The amount and hours are then anticipated to reasonably accrue with time.

Affiant declare that everything herein is true and correct to the best of his first hand knowledge and belief.

Presented and tendered this 9th day of May 2022.

By: [signature]
Muhammad Bey

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th Day of May 2022 Notary Public [signature] Ciara Hurst Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

# Exhibit 45

## Lost Time (Instant Matter)

## Certificate of True Copy and Acknowledgment

It is hereby certified that the foregoing Microsoft Word document details are true representation of the time spent in preparing documents in this instant case. Total accumulated time being five hundred and thirty seven (537) hours.

Presented and tendered this 9th day of May 2022

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 9th day of May 2022

Notary Public Ciara Hurst

Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024


In the United States District Court Northern District of Illinois Eastern Division.
Verified Complaint
Muhammad Bey, on own behalf and as trustee/authorized person of Muhammad Bey Express Trust 1st lien holder beneficial owner of MUHAMMAD LAWAL
Plaintiffs
vs.
Clarence D Ayers, personally as natural person, Defendant #1
Kimberly Abogunrin, personally as natural person, Defendant #2
Gerald E. Smith, personally as natural person, Defendant #3
Don A. De Graff, as president of Village of South Holland Defendant #4
Shawn Staples, as Police Chief of South Holland Police Department Defendant #5
Village of South Holland Defendant #6
South Holland Police Department Defendant #7
Clarence D Ayers as employee of South Holland Police, badge/star number 128 Defendant #8
Kimberly Abogunrin as employee of South Holland Police, badge/star number 125,
Case No.
Judge:
Trial Date:
Time_____ Room_______
Speedy Trial Demanded
3 Venue is proper as occurrences which gave rise to this action took place within Illinois State and territorial bounds of the court's jurisdiction.
Parties
4 Plaintiffs Muhammad Bey, and Muhammad Bey Express Trust are now and at all times relevant to this action as natural persons. Plaintiffs are real part in interest for MUHAMMAD LAWAL per Federal
Properties of "ste"
General
Description
Custom Properties
Security
Font
Statistics
ste.docx
Change Password
Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\suit+smns
Size: 74 KB (75,789 Bytes)
Created: 08/04/2020, 20:40:00, Dudu
Modified: 05/08/2022, 02:11:40
Template:
Digitally signed:
Last printed:
Total editing time: 365:04:00
Revision number: 281
Apply user data
Save preview image with this document
Digital Signatures...
Reset Properties
Help
Reset
OK
Cancel
17,764 words, 108,079 characters
Default Page Style
English (USA)


Exhibit 4
Obstructing Identification Section 31-4.5 of Public Act 096-0335 SB1655 LRB096 11173RLC 21559 b (720 Illinois Compiled Statu
Resisting or obstructing a peace officer Section 31-1 of RLC 46282b (720 Illinois Compile
Illinois General Assembly
Translate Website
Properties of "4-rsist +obstrctn PL"
General
Description
Custom Properties
Security
Font
Statistics
4-rsist +obstrctn PL.docx
Change Password
Type: MS Word document
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 409 KB (419,306 Bytes)
Created: 11/02/2020, 08:57:00, HP
Modified: 05/05/2022, 23:26:10
Template: Normal
Digitally signed:
Last printed: 11/03/2020, 22:30:00
Total editing time: 01:04:00
Revision number: 10
Apply user data
Save preview image with this document
Digital Signatures...
Reset Properties
Help
Reset
OK
Cancel
words, 312 characters
Default Page Style
English (USA)

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true and correct copies of Certificates of Ownership of Business name MUHAMMAD LAWAL File No 1068, File No 1062, newspaper publications of the same business name, and copyright certificates 00069504-1, 000683201-1 of the same business

otary Public

Properties of "10-cpyrght+dba"

General | Description | Custom Properties | Security | Font | Statistics

10-cpyrght+dba.docx

Change Password

Type: MS Word document

Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts

Size: 45.99 MB (48,222,111 Bytes)

Created: 00/00/0000, 00:00:00

Modified: 05/05/2022, 23:43:26

Template: Normal.dotm

Digitally signed: Digital Signatures...

Last printed:

Total editing time: 00:38:00

Revision number: 6

✓ Apply user data

✓ Save preview image with this document

Reset Properties

Help Reset OK Cancel

# Exhibit 10

Copyright 00069504-1,Copyright 00068320-1,
Certificate of ownership of Business 1068, 1062.

105 words, 653 characters Default Page Style English (USA)

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true and correct copy of:

1. The agreement between Village of South Holland with E-Com Emergency Dispatch System attested thereto by the Mayor, and Clerk of Village of South Holland, members, secretary, chairperson and directors of E-COM

Properties of "20- SH agrmnt with e-com"

General | Description | Custom Properties | Security | Font | Statistics

20- SH agrmnt with e-com.odt

Change Password

Type: OpenDocument Text

Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts

Size: 10.21 MB (10,704,513 Bytes)

Created: 02/20/2022, 01:21:03

Modified: 05/06/2022, 00:12:33

Template:

Digitally signed: Digital Signatures...

Last printed:

Total editing time: 00:30:26

Revision number: 3

✓ Apply user data

✓ Save preview image with this document

Reset Properties

Help Reset OK Cancel

# Exhibit 20

Village of South Holland Agreement with E-Com Emergency Dispatch Sys

words, 710 characters Default Page Style English (USA)

## Exhibit 23

Public Act 096-1551 SB1310 Enrolled LRB096 09456 RLC 19613 b Section 12.1 Assault

Properties of "23-aslt PL"

General | Description | Custom Properties | Security | Font | Statistics

23-aslt PL.odt

Type: OpenDocument Text
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 1.53 MB (1,603,528 Bytes)
Created: 05/06/2022, 00:31:13
Modified: 05/06/2022, 01:32:23
Template:
Digitally signed:
Last printed:
Total editing time: 00:17:01
Revision number: 1

Apply user data
Save preview image with this document

Change Password | Digital Signatures... | Reset Properties

Help | Reset | OK | Cancel

Act 096-1551

AN ACT concerning criminal law.

Be it enacted by the People of the State of Illinois, represented in the General Assembly:

Article 1.

Section 5. The Criminal Code of 1961 is amended by adding ... for Subdivisions 1, 5, 10, 15, 20, and 25 of Article ... adding Sections 12-0.1 and 12-4.4a, by changing Sections 12-2, 12-3, 12-3.1, 12-3.2, 12-3.3, 12-4.5, 12-5, 12-5.1, 12-5.5, 12-6, 12-6.2, 12-6.4, 12-7, 12-7.1, 12-7.3, 12-7.5, 12-7.6, 12-9, 12-10.2, 12-20, 12-20.5, 12-32, 12-34, and 12-35, and by changing and renumbering ... 12-2.5, 12-2.6, 12-4, 12-5.15, 12-6.1, 12-6.3, 12-30, 12-31, 45-1, and 45-2 as follows:

(720 ILCS 5/12-1) (from Ch. 38, par. 12-1)

Sec. 12-1. Assault.

(a) A person commits an assault when, without lawful authority, he or she knowingly engages in conduct which places another in reasonable apprehension of receiving a battery.

(b) Sentence. Assault is a Class C misdemeanor.

(c) In addition to any other sentence that may be imposed, a court shall order any person convicted of assault to perform community service for not less than 30 and not more than 120 hours, if community service is available in the jurisdiction and is funded and approved by the county board of the county where the offense was committed. In addition, whenever any person is placed on supervision for an alleged offense under

83 words, 465 characters | Default Page Style | English (USA)

## Exhibit 24

State and Federal Civil Rights Act

Public Act 93-0425 AN ACT concerning civil rights - HB2330 Enrolled-LRB0983 08351 LRD 08570 Illinois Civil Rights Act of 2003;

An Act To Protect All Persons In The United States In Their Civil Rights... 39th Congress Session I. Chapter. 31. 1866. 2 Chapter. XXXI.- April 9; 42nd Congress Session 1 Chapter 22.

### Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copies of:

1. Illinois Public Act 93-0425 AN ACT concerning civil rights - HB2330 Enrolled-LRB0983 08351 LRD 08570 Illinois Civil Rights Act of 2003.

2. Original Hand written copy and typed copies of An Act To Protect All Persons In The United States In Their Civil Rights... 39th Congress Session I. Chapter. 31. 1866. 2 Chapter XXXI.- April 9, 42nd Congress Session 1 Chapter 22.

State of Illinois )

Illinois General Assembly

Public Act 093-0425

Public Act 93-0425

Properties of "24-cvl rght (st+fdrl)"

General | Description | Custom Properties | Security | Font | Statistics

24-cvl rght (st+fdrl).odt

Type: OpenDocument Text
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 7.54 MB (7,907,536 Bytes)
Created: 04/24/2022, 15:25:25
Modified: 05/06/2022, 01:38:38
Template:
Digitally signed:
Last printed:
Total editing time: 88:54:44
Revision number: 4

Apply user data
Save preview image with this document

Change Password | Digital Signatures... | Reset Properties

Help | Reset | OK | Cancel

174 words, 1,011 characters

# Exhibit 25

**Public Act 096-1551 SB1310 Enrolled LRB096 09456 RLC 19613 b Intimidation**

Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copies of Illinois Public Act 096-1551 SB1310 Enrolled LRB096 09456 RLC 19613 b Intimidation

State of Illinois }
}ss
County of Saint Clair }

I have hereunto set my hand and seal of office On this 9th day of May 2022 Notary Public

Properties of "25-intmdtn"

General | Description | Custom Properties | Security | Font | Statistics

25-intmdtn.odt

Change Password

Type: OpenDocument Text

Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts

Size: 520 KB (532,632 Bytes)

Created: 04/28/2022, 13:43:21

Modified: 05/06/2022, 02:10:06

Template:

Digitally signed: Digital Signatures...

Last printed:

Total editing time: 10:47:29

Revision number: 7

☑ Apply user data

☑ Save preview image with this document

Reset Properties

Help | Reset | OK | Cancel

Public Act 096-1551

AN ACT concerning criminal law.

Be it enacted by the People of the State of Illinois, represented in the General Assembly:

78 words, 458 characters | Default Page Style | English (USA)

# Exhibit 26

**Public Act 100-0863- Sec. 12-7.1. Hate crime**

Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copies of Illinois Public Act 100-0863 Sec. 12-7.1 Hate crime

State of Illinois }
}ss
County of Saint Clair }

Properties of "26-ht crm PL"

General | Description | Custom Properties | Security | Font | Statistics

26-ht crm PL.odt

Change Password

Type: OpenDocument Text

Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts

Size: 4.38 MB (4,592,886 Bytes)

Created: 04/28/2022, 13:43:21

Modified: 05/06/2022, 01:59:49

Template:

Digitally signed: Digital Signatures...

Last printed:

Total editing time: 10:36:52

Revision number: 6

☑ Apply user data

☑ Save preview image with this document

Reset Properties

Help | Reset | OK | Cancel

Public Act 100-0863

1 of 5 | 2 of 5

70 words, 397 characters | Default Page Style | English (USA)

Properties of "29-dmg unlwfl rstrn"

General | Description | Custom Properties | Security | Font | Statistics

29-dmg unlwfl rstrn.odt

Change Password

Type: OpenDocument Text
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 373 KB (382,027 Bytes)
Created: 00/00/0000, 00:00:00
Modified: 05/07/2022, 00:39:18
Template:
Digitally signed: Digital Signatures...
Last printed:
Total editing time: 00:24:07
Revision number: 3

✓ Apply user data
✓ Save preview image with this document

Reset Properties

Help | Reset | OK | Cancel

# Exhibit 29

Unlawful Restraint

Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410

78 words, 457 characters | Default Page Style | English (USA)

Certificate of True and Correct Copy

It is hereby certified that the foregoing are true can correct copy of Illinois Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b.

State of Illinois )
)ss
County of Saint Clair )

Properties of "30-dmg aslt"

General | Description | Custom Properties | Security | Font | Statistics

30-dmg aslt.odt

Change Password

Type: OpenDocument Text
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 1.06 MB (1,108,571 Bytes)
Created: 02/27/2022, 01:30:31
Modified: 05/07/2022, 00:33:27
Template:
Digitally signed: Digital Signatures...
Last printed:
Total editing time: 01:25:19
Revision number: 5

✓ Apply user data
✓ Save preview image with this document

Reset Properties

Help | Reset | OK | Cancel

# Exhibit 30

Assault

Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 184

s, 442 characters | Default Page Style | English (USA)


Certificate of True and Correct Copy
Exhibit 31
Intimidation
Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b
Properties of "31-dmg intmdtn"
General
Description
Custom Properties
Security
Font
Statistics
31-dmg intmdtn.odt
Type: OpenDocument Text
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 373 KB (382,437 Bytes)
Created: 02/27/2022 01:30:31
Modified: 05/07/2022 00:23:23
Template:
Digitally signed:
Last printed:
Total editing time: 00:25:17
Revision number: 4
Apply user data
Save preview image with this document
Digital Signatures...
Reset Properties
Help
Reset
OK
Cancel
77 words, 448 characters
Default Page Style
English (USA)


Certificate of True and Correct Copy
State of Illinois
County of Saint Clair
Exhibit 32
Hate crime
Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b
Properties of "32-dmg ht crm"
General
Description
Custom Properties
Security
Font
Statistics
32-dmg ht crm.odt
Type: OpenDocument Text
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 1.54 MB (1,610,554 Bytes)
Created: 02/27/2022 01:30:31
Modified: 05/07/2022 04:20:55
Template:
Digitally signed:
Last printed:
Total editing time: 00:52:23
Revision number: 6
Apply user data
Save preview image with this document
Digital Signatures...
Reset Properties
Help
Reset
OK
Cancel
of 6
81 words, 460 characters
Default Page Style
English (USA)

Certificate of True and Correct Copy

It is hereby certified that the foregoing are true can correct copy of Illinois Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b

State of Illinois )
)ss
County of Saint Clair )

# Exhibit 33

**Simulating Legal Process**

**Public Act 100-1161 SB1328 Enrolled LRB100 08307 RLC 18410 b**

Properties of "33-dmg smltn lgl prcs"

General | Description | Custom Properties | Security | Font | Statistics

33-dmg smltn lgl prcs.odt

Change Password

Type: OpenDocument Text

Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts

Size: 372 KB (380,580 Bytes)

Created: 02/27/2022 01:30:31

Modified: 05/07/2022 00:18:34

Template:

Digitally signed: Digital Signatures...

Last printed:

Total editing time: 01:02:07

Revision number: 7

✓ Apply user data

✓ Save preview image with this document

Reset Properties

Help | Reset | OK | Cancel

79 words, 457 characters | Default Page Style | English (USA)

Certificate of True and Correct Copy

It is hereby certified that the foregoing are true can correct copy of insurance policy P3-1000379-2122-01 and P3-1000379-1920-01 provided by representatives of Village of South Holland

State of Illinois )
)ss

# Exhibit 34

**Insurance Policy P3-1000379-2122-01 and P3-1000379-1920-01**

Properties of "34-insrnc plcy(pst+ crnt tl dec 2022)"

General | Description | Custom Properties | Security | Font | Statistics

34-insrnc plcy(pst+ crnt tl dec 2022).odt

Change Password

Type: OpenDocument Text

Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts

Size: 13.15 MB (13,788,372 Bytes)

Created: 03/03/2022 03:33:21

Modified: 05/06/2022 03:10:29

Template:

Digitally signed: Digital Signatures...

Last printed:

Total editing time: 00:42:43

Revision number: 6

✓ Apply user data

✓ Save preview image with this document

Reset Properties

Help | Reset | OK | Cancel

...LINOIS COUNTIES RISK MANAGEMENT TRUST

INSURANCE PROGRAM POLICY

Schedule of Coverage Declarations

...uth Holland, Village of and South Holland Public ...rary

11 | 73 words, 477 characters | Default Page Style | English (USA)

# Exhibit 41
## Loss

**Certificate of true and Correct Copy**

It is hereby certified that the foregoing Statement are true and correct copy of the yearly summary amount from January 2020- August 2020 and the tabular anticipated gain is in accordance with the same.

of May 2022

Seal:

W2 Wage and Tax Statement 2020 Federal Filing Copy

9535.55
9535.55
9535.55

t 2020 to April 2022

9,535.55 (12 months) – August 2020 to August 2021.
6,357.00 (8 months) – September 2021 to April 2022.

Properties of "41-ls (chck)"

General | Description | Custom Properties | Security | Font | Statistics

41-ls (chck).odt

Change Password

Type: OpenDocument Text
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 1.78 MB (1,866,258 Bytes)
Created: 04/07/2022, 02:26:00
Modified: 05/08/2022, 02:52:35
Template:
Digitally signed:
Last printed:
Total editing time: 00:22:38
Revision number: 5

Digital Signatures...

✓ Apply user data
✓ Save preview image with this document

Reset Properties

Help | Reset | OK | Cancel

172 words, 1,060 characters | Default Page Style | English (USA)

# Exhibit 43
## Lost Time (Malicious Prosecution)

**Certificate of True Copy and Acknowledgment**

It is hereby certified that the foregoing Microsoft Word document details are true representation of the time spent in preparing documents regarding case number 20600320001 adjudicated at the Cook County Sixth District Municipal Court.

Total accumulated time being 379 hours

Public

Properties of "43-lst time ltgtn"

General | Description | Custom Properties | Security | Font | Statistics

43-lst time ltgtn.odt

Change Password

Type: OpenDocument Text
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 3.26 MB (3,414,885 Bytes)
Created: 04/08/2022, 14:55:54
Modified: 05/07/2022, 00:09:52
Template:
Digitally signed:
Last printed:
Total editing time: 03:35:15
Revision number: 15

Digital Signatures...

✓ Apply user data
✓ Save preview image with this document

Reset Properties

Help | Reset | OK | Cancel

words, 592 characters | Default Page Style | English (USA)



Exhibit 44
Affidavit of Loss and Memorandum of Cost
Affidavit of Loss and Memorandum of Cost
An average of five hours per court appearances listed below were spent and lost by affiant in litigating and mitigating case number 20600320001 adjudicated at the Cook County Sixth District Municipal Court brought by Clarence D Ayers. These average of five hours per court appearance constitute time spent traveling, time spent waiting for the court call, time spent participating in several hearings, time spent at the Clerk's office:
1. 8-28-2020
Properties of "44-memo of cst +loss"
General
Description
Custom Properties
Security
Font
Statistics
44-memo of cst +loss.odt
Change Password
Type: OpenDocument Text
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 13 KB (13,552 Bytes)
Created: 04/08/2022, 16:50:11
Modified: 05/06/2022, 23:52:49
Template:
Digitally signed:
Digital Signatures...
Last printed:
Total editing time: 23:41:49
Revision number: 11
Apply user data
Save preview image with this document
Reset Properties
Help
Reset
OK
Cancel
words, 2,321 characters
Default Page Style
English (USA)




Exhibit 52
Federal Rules of Evidence Rules 201, 803, 902, 403
Certificate of True and Correct Copy
It is hereby certified that the foregoing are true and correct copies of the Federal Rules of
Public
Properties of "52-FRE 403,803,902"
General
Description
Custom Properties
Security
Font
Statistics
52-FRE 403,803,902.odt
Change Password
Type: OpenDocument Text
Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts
Size: 3.80 MB (3,981,317 Bytes)
Created: 05/04/2022, 23:15:07
Modified: 05/07/2022, 02:10:07
Template:
Digitally signed:
Digital Signatures...
Last printed:
Total editing time: 00:29:53
Revision number: 6
Apply user data
Save preview image with this document
Reset Properties
Help
Reset
OK
Cancel
74 words, 408 characters
Default Page Style
English (USA)

# Exhibit 45

**Lost Time (Instant Matter)**

**Certificate of True Copy and Acknowledgment**

It is hereby certified that the foregoing Microsoft Word document details are true representation of the

Properties of "45-lst time(instnt mtr)"

General | Description | Custom Properties | Security | Font | Statistics

45-lst time(instnt mtr).odt

Change Password

Type: OpenDocument Text

Location: F:\1-Awon Iwe\At Work\Owo\SH\crt\Suit\fdrl\exhbts

Size: 4.13 MB (4,331,586 Bytes)

Created: 04/10/2022, 19:13:59

Modified: 05/08/2022, 02:59:20

Template:

Digitally signed: Digital Signatures...

Last printed:

Total editing time: 26:17:34

Revision number: 16

☑ Apply user data

☑ Save preview image with this document

Reset Properties

Help | Reset | OK | Cancel

91 words, 541 characters | Default Page Style | English (USA)

# Exhibit 46

**Tort liability of Employer**
**Illinois Public Act 92-0810 HB4354 Enrolld LRB9214093REpk**

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true can correct copy of Illinois Public Act 92-0810 HB4354 Enrolld LRB9214093REpk

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

https://www.ilga.gov/legislation/publicacts/pubact92/acts/92-0810.html

# State of Illinois
# Public Acts
# 92nd General Assembly



**Public Act 92-0810**

HB4354 Enrolled LRB9214093REpk

AN ACT in relation to local governmental employees.

Be it enacted by the People of the State of Illinois, represented in the General Assembly:

(745 ILCS 10/9-102) (from Ch. 85, par. 9-102)

Sec. 9-102. A local public entity is empowered and directed to pay any tort judgment or settlement for compensatory damages (and may pay any associated attorney's fees and costs) for which it or an employee while acting within the scope of his employment is liable in the manner provided in this Article. All other provisions of this Article, including but not limited to the payment of judgments and settlements in installments, the issuance of bonds, the maintenance of rates and charges, and the levy of taxes shall be equally applicable to judgments or settlements relating to both a local public entity or an employee and those undertakings assumed by a local public entity in intergovernmental joint self-insurance contracts. A local public entity may make payments to settle or compromise a claim or action which has been or might be filed or instituted against it when the governing body or person vested by law or ordinance with authority to make over-all policy decisions for such entity considers it advisable to enter into such a settlement or compromise.

(Source: P.A. 84-1431.)

# Exhibit 47

**Malicious Prosecution Tolling**
**Illinois Public Act 099-0090 SB0057 Enrolled LRB099 05449 HEP 25484 b**

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true can correct copy of Illinois Public Act 099-0090 SB0057 Enrolled LRB099 05449 HEP 25484 b

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

Public Act 099-0090

SB0057 Enrolled LRB099 05449 HEP 25484 b

AN ACT concerning civil law.

**Be it enacted by the People of the State of Illinois, represented in the General Assembly:**

Public Act 099-0090

SB0057 Enrolled LRB099 05449 HEP 25484 b

(735 ILCS 5/13-202) (from Ch. 110, par. 13-202)

Sec. 13-202. Personal injury - Penalty. Actions for damages for an injury to the person, or for false imprisonment, or malicious prosecution, or for a statutory penalty, or for abduction, or for seduction, or for criminal conversation that may proceed pursuant to subsection (a) of Section 7.1 of the Criminal Conversation Abolition Act, except damages resulting from first degree murder or the commission of a Class X felony and the perpetrator thereof is convicted of such crime, shall be commenced within 2 years next after the cause of action accrued but such an action against a defendant arising from a crime committed by the defendant in whose name an escrow account was established under the "Criminal Victims' Escrow Account Act" shall be commenced within 2 years after the establishment of such account. If the compelling of a confession or information by imminent bodily harm or threat of imminent bodily harm results in whole or in part in a criminal prosecution of the plaintiff, the 2-year period set out in this Section shall be tolled during the time in which the plaintiff is incarcerated, or until criminal prosecution has been finally adjudicated in favor of the above referred plaintiff, whichever is later. However, this provision relating to the compelling of a confession or information shall not apply to units of local government subject to the Local Governmental and Governmental Employees Tort Immunity Act.

(Source: P.A. 94-1113, eff. 1-1-08.)

# Exhibit 49

**Insurance Policy VFNUTR000950500000**

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true can correct copy of insurance policy VFNUTR000950500000 provided by representatives of E-COM.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

Gallagher
Insurance | Risk Management | Consulting

April 24, 2020

E-COM Dispatch Center Inc.
1154 Ridge Road
Homewood, IL 60430

RE: Commercial Package Policy Renewal
American International Group Policy # VFNUTR000950500000
Policy Term: 05/01/2020 to 05/01/2021

RE: Workers Compensation Policy Renewal
Hartford Insurance Company Policy # 83WECBR0183
Policy Term: 05/01/2020 to 05/01/2021

Thank you for your business. It has been our pleasure to represent you this past year. Enclosed you will find your policy renewals. Please review it and let us know if any changes are needed. Here are a few key points for your consideration:

**Premium Summary and Compensation Schedule**

| Coverage(s) | Carrier Name(s) | Carrier(s) A.M. Best Rating | Carrier(s) Admitted / Non-Admitted Status | Wholesaler, MGA, or Intermediary Name | Estimated Annual Premium | Gallagher Commission % or Fee | Gallagher U.S. owned Wholesaler, MGA or Intermediary % |
|---|---|---|---|---|---|---|---|
| Commercial Package | American Internationa l Group | A, XV | Admitted | Volunteer Firemen's Insurance Services Inc. | $25,140 | 10% | No |
| Workers Comp | Hartford Insurance Company | A+, XV | Admitted | N/A | $6,368 | 11% | N/A |

- Remittance instructions will be sent via email by First Insurance Funding for the Commercial Package, our payment portal provider. The following payment options are available: Full pay or installments via credit card or ACH.
- Your renewal invoice will be sent to you by the carrier for your Workers Comp. The carrier may require payment in order to renew coverage.
- The policy premiums may be subject to a final exposure audits, which means the actual premiums paid during the policies period could change as a result of changes to the policies rating basis.
- All policies contain coverage exclusions. Please carefully review the exclusions contained in your policy and notify us if you have any questions.
- Please report all claims immediately as outlined in each policy form.
- Any entity not named in this proposal, may not be an insured entity. This may include affiliates, subsidiaries, LLC's, partnerships and joint ventures.

© 2020 Arthur J. Gallagher & Co.

Gallagher
Insurance | Risk Management | Consulting

We appreciate your business and look forward to working with you in the coming year. Please contact us if you have any questions.

Sincerely,

*Jeff Narlock*
Sr. Client Service Manager
2850 Golf Road, Rolling Meadows, IL 60008
630 694 5041 | Jeff_Narlock@ajg.com

---

1. The above A.M. Best Rating was verified on the date this document was created
2. We were able to obtain more advantageous terms and conditions for you through an intermediary/wholesaler.
3. If the premium is shown as an indication: The premium indicated is an estimate provided by the market. The actual premium and acceptance of the coverage requested will be determined by the market after a thorough review of the completed application.
4. The commission rate is a percentage of annual premium excluding taxes & fees.

# Exhibit 50

## Assessed Market Value of Properties

**Certificate of True and Correct Copy**

It is hereby certified that the foregoing are true can correct depiction of property value as shown by the official Cook County Assessor's website.

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

https://www.cookcountyassessor.com/pin/30083180310000

# Property Details

< Search Again




**MORE PROPERTY DETAILS**

Assessment & Appeal Calendar

How Properties are Valued

Assessment Notice and Tax Bill





30083180310000 11/14/2007

## PIN & Address

| | |
|---|---|
| PIN | 30-08-318-031-0000 |
| ADDRESS | 618 FREELAND AVE |
| CITY | CALUMET CITY |
| TOWNSHIP | Thornton |

## Tax Details

| | |
|---|---|
| PROPERTY CLASSIFICATION | 205 |
| SQUARE FOOTAGE (LAND) | 6,200 |
| NEIGHBORHOOD | 61 |
| TAXCODE | 37029 |
| NEXT SCHEDULED REASSESSMENT | 2023 |

**Assessed Valuation**

| | 2021 Assessor Certified | 2020 Board of Review Certified |
|---|---|---|
| Total Estimated Market Value | $86,390 | $86,390 |
| Total Assessed Value | $8,639 | $8,639 |
| Land Assessed Value | $2,170 | $2,170 |
| Building Assessed Value | $6,469 | $6,469 |

https://www.cookcountyassessor.com/

# Property Details

< Search Again








29152140680000 03/16/2008

**MORE PROPERTY DETAILS**

- Assessment & Appeal Calendar
- How Properties are Valued
- Assessment Notice and Tax Bill
- Download Tax Bill
- Property Tax Portal
- Update Mailing Address

## PIN & Address

| | |
|---|---|
| PIN | 29-15-214-068-0000 |
| ADDRESS | 15606 GOUWENS LN |
| CITY | SOUTH HOLLAND |
| TOWNSHIP | Thornton |

## Tax Details

| | |
|---|---|
| PROPERTY CLASSIFICATION | 203 |
| SQUARE FOOTAGE (LAND) | 6,875 |
| NEIGHBORHOOD | 33 |
| TAXCODE | 37059 |
| NEXT SCHEDULED REASSESSMENT | 2023 |

**Assessed Valuation**

| | 2021 Assessor Certified | 2020 Board of Review Certified |
|---|---|---|
| Total Estimated Market Value | $105,760 | $105,760 |
| Total Assessed Value | $10,576 | $10,576 |
| Land Assessed Value | $2,578 | $2,578 |
| Building Assessed Value | $7,998 | $7,998 |

https://www.cookcountyassessor.com/pin/27341070200000

# Property Details

< Search Again








MORE PROPERTY DETAILS
- Assessment & Appeal Calendar
- How Properties are Valued
- Assessment Notice and Tax Bill
- Download Tax Bill
- Property Tax Portal
- Update Mailing Address

## PIN & Address

| | |
|---|---|
| PIN | 27-34-107-020-0000 |
| ADDRESS | 9232 BAYBERRY LN |
| CITY | TINLEY PARK |
| TOWNSHIP | Orland |

## Tax Details

| | |
|---|---|
| PROPERTY CLASSIFICATION | 278 |
| SQUARE FOOTAGE (LAND) | 9,450 |
| NEIGHBORHOOD | 47 |
| TAXCODE | 28013 |
| NEXT SCHEDULED REASSESSMENT | 2023 |

## Assessed Valuation

| | 2021 Assessor Certified | 2020 Board of Review Certified |
|---|---|---|
| Total Estimated Market Value | $318,720 | $318,720 |
| Total Assessed Value | $31,872 | $31,872 |
| Land Assessed Value | $4,961 | $4,961 |
| Building Assessed Value | $26,911 | $26,911 |

# Exhibit 52

## Federal Rules of Evidence Rules 201, 803, 902, 403

# Certificate of True and Correct Copy

It is hereby certified that the foregoing are true and correct copies of the Federal Rules of Evidence Rules 201, 803, 902, 403

State of Illinois )
)ss
County of Saint Clair )

I have hereunto set my hand and seal of office On this, 10th Day of April 2022 Notary Public Seal:

OFFICIAL SEAL
CIARA HURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 01, 2024

default/files/Rules%20of%20Evidence.

1 / 41 | — 97% +

# FEDERAL RULES

# OF

# EVIDENCE

---

DECEMBER 1, 2014

Printed for the use
of
THE COMMITTEE ON THE JUDICIARY
HOUSE OF REPRESENTATIVES

## ARTICLE II. JUDICIAL NOTICE

### Rule 201. Judicial Notice of Adjudicative Facts

(a) SCOPE. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.

(b) KINDS OF FACTS THAT MAY BE JUDICIALLY NOTICED. The court may judicially notice a fact that is not subject to reasonable dispute because it:

(1) is generally known within the trial court's territorial jurisdiction; or

(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

(c) TAKING NOTICE. The court:

(1) may take judicial notice on its own; or

(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.

(d) TIMING. The court may take judicial notice at any stage of the proceeding.

(e) OPPORTUNITY TO BE HEARD. On timely request, a party is entitled to be heard on the propriety of taking judicial notice and the nature of the fact to be noticed. If the court takes judicial notice before notifying a party, the party, on request, is still entitled to be heard.

(f) INSTRUCTING THE JURY. In a civil case, the court must instruct the jury to accept the noticed fact as conclusive. In a criminal case, the court must instruct the jury that it may or may not accept the noticed fact as conclusive.

(As amended Apr. 26, 2011, eff. Dec. 1, 2011.)

### Rule 403. Excluding Relevant Evidence for Prejudice, Confusion, Waste of Time, or Other Reasons

The court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.

(As amended Apr. 26, 2011, eff. Dec. 1, 2011.)

https://www.uscourts.gov/sites/default/files/Rules%20of%20Evidence
FORJUD~1\EVIDENCE\EVID2014.XY 31 / 41 − 151% +



**Rule 803. Exceptions to the Rule Against Hearsay—Regardless of Whether the Declarant Is Available as a Witness**

The following are not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness:

(1) *Present Sense Impression.* A statement describing or explaining an event or condition, made while or immediately after the declarant perceived it.

(2) *Excited Utterance.* A statement relating to a startling event or condition, made while the declarant was under the stress of excitement that it caused.

(3) *Then-Existing Mental, Emotional, or Physical Condition.* A statement of the declarant's then-existing state of mind (such as motive, intent, or plan) or emotional, sensory, or physical condition (such as mental feeling, pain, or bodily health), but not including a statement of memory or belief to prove the fact remembered or believed unless it relates to the validity or terms of the declarant's will.

(4) *Statement Made for Medical Diagnosis or Treatment.* A statement that:

(A) is made for—and is reasonably pertinent to—medical diagnosis or treatment; and

(B) describes medical history; past or present symptoms or sensations; their inception; or their general cause.

(5) *Recorded Recollection.* A record that:

(A) is on a matter the witness once knew about but now cannot recall well enough to testify fully and accurately;

(B) was made or adopted by the witness when the matter was fresh in the witness's memory; and

(C) making the record was a regular practice of that activity;

(D) all these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification; and

(E) the opponent does not show that the source of information or the method or circumstances of preparation indicate a lack of trustworthiness.

(7) *Absence of a Record of a Regularly Conducted Activity.* Evidence that a matter is not included in a record described in paragraph (6) if:

(A) the evidence is admitted to prove that the matter did not occur or exist;

(B) a record was regularly kept for a matter of that kind; and

(C) the opponent does not show that the possible source of the information or other circumstances indicate a lack of trustworthiness.

(8) *Public Records.* A record or statement of a public office if:

(A) it sets out:

(i) the office's activities;

(ii) a matter observed while under a legal duty to report, but not including, in a criminal case, a matter observed by law-enforcement personnel; or

(iii) in a civil case or against the government in a criminal case, factual findings from a legally authorized investigation; and

(B) the opponent does not show that the source of information or other circumstances indicate a lack of trustworthiness.

(9) *Public Records of Vital Statistics.* A record of a birth, death, or marriage, if reported to a public office in accordance with a legal duty.

(10) *Absence of a Public Record.* Testimony—or a certification under Rule 902—that a diligent search failed to disclose a public record or statement if:

(A) the testimony or certification is admitted to prove that

(i) the record or statement does not exist; or

(ii) a matter did not occur or exist, if a public office regularly kept a record or statement for a matter of that kind; and

(B) in a criminal case, a prosecutor who intends to offer a certification provides written notice of that intent at least 14 days before trial, and the defendant does not object in writing within 7 days of receiving the notice—unless the court sets a different time for the notice or the objection.

(11) *Records of Religious Organizations Concerning Personal or Family History.* A statement of birth, legitimacy, ancestry, marriage, divorce, death, relationship by blood or marriage, or similar facts of personal or family history, contained in a regularly kept record of a religious organization.

(12) *Certificates of Marriage, Baptism, and Similar Ceremonies.* A statement of fact contained in a certificate:

(A) made by a person who is authorized by a religious organization or by law to perform the act certified;

(B) attesting that the person performed a marriage or similar ceremony or administered a sacrament; and

(C) purporting to have been issued at the time of the act or within a reasonable time after it.

(13) *Family Records.* A statement of fact about personal or family history contained in a family record, such as a Bible, genealogy, chart, engraving on a ring, inscription on a portrait, or engraving on an urn or burial marker.

(14) *Records of Documents That Affect an Interest in Property.* The record of a document that purports to establish or affect an interest in property if:

(A) the record is admitted to prove the content of the original recorded document, along with its signing and its delivery by each person who purports to have signed it;

(B) the record is kept in a public office; and

(C) a statute authorizes recording documents of that kind in that office.

(15) *Statements in Documents That Affect an Interest in Property.* A statement contained in a document that purports to establish or affect an interest in property if the matter stated was relevant to the document's purpose—unless later dealings with the property are inconsistent with the truth of the statement or the purport of the document.

(16) *Statements in Ancient Documents.* A statement in a document that is at least 20 years old and whose authenticity is established.

(17) *Market Reports and Similar Commercial Publications.* Market quotations, lists, directories, or other compilations that are generally relied on by the public or by persons in particular occupations.

(18) *Statements in Learned Treatises, Periodicals, or Pamphlets.* A statement contained in a treatise, periodical, or pamphlet if:

(A) the statement is called to the attention of an expert witness on cross-examination or relied on by the expert on direct examination; and

(B) the publication is established as a reliable authority by the expert's admission or testimony, by another expert's testimony, or by judicial notice.

If admitted, the statement may be read into evidence but not received as an exhibit.

(19) *Reputation Concerning Personal or Family History.* A reputation among a person's family by blood, adoption, or marriage—or among a person's associates or in the community—concerning the person's birth, adoption, legitimacy, ancestry, marriage, divorce, death, relationship by blood, adoption, or marriage, or similar facts of personal or family history.

(20) *Reputation Concerning Boundaries or General History.* A reputation in a community—arising before the controversy—concerning boundaries of land in the community or customs that affect the land, or concerning general historical events important to that community, state, or nation.

(21) *Reputation Concerning Character.* A reputation among a person's associates or in the community concerning the person's character.

(22) *Judgment of a Previous Conviction.* Evidence of a final judgment of conviction if:

(A) the judgment was entered after a trial or guilty plea, but not a nolo contendere plea;

(B) the conviction was for a crime punishable by death or by imprisonment for more than a year;

(C) the evidence is admitted to prove any fact essential to the judgment; and

(D) when offered by the prosecutor in a criminal case for a purpose other than impeachment, the judgment was against the defendant.

The pendency of an appeal may be shown but does not affect admissibility.

(23) *Judgments Involving Personal, Family, or General History, or a Boundary.* A judgment that is admitted to prove a matter of personal, family, or general history, or boundaries, if the matter:

(A) was essential to the judgment; and

(B) could be proved by evidence of reputation.

(24) [*Other Exceptions.*] [Transferred to Rule 807.]

(As amended Pub. L. 94-149, §1(11), Dec. 12, 1975, 89 Stat. 805; Mar. 2, 1987, eff. Oct. 1, 1987; Apr. 11, 1997, eff. Dec. 1, 1997; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 26, 2011, eff. Dec. 1, 2011; Apr. 13, 2013, eff. Dec. 1, 2013; Apr. 25, 2014, eff. Dec. 1, 2014.)

http://www.uscourts.gov/sites/default/files/Rules%20of%20Evidence
FORJUD~1\EVIDENCE\EVID2014.XY 37 / 41 — 151% +

**Rule 902. Evidence That Is Self-Authenticating**

The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:

(1) *Domestic Public Documents That Are Sealed and Signed.* A document that bears:

(A) a seal purporting to be that of the United States; any state, district, commonwealth, territory, or insular possession of the United States; the former Panama Canal Zone; the Trust Territory of the Pacific Islands; a political subdivision of any of these entities; or a department, agency, or officer of any entity named above; and

(B) a signature purporting to be an execution or attestation.

(2) *Domestic Public Documents That Are Not Sealed but Are Signed and Certified.* A document that bears no seal if:

(A) it bears the signature of an officer or employee of an entity named in Rule 902(1)(A); and

(B) another public officer who has a seal and official duties within that same entity certifies under seal—or its equivalent—that the signer has the official capacity and that the signature is genuine.

(3) *Foreign Public Documents.* A document that purports to be signed or attested by a person who is authorized by a foreign country's law to do so. The document must be accompanied by a final certification that certifies the genuineness of the signature and official position of the signer or attester—or of any foreign official whose certificate of genuineness relates to the signature or attestation or is in a chain of certificates of genuineness relating to the signature or attestation. The certification may be made by a secretary of a United States embassy or legation; by a consul general, vice consul, or consular agent of the United States; or by a diplomatic or consular official of the foreign country assigned or accredited to the United States. If all parties have been given a reasonable opportunity to investigate the document's authenticity and accuracy, the court may, for good cause, either:

(A) order that it be treated as presumptively authentic without final certification; or

(B) allow it to be evidenced by an attested summary with or without final certification.

(4) *Certified Copies of Public Records.* A copy of an official record—or a copy of a document that was recorded or filed in a public office as authorized by law—if the copy is certified as correct by:

(A) the custodian or another person authorized to make the certification; or

(B) a certificate that complies with Rule 902(1), (2), or (3), a federal statute, or a rule prescribed by the Supreme Court.

(5) *Official Publications.* A book, pamphlet, or other publication purporting to be issued by a public authority.

(6) *Newspapers and Periodicals.* Printed material purporting to be a newspaper or periodical.

(7) *Trade Inscriptions and the Like.* An inscription, sign, tag, or label purporting to have been affixed in the course of business and indicating origin, ownership, or control.

(8) *Acknowledged Documents.* A document accompanied by a certificate of acknowledgment that is lawfully executed by a notary public or another officer who is authorized to take acknowledgments.

(9) *Commercial Paper and Related Documents.* Commercial paper, a signature on it, and related documents, to the extent allowed by general commercial law.

(10) *Presumptions Under a Federal Statute.* A signature, document, or anything else that a federal statute declares to be presumptively or prima facie genuine or authentic.

(11) *Certified Domestic Records of a Regularly Conducted Activity.* The original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)–(C), as shown by a certification of the custodian or another qualified person that complies with a federal statute or a rule prescribed by the Supreme Court. Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record—and must make the record and certification available for inspection—so that the party has a fair opportunity to challenge them.

(12) *Certified Foreign Records of a Regularly Conducted Activity.* In a civil case, the original or a copy of a foreign record that meets the requirements of Rule 902(11), modified as follows: the certification, rather than complying with a federal statute or Supreme Court rule, must be signed in a manner that, if falsely made, would subject the maker to a criminal penalty in the country where the certification is signed. The proponent must also meet the notice requirements of Rule 902(11).

(As amended Mar. 2, 1987, eff. Oct. 1, 1987; Apr. 25, 1988, eff. Nov. 1, 1988; Apr. 17, 2000, eff. Dec. 1, 2000; Apr. 26, 2011, eff. Dec. 1, 2011.)